UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **4CHAN COMMUNITY SUPPORT LLC**, 08 Lakeland Ave., Dover, DE 19901, *and* **LOLCOW, LLC,** d/b/a **KIWI FARMS**, 736 2nd Ave, South Charleston, WV 25303, *Plaintiffs*, v. **THE UK OFFICE OF COMMUNICATIONS, a/k/a OFCOM**, Riverside House, 2a Southwark Bridge Road, London SE1 9HA, UK, *Defendant*. | Civil Action. No. **NOTICE OF ERRATA** |

Plaintiffs 4chan Community Support LLC and Lolcow, LLC, through their undersigned counsel, respectfully submit this errata to its Complaint, which was filed on August 27, 2025, at docket No. 1, to comply with LCvR 5.1(c). The corrected Complaint is attached hereto as an Exhibit.

COLEMAN LAW FIRM, PC

By: /s/ Ronald D. Coleman
Ronald D. Coleman

DDC Bar ID: NY0460
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
rcoleman@colemanlaw-pc.com

Preston J. Byrne (*admission pending*)
Byrne & Storm, P.C.
782 Boston Post Road, Suite 204
Madison, CT 06443
203-900-4076

preston@byrnestorm.com

*Attorneys for Plaintiffs*

Dated:  August 28, 2025