AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| 4chan Community Support LLC et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-02880-RC |
| UK Office of Communications, a/k/a Ofcom | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UK Office of Communications, a/k/a Ofcom.

Date:   11/18/2025

/s/ Robert K. Kry
*Attorney's signature*

Robert K. Kry, D.C. Bar #490545
*Printed name and bar number*

MoloLamken LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
*Address*

rkry@mololamken.com
*E-mail address*

(202) 556-2011
*Telephone number*

(202) 556-2001
*FAX number*