# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 4CHAN COMMUNITY SUPPORT LLC; and LOLCOW, LLC, d/b/a KIWI FARMS,<br><br>             Plaintiffs,<br><br>     v.<br><br>THE UK OFFICE OF COMMUNICATIONS, a/k/a OFCOM,<br><br>             Defendant. | Case No. 1:25-cv-02880-RC |

### DEFENDANT OFCOM'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant UK Office of Communications, a/k/a Ofcom, respectfully requests a two-week extension of time to move against or answer the Complaint. Ofcom's response is currently due on November 25, 2025. Ofcom has not previously requested any extension of that deadline. Ofcom requested a stipulation for the extension almost a week ago on November 12. Plaintiffs did not respond for five days and then rejected the request without explanation.

Good cause exists for extending the deadline. Ofcom is a UK public regulatory authority and has substantial grounds for seeking dismissal of this lawsuit based on sovereign immunity. Ofcom requires additional time to finalize supporting evidence and obtain necessary approvals in preparing its response to the Complaint. Given the significance of the issues Ofcom plans to raise, the Court should afford Ofcom adequate time to prepare its submission.

"In this District, requests for extensions of short durations are routine," and "most requests of this nature . . . [are] unopposed." *Jordan v. U.S. Dep't of Labor*, 308 F. Supp. 3d 24, 37 (D.D.C. 2018), *aff'd*, No. 18-5128, 2018 WL 5819393 (D.C. Cir. Oct. 19, 2018).  This modest request should have fallen into that category.

Ofcom respectfully requests a two-week extension of time, to December 9, 2025, to move against or answer the Complaint.  Ofcom expressly reserves its objections based on sovereign immunity, lack of jurisdiction, and any other basis for seeking dismissal.

Dated: November 18, 2025
Washington, D.C.

Respectfully submitted,

  /s/ Robert K. Kry
Robert K. Kry
D.C. Bar # 490545
Christian I. Bale
D.C. Bar # 90020099
MOLO LAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037
(202) 556-2011
rkry@mololamken.com

*Attorneys for the UK Office of Communications, a/k/a Ofcom*