# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 4CHAN COMMUNITY SUPPORT LLC; and LOLCOW, LLC, d/b/a KIWI FARMS,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>THE UK OFFICE OF COMMUNICATIONS, a/k/a OFCOM,<br><br>　　　　　　　　Defendant. | Case No. 1:25-cv-02880-RC |

## [PROPOSED] ORDER GRANTING EXTENSION OF TIME

Ofcom's motion for extension of time is GRANTED. Ofcom shall move against or answer the Complaint by December 9, 2025.

Dated:　November ____, 2025
　　　　　Washington, D.C.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Rudolph Contreras, U.S.D.J.

NOTICE TO:

Ronald D. Coleman
DDC Bar ID: NY0460
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ  07102
(973) 264-9611
rcoleman@colemanlaw-pc.com

Preston J. Byrne (admission pending)
BYRNE & STORM, P.C.
782 Boston Post Road, Suite 204
Madison, CT  06443
(203) 900-4076
preston@byrnestorm.com

*Attorneys for Plaintiffs*
*4chan and Kiwi Farms*


Robert K. Kry
D.C. Bar # 490545
Christian I. Bale
D.C. Bar # 90020099
MOLO LAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037
(202) 556-2011
rkry@mololamken.com

*Attorneys for Defendant Ofcom*