AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| 4chan Community Support LLC et al. *Plaintiff* v. UK Office of Communications, a/k/a Ofcom *Defendant* | Case No. 1:25-cv-02880-RC |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UK Office of Communications, a/k/a Ofcom.

Date: 11/18/2025

/s/ Christian I. Bale
*Attorney's signature*

Christian I. Bale, D.C. Bar #90020099
*Printed name and bar number*

MoloLamken LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
*Address*

cbale@mololamken.com
*E-mail address*

(202) 556-2022
*Telephone number*

(202) 556-2001
*FAX number*