**EXHIBIT 2**



Home

# Departments, agencies and public bodies

Search for a department, agency or public body

**611 results found**



Prime Minister's Office 10 Downing Street

**Ministerial departments**

**24**



Attorney General's Office

▸ Works with 4 agencies and public bodies



Cabinet Office

▸ Works with 28 agencies and public bodies



Department for Business & Trade

▸ Works with 19 agencies and public bodies



Department for Culture, Media & Sport

▸ Works with 41 agencies and public bodies


Department for Education

▶ Works with 17 agencies and public bodies


Department for Energy Security & Net Zero

▶ Works with 13 agencies and public bodies


Department for Environment, Food & Rural Affairs

▶ Works with 34 agencies and public bodies


Department for Science, Innovation & Technology

▶ Works with 14 agencies and public bodies


Department for Transport

▶ Works with 23 agencies and public bodies


Department for Work & Pensions

▶ Works with 12 agencies and public bodies


Department of Health & Social Care

▶ Works with 23 agencies and public bodies


Foreign, Commonwealth & Development Office

▶ Works with 10 agencies and public bodies


HM Treasury

▶ Works with 18 agencies and public bodies


[Home Office](#)

▶ [Works with 28 agencies and public bodies](#)


[Ministry of Defence](#)

▶ [Works with 25 agencies and public bodies](#)


[Ministry of Housing, Communities & Local Government](#)

▶ [Works with 18 agencies and public bodies](#)


[Ministry of Justice](#)

▶ [Works with 35 agencies and public bodies](#)


[Northern Ireland Office](#)

▶ [Works with 4 agencies and public bodies](#)


[Office of the Advocate General for Scotland](#)


[Office of the Leader of the House of Commons](#)


[Office of the Leader of the House of Lords](#)


[Scotland Office](#)

▶ [Works with 1 public body](#)


### [UK Export Finance](#)

▶ [Works with 1 public body](#)

---


### [Wales Office](#)

---

## Non ministerial departments

# 20

[The Charity Commission (/government/organisations/charity-commission)](#)

[Competition and Markets Authority (/government/organisations/competition-and-markets-authority)](#)

[Crown Prosecution Service (/government/organisations/crown-prosecution-service)](#)

[Food Standards Agency (/government/organisations/food-standards-agency)](#)

▶ [Works with 7 agencies and public bodies](#)

[Forestry Commission (/government/organisations/forestry-commission)](#)

▶ [Works with 2 agencies and public bodies](#)

[Government Actuary's Department (/government/organisations/government-actuarys-department)](#)

[Government Legal Department (/government/organisations/government-legal-department)](#)

[HM Land Registry (/government/organisations/land-registry)](#)

[HM Revenue & Customs (/government/organisations/hm-revenue-customs)](#)

▶ [Works with 2 agencies and public bodies](#)

NS&I (/government/organisations/ns-i)

The National Archives (/government/organisations/the-national-archives)

National Crime Agency (/government/organisations/national-crime-agency)

Office of Rail and Road (/government/organisations/office-of-rail-and-road)

Ofgem (/government/organisations/ofgem)

Ofqual (/government/organisations/ofqual)

Ofsted (/government/organisations/ofsted)

Serious Fraud Office (/government/organisations/serious-fraud-office)

Supreme Court of the United Kingdom (/government/organisations/supreme-court-of-the-united-kingdom)

UK Statistics Authority (/government/organisations/uk-statistics-authority)

▶ Works with 1 public body

The Water Services Regulation Authority (/government/organisations/the-water-services-regulation-authority)

# Agencies and other public bodies

## 416

AWE Nuclear Security Technologies (/government/organisations/awe-nuclear-security-technologies)

Academy for Social Justice (/government/organisations/academy-for-social-justice)

Active Travel England (/government/organisations/active-travel-england)

The Adjudicator's Office (/government/organisations/the-adjudicator-s-office)

Administration of Radioactive Substances Advisory Committee (/government/organisations/administration-of-radioactive-substances-advisory-committee)

Advanced Research and Invention Agency (/government/organisations/advanced-research-and-invention-agency)

Advisory Committee on Animal Feedingstuffs (/government/organisations/advisory-committee-on-animal-feedingstuffs)

Advisory Committee on Business Appointments (/government/organisations/advisory-committee-on-business-appointments)

Advisory Committee on Clinical Impact Awards (/government/organisations/advisory-committee-on-clinical-impact-awards)

Advisory Committee on Conscientious Objectors (/government/organisations/advisory-committee-on-conscientious-objectors)

Advisory Committee on Novel Foods and Processes (/government/organisations/advisory-committee-on-novel-foods-and-processes)

Advisory Committee on Releases to the Environment (/government/organisations/advisory-committee-on-releases-to-the-environment)

Advisory Committee on the Microbiological Safety of Food (/government/organisations/advisory-committee-on-the-microbiological-safety-of-food)

Advisory Committees on Justices of the Peace (/government/organisations/advisory-committees-on-justices-of-the-peace)

commission)

Northern Ireland Policing Board (/government/organisations/northern-ireland-policing-board)

Northern Ireland Prison Service (/government/organisations/northern-ireland-prison-service)

Northern Ireland Statistics and Research Agency (/government/organisations/northern-ireland-statistics-and-research-agency)

Northern Lighthouse Board (/government/organisations/northern-lighthouse-board)

Northumberland National Park Authority (/government/organisations/northumberland-national-park-authority)

Nuclear Decommissioning Authority (/government/organisations/nuclear-decommissioning-authority)

▶ Works with 3 agencies and public bodies

Nuclear Liabilities Financing Assurance Board (/government/organisations/nuclear-liabilities-financing-assurance-board)

Nuclear Research Advisory Council (/government/organisations/nuclear-research-advisory-council)

Nuclear Restoration Services (/government/organisations/nuclear-restoration-services)

Nuclear Waste Services (/government/organisations/nuclear-waste-services)

Oak National Academy (/government/organisations/oak-national-academy)

Ofcom (/government/organisations/ofcom)