**EXHIBIT 3**

**Organisation|Institutional Unit**

This page contains the list of organisations that have undergone a classification review by the Office for National Statistics (ONS) and were found to meet the criteria to be an institutional unit. They (ESA 2010 2.12).

Therefore, a search is required on the institutional unit's name to establish if it has been part of a classification review. To do this press Ctrl + F keys, enter all or part of the organisation's name in th entries retrieved will be displayed at the bottom of the "Find and Replace" pop up box. If the organisation cannot be found it may have been classified as a non-institutional unit, which are listed on t

Cells in each entry may be left blank if the information relating to the relevant heading is not available.

If you need to turn the filters or freeze panes off, the filters can be removed by selecting the 'Data' ribbon then the 'Filters' button or by using [Ctrl, Shift, L] and the freeze panes can be removed by

| Name | Sector Classification | ESA 2010 Code | Classification Applies from | Date Classified | Parent Company | Subsidiaries | Sponsoring Entity |
|---|---|---|---|---|---|---|---|
| Office of Communication (Ofcom) | Central Government | S.1311 | 2003 | Dec-11 | | | Department for Culture, Media and Sport |

have their own entry in column A. An institutional unit has autonomy of decision making in respect of its principal function

ie "Find what" search bar, in "Within" option, select Workbook from drop down arrow, then press "Find All" button, and all he Non-Institutional Units page

selecting the 'View' ribbon, 'Freeze Panes' then 'Unfreeze Panes' or by using [Alt W, F]

**Information**

Ofcom was founded in 2003 following the passing of the Communications Act 2003. ONS originally classified Ofcom as a public non-financial corporation in 2002, when the body was set up. Following a review, ONS has concluded that Ofcom was wrongly classified. The majority of Ofcom's funding comes in the form of Grant-in-Aid from DCMS. As grant-in-aid is not considered "sales" under ESA 95, Ofcom is and always has been a non-market body, and is consequently reclassified as a Central Government unit from its creation.

| **Additional Information** | **Previous Sector Classification** | **Previous ESA 2010 Code** | **Previous Sponsoring Entity** |
|---|---|---|---|
| | Public Non-Financial Corporations | S.11001 | |