**EXHIBIT 6**

*Changes to legislation:* Communications Act 2003, Section 1 is up to date with all changes known to be in force on or before 06 November 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes



# Communications Act 2003

## 2003 CHAPTER 21

### Part 1

FUNCTIONS OF OFCOM

*Transferred and assigned functions*

**1        Functions and general powers of OFCOM**

(1) The Office of Communications ("OFCOM") shall have the following functions—

    (a)    the functions transferred to OFCOM under section 2; and

    (b)    such other functions as may be conferred on OFCOM by or under any enactment (including this Act).

(2) OFCOM shall also have any functions in relation to telephone numbers that are conferred on them by the law of the Isle of Man or of any of the Channel Islands.

(3) OFCOM may do anything which appears to them to be incidental or conducive to the carrying out of their functions, including borrow money.

(4) OFCOM are not to borrow money except with the consent of the Secretary of State, or in accordance with a general authorisation given by him.

(5) OFCOM's powers under subsection (3) include, in particular—

    (a)    power to undertake research and development work in connection with any matter in relation to which they have functions;

    (b)    power to promote the carrying out of such research and development by others, or otherwise to arrange for it to be carried out by others;

    (c)    power to institute and carry on criminal proceedings in England and Wales or Northern Ireland for an offence relating to a matter in relation to which they have functions; and

    (d)    power, in such cases and in such circumstances as they may think fit, to make payments (where no legal liability arises) to persons adversely affected by the carrying out by OFCOM of any of their functions.

*Changes to legislation:* Communications Act 2003, Section 1 is up to date with all changes known to be in force on or before 06 November 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes

(6) In exercise of their powers under subsection (3), OFCOM must establish and maintain separate offices in each of the following parts of the United Kingdom—

    (a)   England;

    (b)   Wales;

    (c)   Scotland; and

    (d)   Northern Ireland.

(7) Part 2 of the Deregulation and Contracting Out Act 1994 (c. 40) (contracting out) is to have effect in relation to the functions conferred on OFCOM by or under any enactment as if—

    (a)   OFCOM were an office holder within the meaning of that Part; and

    (b)   a power of OFCOM to make subordinate legislation were excluded from section 69 of that Act to the extent only that it is exercisable by statutory instrument.

(8) In this section "telephone numbers" has the same meaning as in Chapter 1 of Part 2.

---

**Commencement Information**

**I1**    S. 1(1) (2) (4) (5)(a) (b) (d) (6)-(8) in force at 29.12.2003 by S.I. 2003/3142, art. 3(1), **Sch. 1** (with art. 11)

**I2**    S. 1(3) in force at 25.7.2003 for specified purposes by S.I. 2003/1900, arts. 1(2), 2(1), **Sch. 1** (with art. 3) (as amended by S.I. 2003/3142, art. 1(3))

**I3**    S. 1(3) in force at 29.12.2003 in so far as not already in force by S.I. 2003/3142, art. 3(1), **Sch. 1** (with art. 11)

**I4**    S. 1(5)(c) in force at 25.7.2003 for specified purposes by S.I. 2003/1900, arts. 1(2), 2(1), **Sch. 1** (with art. 3) (as amended by S.I. 2003/3142, art. 1(3))

**I5**    S. 1(5)(c) in force at 29.12.2003 in so far as not already in force by S.I. 2003/3142, art. 3(1), **Sch. 1** (with art. 11)

**Changes to legislation:**
Communications Act 2003, Section 1 is up to date with all changes known to be in force on or before 06 November 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations.
View outstanding changes

---

**Changes and effects yet to be applied to :**

– s. 148A and cross-heading inserted by 2022 c. 46 s. 73(2)
– s. 204A-204C substituted for s. 204-206 by 2024 c. 15 s. 32(2)
– s. 264(10A)(10B) inserted by 2024 c. 15 s. 1(3)
– s. 270(3)(ca) inserted by 2024 c. 15 s. 6(3)
– s. 270(4A) inserted by 2024 c. 15 s. 6(4)
– s. 270(7A) inserted by 2024 c. 15 s. 6(7)
– s. 278A inserted by 2024 c. 15 s. 10
– s. 351(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 58(2)(b)
– s. 351(5)(aa) substituted for s. 351(5)(a) by 2024 c. 15 Sch. 2 para. 58(3)(a)
– s. 353(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 59(2)(b)
– s. 368E(5)(d)(e) inserted by 2017 c. 30 s. 94(3)
– s. 402(2A)(za)(zb) inserted by 2022 c. 46 Sch. para. 2
– Sch. 3A para. 21(6) inserted by 2022 c. 46 Sch. para. 3(5)(b)
– Sch. 3A para. 37(3)(aza) inserted by 2022 c. 46 Sch. para. 3(9)
– Sch. 3A para. 84(1)(aza) inserted by 2022 c. 46 Sch. para. 3(10)
– Sch. 3A para. 103(1)(ca) inserted by 2022 c. 46 s. 70
– Sch. 3A para. 119A inserted by 2022 c. 46 s. 72
– Sch. 3A Pt. 4ZA inserted by 2022 c. 46 s. 67(1)
– Sch. 12 para. 1(15) inserted by 2024 c. 15 Sch. 1 para. 1(10)
– Sch. 12 para. 7(14) inserted by 2024 c. 15 Sch. 1 para. 2(10)
– Sch. 12 para. 4(2A) inserted by 2024 c. 15 Sch. 4 para. 52(4)
– Sch. 12 para. 3(6)-(7B) substituted for Sch. 12 para. 3(6)(7) by 2024 c. 15 Sch. 4 para. 51(4)

---

**Changes and effects yet to be applied to the whole Act associated Parts and Chapters:**
Whole provisions yet to be inserted into this Act (including any effects on those provisions):

– s. 148A and cross-heading inserted by 2022 c. 46 s. 73(2)
– s. 204A-204C substituted for s. 204-206 by 2024 c. 15 s. 32(2)
– s. 264(10A)(10B) inserted by 2024 c. 15 s. 1(3)
– s. 270(3)(ca) inserted by 2024 c. 15 s. 6(3)
– s. 270(4A) inserted by 2024 c. 15 s. 6(4)
– s. 270(7A) inserted by 2024 c. 15 s. 6(7)
– s. 278A inserted by 2024 c. 15 s. 10
– s. 351(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 58(2)(b)
– s. 351(5)(aa) substituted for s. 351(5)(a) by 2024 c. 15 Sch. 2 para. 58(3)(a)
– s. 353(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 59(2)(b)
– s. 368E(5)(d)(e) inserted by 2017 c. 30 s. 94(3)
– s. 402(2A)(za)(zb) inserted by 2022 c. 46 Sch. para. 2
– Sch. 3A para. 21(6) inserted by 2022 c. 46 Sch. para. 3(5)(b)
– Sch. 3A para. 37(3)(aza) inserted by 2022 c. 46 Sch. para. 3(9)
– Sch. 3A para. 84(1)(aza) inserted by 2022 c. 46 Sch. para. 3(10)
– Sch. 3A para. 103(1)(ca) inserted by 2022 c. 46 s. 70
– Sch. 3A para. 119A inserted by 2022 c. 46 s. 72
– Sch. 3A Pt. 4ZA inserted by 2022 c. 46 s. 67(1)
– Sch. 12 para. 1(15) inserted by 2024 c. 15 Sch. 1 para. 1(10)
– Sch. 12 para. 7(14) inserted by 2024 c. 15 Sch. 1 para. 2(10)
– Sch. 12 para. 4(2A) inserted by 2024 c. 15 Sch. 4 para. 52(4)

– Sch. 12 para. 3(6)-(7B) substituted for Sch. 12 para. 3(6)(7) by 2024 c. 15 Sch. 4 para. 51(4)

***Changes to legislation:*** *Communications Act 2003, Section 2 is up to date with all changes known to be in force on or before 08 November 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes*



# Communications Act 2003

## 2003 CHAPTER 21

### Part 1

#### Functions of OFCOM

*Transferred and assigned functions*

**2      Transfer of functions of pre-commencement regulators**

(1) As from such date as the Secretary of State may appoint for the coming into force of this section, the functions that are set out in Schedule 1 (functions of the Secretary of State and of the pre-commencement regulators) shall become functions of OFCOM in accordance with that Schedule.

(2) References in any enactment to a person who is a person from whom functions are transferred by virtue of this section are to have effect, so far as necessary for the purposes of the transfers, as references to OFCOM.

(3) The functions of OFCOM are to include the carrying out of the transferred functions, at times after the time when they become functions of OFCOM, in relation to anything occurring before that time.

(4) The provisions of this section have effect subject to—

    (a)   the modifications made by this Act of the enactments relating to the transferred functions; and

    (b)   any express transitional or consequential provisions made by or under this Act in relation to those enactments.

**Commencement Information**

**I1**    S. 2 in force at 29.12.2003 for specified purposes by S.I. 2003/3142, art. 3(1)(3), **Sch. 1** (with art. 11)

**I2**    S. 2 in force at 1.4.2004 in so far as not already in force by S.I. 2003/3142, art. 4(2), **Sch. 2** (with art. 11) (as amended (4.3.2004) by S.I. 2004/545, art. 2(2)(3)(a))

**Changes to legislation:**
Communications Act 2003, Section 2 is up to date with all changes known to be in force on or before 08 November 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations.
View outstanding changes

---

**Changes and effects yet to be applied to :**

– s. 148A and cross-heading inserted by 2022 c. 46 s. 73(2)
– s. 204A-204C substituted for s. 204-206 by 2024 c. 15 s. 32(2)
– s. 264(10A)(10B) inserted by 2024 c. 15 s. 1(3)
– s. 270(3)(ca) inserted by 2024 c. 15 s. 6(3)
– s. 270(4A) inserted by 2024 c. 15 s. 6(4)
– s. 270(7A) inserted by 2024 c. 15 s. 6(7)
– s. 278A inserted by 2024 c. 15 s. 10
– s. 351(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 58(2)(b)
– s. 351(5)(aa) substituted for s. 351(5)(a) by 2024 c. 15 Sch. 2 para. 58(3)(a)
– s. 353(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 59(2)(b)
– s. 368E(5)(d)(e) inserted by 2017 c. 30 s. 94(3)
– s. 402(2A)(za)(zb) inserted by 2022 c. 46 Sch. para. 2
– Sch. 3A para. 21(6) inserted by 2022 c. 46 Sch. para. 3(5)(b)
– Sch. 3A para. 37(3)(aza) inserted by 2022 c. 46 Sch. para. 3(9)
– Sch. 3A para. 84(1)(aza) inserted by 2022 c. 46 Sch. para. 3(10)
– Sch. 3A para. 103(1)(ca) inserted by 2022 c. 46 s. 70
– Sch. 3A para. 119A inserted by 2022 c. 46 s. 72
– Sch. 3A Pt. 4ZA inserted by 2022 c. 46 s. 67(1)
– Sch. 12 para. 1(15) inserted by 2024 c. 15 Sch. 1 para. 1(10)
– Sch. 12 para. 7(14) inserted by 2024 c. 15 Sch. 1 para. 2(10)
– Sch. 12 para. 4(2A) inserted by 2024 c. 15 Sch. 4 para. 52(4)
– Sch. 12 para. 3(6)-(7B) substituted for Sch. 12 para. 3(6)(7) by 2024 c. 15 Sch. 4 para. 51(4)

---

**Changes and effects yet to be applied to the whole Act associated Parts and Chapters:**
Whole provisions yet to be inserted into this Act (including any effects on those provisions):

– s. 148A and cross-heading inserted by 2022 c. 46 s. 73(2)
– s. 204A-204C substituted for s. 204-206 by 2024 c. 15 s. 32(2)
– s. 264(10A)(10B) inserted by 2024 c. 15 s. 1(3)
– s. 270(3)(ca) inserted by 2024 c. 15 s. 6(3)
– s. 270(4A) inserted by 2024 c. 15 s. 6(4)
– s. 270(7A) inserted by 2024 c. 15 s. 6(7)
– s. 278A inserted by 2024 c. 15 s. 10
– s. 351(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 58(2)(b)
– s. 351(5)(aa) substituted for s. 351(5)(a) by 2024 c. 15 Sch. 2 para. 58(3)(a)
– s. 353(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 59(2)(b)
– s. 368E(5)(d)(e) inserted by 2017 c. 30 s. 94(3)
– s. 402(2A)(za)(zb) inserted by 2022 c. 46 Sch. para. 2
– Sch. 3A para. 21(6) inserted by 2022 c. 46 Sch. para. 3(5)(b)
– Sch. 3A para. 37(3)(aza) inserted by 2022 c. 46 Sch. para. 3(9)
– Sch. 3A para. 84(1)(aza) inserted by 2022 c. 46 Sch. para. 3(10)
– Sch. 3A para. 103(1)(ca) inserted by 2022 c. 46 s. 70
– Sch. 3A para. 119A inserted by 2022 c. 46 s. 72
– Sch. 3A Pt. 4ZA inserted by 2022 c. 46 s. 67(1)
– Sch. 12 para. 1(15) inserted by 2024 c. 15 Sch. 1 para. 1(10)
– Sch. 12 para. 7(14) inserted by 2024 c. 15 Sch. 1 para. 2(10)
– Sch. 12 para. 4(2A) inserted by 2024 c. 15 Sch. 4 para. 52(4)

– Sch. 12 para. 3(6)-(7B) substituted for Sch. 12 para. 3(6)(7) by 2024 c. 15 Sch. 4 para. 51(4)

*Changes to legislation:* Communications Act 2003, Section 3 is up to date with all changes known to be in force on or before 24 October 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes



# Communications Act 2003

## 2003 CHAPTER 21

### Part 1

### Functions of OFCOM

*General duties in carrying out functions*

**3        General duties of OFCOM**

(1) It shall be the principal duty of OFCOM, in carrying out their functions—

  (a)   to further the interests of citizens in relation to communications matters; and

  (b)   to further the interests of consumers in relevant markets, where appropriate by promoting competition.

(2) The things which, by virtue of subsection (1), OFCOM are required to secure in the carrying out of their functions include, in particular, each of the following—

  (a)   the optimal use for wireless telegraphy of the electro-magnetic spectrum;

  (b)   the availability throughout the United Kingdom of a wide range of electronic communications services;

  (c)   the availability throughout the United Kingdom of a wide range of television and radio services which (taken as a whole) are both of high quality and calculated to appeal to a variety of tastes and interests;

  (d)   the maintenance of a sufficient plurality of providers of different television and radio services;

  (e)   the application, in the case of all television and radio services, of standards that provide adequate protection to members of the public from the inclusion of offensive and harmful material in such services;

  (f)   the application, in the case of all television and radio services, of standards that provide adequate protection to members of the public and all other persons from both—

      (i) unfair treatment in programmes included in such services; and

*Changes to legislation:* Communications Act 2003, Section 3 is up to date with all changes known to be in force on or
before 24 October 2025. There are changes that may be brought into force at a future date. Changes that have been made
appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes

        (ii) unwarranted infringements of privacy resulting from activities carried on for the purposes of such services.

    [**F1**(g)  the adequate protection of citizens from harm presented by content on regulated services, through the appropriate use by providers of such services of systems and processes designed to reduce the risk of such harm.]

(3) In performing their duties under subsection (1), OFCOM must have regard, in all cases, to—

    (a)  the principles under which regulatory activities should be transparent, accountable, proportionate, consistent and targeted only at cases in which action is needed; and

    (b)  any other principles appearing to OFCOM to represent the best regulatory practice.

(4) OFCOM must also have regard, in performing those duties, to such of the following as appear to them to be relevant in the circumstances—

    (a)  the desirability of promoting the fulfilment of [**F2**the purposes of public service television broadcasting in the United Kingdom]][**F2**the public service remit for television in the United Kingdom (as defined in section 264)] ;

    (b)  the desirability of promoting competition in relevant markets;

    (c)  [**F3**(subject to subsection (5A))] the desirability of promoting and facilitating the development and use of effective forms of self-regulation;

    (d)  the desirability of encouraging investment and innovation in relevant markets;

    (e)  the desirability of encouraging the availability and use of high speed data transfer services throughout the United Kingdom;

  [**F4**(ea)  the desirability of ensuring the security and availability of public electronic communications networks and public electronic communications services;]

  [**F5**(eb)  the desirability of ensuring that relevant markets facilitate end-to-end connectivity in the interests of consumers in those markets;]

    (f)  the different needs and interests, so far as the use of the electro-magnetic spectrum for wireless telegraphy is concerned, of all persons who may wish to make use of it;

    (g)  the need to secure that the application in the case of television and radio services of standards falling within subsection (2)(e) and (f) is in the manner that best guarantees an appropriate level of freedom of expression;

    (h)  the vulnerability of children and of others whose circumstances appear to OFCOM to put them in need of special protection;

    (i)  the needs of persons with disabilities, of the elderly and of those on low incomes;

    (j)  the desirability of preventing crime and disorder;

    (k)  the opinions of consumers in relevant markets and of members of the public generally;

    (l)  the different interests of persons in the different parts of the United Kingdom, of the different ethnic communities within the United Kingdom and of persons living in rural and in urban areas;

    (m)  the extent to which, in the circumstances of the case, the furthering or securing of the matters mentioned in subsections (1) and (2) is reasonably practicable.

[**F6**(4A) In performing their duties under subsection (1) in relation to matters to which subsection (2)(g) is relevant, OFCOM must have regard to such of the following as appear to them to be relevant in the circumstances—

***Changes to legislation:*** *Communications Act 2003, Section 3 is up to date with all changes known to be in force on or before 24 October 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes*

  (a)   the risk of harm to citizens presented by regulated services;
  (b)   the need for a higher level of protection for children than for adults;
  (c)   the need for it to be clear to providers of regulated services how they may comply with their duties set out in Chapter 2, 3, 4 or 5 of Part 3, Chapter 1, 3 or 4 of Part 4, or Part 5 of the Online Safety Act 2023;
  (d)   the need to exercise their functions so as to secure that providers of regulated services may comply with such duties by taking measures, or using measures, systems or processes, which are (where relevant) proportionate to—
            (i) the size or capacity of the provider in question, and
            (ii) the level of risk of harm presented by the service in question, and the severity of the potential harm;
  (e)   the desirability of promoting the use by providers of regulated services of technologies which are designed to reduce the risk of harm to citizens presented by content on regulated services;
  (f)   the extent to which providers of regulated services demonstrate, in a way that is transparent and accountable, that they are complying with their duties set out in Chapter 2, 3, 4 or 5 of Part 3, Chapter 1, 3 or 4 of Part 4, or Part 5 of the Online Safety Act 2023.**]**

(5) In performing their duty under this section of furthering the interests of consumers, OFCOM must have regard, in particular, to the interests of those consumers in respect of choice, price, quality of service and value for money.

**[F7**(5A) Subsection (4)(c) does not apply in relation to the carrying out of any of OFCOM's online safety functions.**]**

(6) Where it appears to OFCOM, in relation to the carrying out of any of the functions mentioned in section 4(1), that any of their general duties conflict with one or more of their duties under sections 4, 24 and 25, priority must be given to their duties under those sections.

**[F8**(6A) Where it appears to OFCOM, in relation to the carrying out of any of their functions in relation to postal services, that any of their general duties conflict with their duty under section 29 of the Postal Services Act 2011 (duty to secure provision of universal postal service), priority must be given to their duty under that section.**]**

**[F9**(6ZA) Where it appears to OFCOM, in relation to the carrying out of any of their online safety functions, that any of their general duties conflict with their duty under section 24, priority must be given to their duty under that section.**]**

(7) Where it appears to OFCOM that any of their general duties conflict with each other in a particular case, they must secure that the conflict is resolved in the manner they think best in the circumstances.

(8) Where OFCOM resolve a conflict in an important case between their duties under paragraphs (a) and (b) of subsection (1), they must publish a statement setting out—
  (a)   the nature of the conflict;
  (b)   the manner in which they have decided to resolve it; and
  (c)   the reasons for their decision to resolve it in that manner.

(9) Where OFCOM are required to publish a statement under subsection (8), they must—
  (a)   publish it as soon as possible after making their decision but not while they would (apart from a statutory requirement to publish) be subject to an

obligation not to publish a matter that needs to be included in the statement; and

(b) so publish it in such manner as they consider appropriate for bringing it to the attention of the persons who, in OFCOM's opinion, are likely to be affected by the matters to which the decision relates.

(10) Every report under paragraph 12 of the Schedule to the Office of Communications Act 2002 (c. 11) (OFCOM's annual report) for a financial year must contain a summary of the manner in which, in that year, OFCOM resolved conflicts arising in important cases between their general duties.

(11) A case is an important case for the purposes of subsection (8) or (10) only if—

(a) it involved one or more of the matters mentioned in subsection (12); or

(b) it otherwise appears to OFCOM to have been of unusual importance.

(12) Those matters are—

(a) a major change in the activities carried on by OFCOM;

(b) matters likely to have a significant impact on persons carrying on businesses in any of the relevant markets; or

(c) matters likely to have a significant impact on the general public in the United Kingdom or in a part of the United Kingdom.

(13) This section is subject to sections 370(11) and 371(11) of this Act and to section 119A(4) of the Enterprise Act 2002 (c. 40) (which applies to functions conferred on OFCOM by Chapter 2 of Part 5 of this Act).

(14) In this section—

"citizens" means all members of the public in the United Kingdom;

"communications matters" means the matters in relation to which OFCOM have functions;

[F10"content on regulated services" means—

(a) regulated user-generated content present on regulated services,

(b) search content of regulated services,

(c) fraudulent advertisements present on regulated services, and

(d) regulated provider pornographic content present on regulated services;]

[F11"end-to-end connectivity" has the meaning given by section 74(3);]

"general duties", in relation to OFCOM, means—

(a) their duties under subsections (1) to (5); and

(b) the duty which, under section 107(5), is to rank equally for the purposes of subsections (6) and (7) with their duties under this section;

[F10"online safety functions" has the meaning given by section 235 of the Online Safety Act 2023, except that it does not include OFCOM's general duties;]

"relevant markets" means markets for any of the services, facilities, apparatus or directories in relation to which OFCOM have functions.

[F12(15) In this section the following terms have the same meaning as in the Online Safety Act 2023—

"content" (see section 236 of that Act);

"fraudulent advertisement" (see sections 38 and 39 of that Act);

"harm" (see section 234 of that Act);

*Changes to legislation: Communications Act 2003, Section 3 is up to date with all changes known to be in force on or before 24 October 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes*

"provider", in relation to a regulated service (see section 226 of that Act);
"regulated user-generated content" (see section 55 of that Act);
"regulated provider pornographic content" (see section 79 of that Act);
"regulated service" (see section 4 of that Act);
"search content" (see section 57 of that Act).**]**

**Textual Amendments**

**F1**   S. 3(2)(g) inserted (26.10.2023) by Online Safety Act 2023 (c. 50), **ss. 91(2)**, 240(4)

**F2**   Words in s. 3(4)(a) substituted (23.8.2024 for specified purposes) by Media Act 2024 (c. 15), s. 55(3)(a), **Sch. 2 para. 23**; S.I. 2024/858, reg. 3, Sch.

**F3**   Words in s. 3(4)(c) inserted (26.10.2023) by Online Safety Act 2023 (c. 50), **ss. 91(3)**, 240(4)

**F4**   S. 3(4)(ea) inserted (31.12.2020) by The Electronic Communications and Wireless Telegraphy (Amendment etc.) (EU Exit) Regulations 2019 (S.I. 2019/246), reg. 1(2), **Sch. 1 para. 2**; 2020 c. 1, Sch. 5 para. 1(1)

**F5**   S. 3(4)(eb) inserted (21.12.2020) by The Electronic Communications and Wireless Telegraphy (Amendment) (European Electronic Communications Code and EU Exit) Regulations 2020 (S.I. 2020/1419), reg. 1(2), **Sch. 1 para. 2(2)**

**F6**   S. 3(4A) inserted (26.10.2023) by Online Safety Act 2023 (c. 50), **ss. 91(4)**, 240(4)

**F7**   S. 3(5A) inserted (26.10.2023) by Online Safety Act 2023 (c. 50), **ss. 91(5)**, 240(4)

**F8**   S. 3(6A) inserted (1.10.2011) by Postal Services Act 2011 (c. 5), s. 93(2)(3), **Sch. 12 para. 57**; S.I. 2011/2329, art. 3

**F9**   S. 3(6ZA) inserted (26.10.2023) by Online Safety Act 2023 (c. 50), **ss. 91(6)**, 240(4)

**F10**   Words in s. 3(14) inserted (26.10.2023) by Online Safety Act 2023 (c. 50), **ss. 91(7)**, 240(4)

**F11**   Words in s. 3(14) inserted (21.12.2020) by The Electronic Communications and Wireless Telegraphy (Amendment) (European Electronic Communications Code and EU Exit) Regulations 2020 (S.I. 2020/1419), reg. 1(2), **Sch. 1 para. 2(3)**

**F12**   S. 3(15) inserted (26.10.2023) by Online Safety Act 2023 (c. 50), **ss. 91(8)**, 240(4)

**Modifications etc. (not altering text)**

**C1**   S. 3 excluded by 2002 c. 40, s. 119(4) (as inserted (29.12.2003) by Communications Act 2003 (c. 21), **ss. 385**, 411(2) (with Sch. 18); S.I. 2003/3142, art. 3(1), Sch. 1 (with art. 11))

**Commencement Information**

**I1**   S. 3 in force at 29.12.2003 by S.I. 2003/3142, art. 3(1), **Sch. 1** (with art. 11)

*Communications Act 2003 (c. 21)*
*Document Generated: 2025-10-24*

**Changes to legislation:**
Communications Act 2003, Section 3 is up to date with all changes known to be in force on or before 24 October 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations.
View outstanding changes

---

**Changes and effects yet to be applied to :**

- s. 148A and cross-heading inserted by 2022 c. 46 s. 73(2)
- s. 204A-204C substituted for s. 204-206 by 2024 c. 15 s. 32(2)
- s. 264(10A)(10B) inserted by 2024 c. 15 s. 1(3)
- s. 270(3)(ca) inserted by 2024 c. 15 s. 6(3)
- s. 270(4A) inserted by 2024 c. 15 s. 6(4)
- s. 270(7A) inserted by 2024 c. 15 s. 6(7)
- s. 278A inserted by 2024 c. 15 s. 10
- s. 351(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 58(2)(b)
- s. 351(5)(aa) substituted for s. 351(5)(a) by 2024 c. 15 Sch. 2 para. 58(3)(a)
- s. 353(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 59(2)(b)
- s. 368E(5)(d)(e) inserted by 2017 c. 30 s. 94(3)
- s. 402(2A)(za)(zb) inserted by 2022 c. 46 Sch. para. 2
- Sch. 3A para. 21(6) inserted by 2022 c. 46 Sch. para. 3(5)(b)
- Sch. 3A para. 37(3)(aza) inserted by 2022 c. 46 Sch. para. 3(9)
- Sch. 3A para. 84(1)(aza) inserted by 2022 c. 46 Sch. para. 3(10)
- Sch. 3A para. 103(1)(ca) inserted by 2022 c. 46 s. 70
- Sch. 3A para. 119A inserted by 2022 c. 46 s. 72
- Sch. 3A Pt. 4ZA inserted by 2022 c. 46 s. 67(1)
- Sch. 12 para. 1(15) inserted by 2024 c. 15 Sch. 1 para. 1(10)
- Sch. 12 para. 7(14) inserted by 2024 c. 15 Sch. 1 para. 2(10)
- Sch. 12 para. 4(2A) inserted by 2024 c. 15 Sch. 4 para. 52(4)
- Sch. 12 para. 3(6)-(7B) substituted for Sch. 12 para. 3(6)(7) by 2024 c. 15 Sch. 4 para. 51(4)

---

**Changes and effects yet to be applied to the whole Act associated Parts and Chapters:**
Whole provisions yet to be inserted into this Act (including any effects on those provisions):

- s. 148A and cross-heading inserted by 2022 c. 46 s. 73(2)
- s. 204A-204C substituted for s. 204-206 by 2024 c. 15 s. 32(2)
- s. 264(10A)(10B) inserted by 2024 c. 15 s. 1(3)
- s. 270(3)(ca) inserted by 2024 c. 15 s. 6(3)
- s. 270(4A) inserted by 2024 c. 15 s. 6(4)
- s. 270(7A) inserted by 2024 c. 15 s. 6(7)
- s. 278A inserted by 2024 c. 15 s. 10
- s. 351(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 58(2)(b)
- s. 351(5)(aa) substituted for s. 351(5)(a) by 2024 c. 15 Sch. 2 para. 58(3)(a)
- s. 353(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 59(2)(b)
- s. 368E(5)(d)(e) inserted by 2017 c. 30 s. 94(3)
- s. 402(2A)(za)(zb) inserted by 2022 c. 46 Sch. para. 2
- Sch. 3A para. 21(6) inserted by 2022 c. 46 Sch. para. 3(5)(b)
- Sch. 3A para. 37(3)(aza) inserted by 2022 c. 46 Sch. para. 3(9)
- Sch. 3A para. 84(1)(aza) inserted by 2022 c. 46 Sch. para. 3(10)
- Sch. 3A para. 103(1)(ca) inserted by 2022 c. 46 s. 70
- Sch. 3A para. 119A inserted by 2022 c. 46 s. 72
- Sch. 3A Pt. 4ZA inserted by 2022 c. 46 s. 67(1)
- Sch. 12 para. 1(15) inserted by 2024 c. 15 Sch. 1 para. 1(10)
- Sch. 12 para. 7(14) inserted by 2024 c. 15 Sch. 1 para. 2(10)
- Sch. 12 para. 4(2A) inserted by 2024 c. 15 Sch. 4 para. 52(4)

*Communications Act 2003 (c. 21)*
*Document Generated: 2025-10-24*

– Sch. 12 para. 3(6)-(7B) substituted for Sch. 12 para. 3(6)(7) by 2024 c. 15 Sch. 4 para. 51(4)

*Changes to legislation:* Communications Act 2003, Section 400 is up to date with all changes known to be in force on or before 14 November 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes



# Communications Act 2003

## 2003 CHAPTER 21

### PART 6

#### MISCELLANEOUS AND SUPPLEMENTAL

#### *Supplemental*

**400**     **[F1]Destination of ... fees and penalties**

(1) This section applies (subject to section 401) to the following amounts—

(a) an amount paid to OFCOM in respect of a penalty imposed by them under Chapter 1 of Part 2 (including a penalty imposed by virtue of section 191(5));

(b) so much of an amount paid to OFCOM under numbering conditions in respect of an allocation of telephone numbers as is an amount determined by reference to an indication given in response to an invitation such as is mentioned in section 58(5)(a);

(c) an amount paid to OFCOM in pursuance of an obligation imposed by or under [F2Chapter 1 or 2 of Part 2 of the Wireless Telegraphy Act 2006] ;

(d) an amount paid to OFCOM in respect of a penalty imposed by them under [F3section 42 F4... [F5 or Part 2A ] of that Act] ;

[F6(da) an amount paid to OFCOM in respect of a fee charged under section 53D of that Act;]

(e) a cash bid amount paid to OFCOM under a Broadcasting Act licence for the first year falling within the period for which the licence is in force;

(f) an amount paid to OFCOM under such a licence for a subsequent year as the amount equal to a cash bid amount increased by the appropriate percentage;

(g) an amount paid to OFCOM under such a licence as an amount representing a percentage of relevant revenue for an accounting period;

(h) an amount paid to OFCOM in respect of a penalty imposed by them under Part 1 or 3 of the 1990 Act, Part 1 or 2 of the 1996 Act or Part 3 of this Act.

[F7(ha) an amount paid to OFCOM in respect of a penalty imposed by them under Part 3A [F8or 3B] of this Act;]

***Changes to legislation:*** *Communications Act 2003, Section 400 is up to date with all changes known to be in force on or before 14 November 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes*

[**F9**(i)    an amount paid to OFCOM in respect of a penalty imposed by them under Part 3 of the Postal Services Act 2011.**]**

[**F10**(j)    an amount paid to OFCOM in respect of a penalty imposed by them under Chapter 6 of Part 7 of the Online Safety Act 2023;

(k)    an amount paid to OFCOM in respect of an additional fee charged under Schedule 10 to the Online Safety Act 2023.**]**

(2) Where OFCOM receive an amount to which this section applies [**F11**(except an amount mentioned in subsection (1)(j) or (k))**]**, it must be paid into the appropriate Consolidated Fund; but this subsection does not apply to an amount which is required by OFCOM for making an adjustment in respect of an overpayment.

(3) The reference in subsection (2) to the payment of an amount into the appropriate Consolidated Fund—

(a)    in the case of an amount received in respect of matters appearing to OFCOM to have no connection with Northern Ireland, is a reference to the payment of the amount into the Consolidated Fund of the United Kingdom;

(b)    in the case of an amount received in respect of matters appearing to OFCOM to have a connection with Northern Ireland but no connection with the rest of the United Kingdom, is a reference to the payment of the amount into the Consolidated Fund of Northern Ireland; and

(c)    in any other case, is a reference to the payment of the amount, in such proportions as OFCOM consider appropriate, into each of those Funds.

[**F12**(3A) Where OFCOM receive an amount mentioned in subsection (1)(j) or (k), it must be paid into the Consolidated Fund of the United Kingdom.**]**

(4) OFCOM must, in respect of each financial year, prepare an account showing—

(a)    the amounts to which this section applies that have been received by them during that year;

(b)    the sums paid into the Consolidated Funds of the United Kingdom and Northern Ireland respectively under this section in respect of those amounts;

(c)    the aggregate amount of the sums received by them during that year that is retained in accordance with a statement [**F13** under section 401 for meeting the costs set out in the statement in accordance with subsection (1)(b) **]** of that section during that year;

(d)    the aggregate amount that they estimate will fall to be so retained out of amounts due to them and likely to be paid or recovered; and

(e)    the cost to OFCOM of carrying out during that year the functions in respect of which amounts are or are to be retained in accordance with such a statement.

(5) OFCOM must send that account to the Comptroller and Auditor General not later than the end of the month of November following the financial year to which it relates.

(6) The Comptroller and Auditor General must examine, certify and report on the account and lay copies of it, together with his report, before each House of Parliament.

(7) References in this section to penalties imposed by OFCOM under Part 3 of this Act include references to penalties which the BBC is liable to pay to OFCOM by virtue of section 198(3).

(8) In this section—

*Changes to legislation:* Communications Act 2003, Section 400 is up to date with all changes known to be in force on or
before 14 November 2025. There are changes that may be brought into force at a future date. Changes that have been made
appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes

"the appropriate percentage" has the same meaning as in section 19 of the 1990 Act;

"cash bid amount" means an amount specified in a cash bid for a Broadcasting Act licence or the amount determined by OFCOM for the purposes of any provision of the 1990 Act or this Part to be what would have been the amount of a cash bid for a licence;

"financial year" has the same meaning as in the Schedule to the Office of Communications Act 2002 (c. 11);

"numbering conditions" means conditions the setting of which is authorised by section 58 or 59; and

"relevant revenue" means any of the following—

(a) the amount which for the purposes of section 19, 52(1), 102(1) or 118 (1) of the 1990 Act is the amount of qualifying revenue for an accounting period;

(b) the amount which for the purposes of section 13(1) or 55(1) of the 1996 Act is the amount of multiplex revenue for an accounting period; or

(c) an amount which for the purposes of paragraph 7 of Schedule 10 to this Act is the amount of qualifying revenue for an accounting period.

**Textual Amendments**

**F1**    Word in s. 400 heading omitted (10.1.2024) by virtue of Online Safety Act 2023 (c. 50), **ss. 206(5)**, 240(1); S.I. 2023/1420, **reg. 2(z26)**

**F2**    Words in s. 400(1)(c) substituted (8.2.2007) by Wireless Telegraphy Act 2006 (c. 36), s. 126(2), **Sch. 7 para. 32(a)**

**F3**    Words in s. 400(1)(d) substituted (8.2.2007) by Wireless Telegraphy Act 2006 (c. 36), s. 126(2), **Sch. 7 para. 32(b)**

**F4**    Words in s. 400(1)(d) omitted (27.6.2017) by virtue of Digital Economy Act 2017 (c. 30), **ss. 9(10)**, 118(2) (with s. 9(13))

**F5**    Words in s. 400(1)(d) inserted (31.7.2017) by Digital Economy Act 2017 (c. 30), **ss. 8(4)(a)**, 118(6); S.I. 2017/765, reg. 2(c)

**F6**    S. 400(1)(da) inserted (31.7.2017) by Digital Economy Act 2017 (c. 30), **ss. 8(4)(b)**, 118(6); S.I. 2017/765, reg. 2(c)

**F7**    S. 400(1)(ha) inserted (24.5.2024 for specified purposes, 23.8.2024 in so far as not already in force) by Media Act 2024 (c. 15), s. 55(1)(a)(3)(b), **Sch. 3 para. 4**; S.I. 2024/858, reg. 2(1)(w)

**F8**    Words in s. 400(1)(ha) inserted (23.8.2024) by Media Act 2024 (c. 15), s. 55(3)(f), **Sch. 9 para. 4**; S.I. 2024/858, reg. 2(1)(z3)

**F9**    S. 400(1)(i) inserted (1.10.2011) by Postal Services Act 2011 (c. 5), s. 93(2)(3), **Sch. 12 para. 66**; S.I. 2011/2329, art. 3

**F10**   S. 400(1)(j)(k) inserted (10.1.2024) by Online Safety Act 2023 (c. 50), **ss. 206(2)**, 240(1); S.I. 2023/1420, reg. 2(z26)

**F11**   Words in s. 400(2) inserted (10.1.2024) by Online Safety Act 2023 (c. 50), **ss. 206(3)**, 240(1); S.I. 2023/1420, reg. 2(z26)

**F12**   S. 400(3A) inserted (10.1.2024) by Online Safety Act 2023 (c. 50), **ss. 206(4)**, 240(1); S.I. 2023/1420, reg. 2(z26)

**F13**   Words in s. 400(4)(c) substituted (31.7.2017) by Digital Economy Act 2017 (c. 30), **ss. 100(2)**, 118(6); S.I. 2017/765, reg. 2(bb)

**Commencement Information**

**I1**    S. 400 in force at 29.12.2003 by S.I. 2003/3142, art. 3(1), **Sch. 1** (with art. 11)

**Changes to legislation:**
Communications Act 2003, Section 400 is up to date with all changes known to be in force on or before 14 November 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations.
View outstanding changes

**Changes and effects yet to be applied to :**

- s. 148A and cross-heading inserted by 2022 c. 46 s. 73(2)
- s. 204A-204C substituted for s. 204-206 by 2024 c. 15 s. 32(2)
- s. 264(10A)(10B) inserted by 2024 c. 15 s. 1(3)
- s. 270(3)(ca) inserted by 2024 c. 15 s. 6(3)
- s. 270(4A) inserted by 2024 c. 15 s. 6(4)
- s. 270(7A) inserted by 2024 c. 15 s. 6(7)
- s. 278A inserted by 2024 c. 15 s. 10
- s. 351(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 58(2)(b)
- s. 351(5)(aa) substituted for s. 351(5)(a) by 2024 c. 15 Sch. 2 para. 58(3)(a)
- s. 353(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 59(2)(b)
- s. 368E(5)(d)(e) inserted by 2017 c. 30 s. 94(3)
- s. 402(2A)(za)(zb) inserted by 2022 c. 46 Sch. para. 2
- Sch. 3A para. 21(6) inserted by 2022 c. 46 Sch. para. 3(5)(b)
- Sch. 3A para. 37(3)(aza) inserted by 2022 c. 46 Sch. para. 3(9)
- Sch. 3A para. 84(1)(aza) inserted by 2022 c. 46 Sch. para. 3(10)
- Sch. 3A para. 103(1)(ca) inserted by 2022 c. 46 s. 70
- Sch. 3A para. 119A inserted by 2022 c. 46 s. 72
- Sch. 3A Pt. 4ZA inserted by 2022 c. 46 s. 67(1)
- Sch. 12 para. 1(15) inserted by 2024 c. 15 Sch. 1 para. 1(10)
- Sch. 12 para. 7(14) inserted by 2024 c. 15 Sch. 1 para. 2(10)
- Sch. 12 para. 4(2A) inserted by 2024 c. 15 Sch. 4 para. 52(4)
- Sch. 12 para. 3(6)-(7B) substituted for Sch. 12 para. 3(6)(7) by 2024 c. 15 Sch. 4 para. 51(4)

**Changes and effects yet to be applied to the whole Act associated Parts and Chapters:**
Whole provisions yet to be inserted into this Act (including any effects on those provisions):

- s. 148A and cross-heading inserted by 2022 c. 46 s. 73(2)
- s. 204A-204C substituted for s. 204-206 by 2024 c. 15 s. 32(2)
- s. 264(10A)(10B) inserted by 2024 c. 15 s. 1(3)
- s. 270(3)(ca) inserted by 2024 c. 15 s. 6(3)
- s. 270(4A) inserted by 2024 c. 15 s. 6(4)
- s. 270(7A) inserted by 2024 c. 15 s. 6(7)
- s. 278A inserted by 2024 c. 15 s. 10
- s. 351(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 58(2)(b)
- s. 351(5)(aa) substituted for s. 351(5)(a) by 2024 c. 15 Sch. 2 para. 58(3)(a)
- s. 353(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 59(2)(b)
- s. 368E(5)(d)(e) inserted by 2017 c. 30 s. 94(3)
- s. 402(2A)(za)(zb) inserted by 2022 c. 46 Sch. para. 2
- Sch. 3A para. 21(6) inserted by 2022 c. 46 Sch. para. 3(5)(b)
- Sch. 3A para. 37(3)(aza) inserted by 2022 c. 46 Sch. para. 3(9)
- Sch. 3A para. 84(1)(aza) inserted by 2022 c. 46 Sch. para. 3(10)
- Sch. 3A para. 103(1)(ca) inserted by 2022 c. 46 s. 70
- Sch. 3A para. 119A inserted by 2022 c. 46 s. 72
- Sch. 3A Pt. 4ZA inserted by 2022 c. 46 s. 67(1)
- Sch. 12 para. 1(15) inserted by 2024 c. 15 Sch. 1 para. 1(10)
- Sch. 12 para. 7(14) inserted by 2024 c. 15 Sch. 1 para. 2(10)
- Sch. 12 para. 4(2A) inserted by 2024 c. 15 Sch. 4 para. 52(4)

– Sch. 12 para. 3(6)-(7B) substituted for Sch. 12 para. 3(6)(7) by 2024 c. 15 Sch. 4 para. 51(4)

*Changes to legislation:* Communications Act 2003, Section 405 is up to date with all changes known to be in force on or before 14 November 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes



# Communications Act 2003

## 2003 CHAPTER 21

### PART 6

### MISCELLANEOUS AND SUPPLEMENTAL

#### *Supplemental*

**405    General interpretation**

(1) In this Act, except in so far as the context otherwise requires—

"the 1990 Act" means the Broadcasting Act 1990 (c. 42);

"the 1996 Act" means the Broadcasting Act 1996 (c. 55);

"access" is to be construed in accordance with subsection (4);

"apparatus" includes any equipment, machinery or device and any wire or cable and the casing or coating for any wire or cable;

"associated facility" has the meaning given by section 32;

[**F1**"the Audiovisual Media Services Directive" means Directive 2010/13/EU of the European Parliament and of the Council of 10 March 2010 on the coordination of certain provisions laid down by law, regulation or administrative action in Member States concerning the provision of audiovisual media services;]

"the BBC" means the British Broadcasting Corporation;

[**F2**"BEREC" means the Body of European Regulators for Electronic Communications;]

"body" (without more) means any body or association of persons, whether corporate or unincorporate, including a firm;

"broadcast" means broadcast by wireless telegraphy, and cognate expressions are to be construed accordingly;

"Broadcasting Act licence" means a licence under Part 1 or 3 of the 1990 Act or under Part 1 or 2 of the 1996 Act;

"business" includes any trade or profession;

*Changes to legislation:* Communications Act 2003, Section 405 is up to date with all changes known to be in force on or before 14 November 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes

"C4C" means the Channel Four Television Corporation;

"communications provider" means a person who (within the meaning of section 32(4)) provides an electronic communications network or an electronic communications service;

"the Consumer Panel" means the panel established under section 16;

"consumers" has the meaning given by subsection (5);

"Content Board" means the committee of OFCOM established and maintained under section 12;

"contravention" includes a failure to comply, and cognate expressions are to be construed accordingly;

"customers", in relation to a communications provider or a person who makes an associated facility available, means the following (including any of them whose use or potential use of the network, service or facility is for the purposes of, or in connection with, a business)—

  (a) the persons to whom the network, service or facility is provided or made available in the course of any business carried on as such by the provider or person who makes it available;

  (b) the persons to whom the communications provider or person making the facility available is seeking to secure that the network, service or facility is so provided or made available;

  (c) the persons who wish to be so provided with the network or service, or to have the facility so made available, or who are likely to seek to become persons to whom the network, service or facility is so provided or made available;

"distribute", in relation to a service, does not include broadcast, and cognate expressions shall be construed accordingly;

[**F3**"the EECC Directive" means Directive (EU) 2018/1972 of the European Parliament and of the Council of 11 December 2018 establishing the European Electronic Communications Code;]

"electronic communications network" and "electronic communications service" have the meanings given by section 32;

"enactment" includes any enactment comprised in an Act of the Scottish Parliament or in any Northern Ireland legislation;

"the enactments relating to the management of the radio spectrum" means—

  (a) [**F4**the Wireless Telegraphy Act 2006; and]

  (g) [**F5**the provisions of this Act so far as relating to that Act;]

"frequency" includes frequency band;

"holder", in relation to a Broadcasting Act licence, is to be construed in accordance with subsection (7), and cognate expressions are to be construed accordingly;

"information" includes accounts, estimates and projections and any document;

"intelligible" is to be construed in accordance with subsection (9);

"international obligation of the United Kingdom" includes **F6**... any obligation which will or may arise under any international agreement or arrangements to which the United Kingdom is a party;

"modification" includes omissions, alterations and additions, and cognate expressions are to be construed accordingly;

**Changes to legislation:** *Communications Act 2003, Section 405 is up to date with all changes known to be in force on or before 14 November 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes*

[**F7**“non-UK on-demand programme service” has the meaning given by section 368AA(1);]

“OFCOM” means the Office of Communications;

[**F8**“on-demand programme service” has the meaning given by section 368A(1);]

**F9** …

[**F10**“postal services” has the meaning given by section 27 of the Postal Services Act 2011;]

“pre-commencement regulator” means any of the following—

(a) the Broadcasting Standards Commission;

(b) the Director General of Telecommunications;

(c) the Independent Television Commission;

(d) the Radio Authority;

“programme” includes an advertisement and, in relation to a service, anything included in that service [**F11**which is an individual item (irrespective of length)];

“programme service” means—

(a) a television programme service;

(b) **F12**…

(c) an additional television service;

(d) a digital additional television service;

(e) a radio programme service; or

(f) a sound service provided by the BBC;

and expressions used in this definition and in Part 3 have the same meanings in this definition as in that Part;

“provide” and cognate expressions, in relation to an electronic communications network, electronic communications service or associated facilities, are to be construed in accordance with section 32(4);

“purposes of public service television broadcasting in the United Kingdom” shall be construed in accordance with subsection (4) of section 264 and subsections (5) and (6) of that section shall apply for the purposes of any provision of this Act referring to such purposes as they apply for the purposes of a report under that section;

“the radio transfer date” means the date on which the Radio Authority’s functions under Part 3 of the 1990 Act and Part 2 of the 1996 Act are transferred under this Act to OFCOM;

“representation”, in relation to a proposal or the contents of any notice or notification, includes an objection to the proposal or (as the case may be) to the whole or any part of those contents;

[**F13**“S4C” means the body corporate given the name S4C (or Sianel Pedwar Cymru) by section 56(1) of the 1990 Act;]

“subordinate legislation” means—

(a) any subordinate legislation, within the meaning of the Interpretation Act 1978 (c. 30); or

(b) any statutory rules (within the meaning of the Statutory Rules (Northern Ireland) Order 1979 (S.I. 1979/1573 (N.I. 12));

“television and radio services” means—

***Changes to legislation:*** Communications Act 2003, Section 405 is up to date with all changes known to be in force on or before 14 November 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes

(a)  programme services apart from those provided by the BBC; and

(b)  services provided by the BBC in relation to which OFCOM have functions;

"television programme" means any programme (with or without sounds) which—

(a)  is produced wholly or partly to be seen on television; and

(b)  consists of moving or still images or of legible text or of a combination of those things;

"the television transfer date" means the date on which the Independent Television Commission's functions under Part 1 of the 1990 Act and Part 1 of the 1996 Act are transferred under this Act to OFCOM;

"TV licence" means a licence for the purposes of section 363;

[**F7**"Tier 1 service" has the meaning given by section 368HA;**]**

[**F14**"very high capacity network" has the meaning given by section 4(12A);**]**

"the Welsh Authority" means the authority whose name is, by virtue of section 56(1) of the 1990 Act, Sianel Pedwar Cymru;

[**F15**"wireless telegraphy" has the same meaning as in the Wireless Telegraphy Act 2006;**]**

[**F16**"wireless telegraphy licence" means a licence granted under section 8 of the Wireless Telegraphy Act 2006.**]**

(2)  Any power under this Act to provide for the manner in which anything is to be done includes power to provide for the form in which it is to be done.

(3)  References in this Act to OFCOM's functions under an enactment include references to their power to do anything which appears to them to be incidental or conducive to the carrying out of their functions under that enactment.

(4)  References in this Act to access—

(a)  in relation to an electronic communications network or electronic communications service, are references to the opportunity of making use of the network or service; and

(b)  in relation to a programme service, are references to the opportunity of viewing in an intelligible form the programmes included in the service or (as the case may be) of listening to them in such a form.

(5)  For the purposes of this Act persons are consumers in a market for a service, facility or apparatus, if they are—

(a)  persons to whom the service, facility or apparatus is provided, made available or supplied (whether in their personal capacity or for the purposes of, or in connection with, their businesses);

(b)  persons for whose benefit the service, facility or apparatus is provided, made available or supplied or for whose benefit persons falling within paragraph (a) arrange for it to be provided, made available or supplied;

(c)  persons whom the person providing the service or making the facility available, or the supplier of the apparatus, is seeking to make into persons falling within paragraph (a) or (b); or

(d)  persons who wish to become persons falling within paragraph (a) or (b) or who are likely to seek to become persons falling within one or both of those paragraphs.

**Changes to legislation:** *Communications Act 2003, Section 405 is up to date with all changes known to be in force on or before 14 November 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes*

[**F17**(5A) References in this Act to consumers in a market for a service include, where the service is a postal service, addressees.]

(6) References in this Act to services in relation to which OFCOM have functions include references to any services in relation to which OFCOM are required to set standards under section 319.

(7) In this Act references, in relation to a time or a period, to the holder of a Broadcasting Act licence or of a particular description of such licence are references to the person who held that licence at that time or (as the case may be) to every person who held that licence for the whole or a part of that period.

(8) For the purposes of this Act the fact that a service is not in an intelligible form shall be disregarded, except where express provision is made to the contrary, in determining whether it has been provided—

    (a)   for general reception;

    (b)   for reception by particular persons; or

    (c)   for reception at a particular place or in a particular area.

(9) For the purposes of this Act something is not to be regarded as in an intelligible form if it cannot readily be understood without being decrypted or having some comparable process applied to it.

**Textual Amendments**

**F1**    Words in s. 405(1) substituted (1.11.2020) by The Audiovisual Media Services Regulations 2020 (S.I. 2020/1062), regs. 1(2), **50(a)** (with Pt. 7)

**F2**    Words in s. 405(1) inserted (26.5.2011) by The Electronic Communications and Wireless Telegraphy Regulations 2011 (S.I. 2011/1210), reg. 1(2), **Sch. 1 para. 99** (with Sch. 3 para. 2)

**F3**    Words in s. 405(1) inserted (21.12.2020) by The Electronic Communications and Wireless Telegraphy (Amendment) (European Electronic Communications Code and EU Exit) Regulations 2020 (S.I. 2020/1419), reg. 1(2), **Sch. 1 para. 64(a)**

**F4**    Words in s. 405(1) substituted (8.2.2007) by Wireless Telegraphy Act 2006 (c. 36), s. 126(2), **Sch. 7 para. 34(2)(a)**

**F5**    Words in s. 405(1) substituted (8.2.2007) by Wireless Telegraphy Act 2006 (c. 36), s. 126(2), **Sch. 7 para. 34(2)(b)**

**F6**    Words in s. 405(1) omitted (31.12.2020) by virtue of The Electronic Communications and Wireless Telegraphy (Amendment etc.) (EU Exit) Regulations 2019 (S.I. 2019/246), reg. 1(2), **Sch. 1 para. 42(a)**; 2020 c. 1, Sch. 5 para. 1(1)

**F7**    Words in s. 405(1) inserted (23.8.2024) by Media Act 2024 (c. 15), s. 55(3)(d), **Sch. 7 para. 3(4)**; S.I. 2024/858, reg. 2(1)(z1)

**F8**    Words in s. 405(1) inserted (19.12.2009) by Audiovisual Media Services Regulations 2009 (S.I. 2009/2979), regs. 1(1), **11(b)**

**F9**    Words in s. 405(1) omitted (31.12.2020) by virtue of The Electronic Communications and Wireless Telegraphy (Amendment etc.) (EU Exit) Regulations 2019 (S.I. 2019/246), reg. 1(2), **Sch. 1 para. 42(b)**; 2020 c. 1, Sch. 5 para. 1(1)

**F10**    Words in s. 405(1) inserted (1.10.2011) by Postal Services Act 2011 (c. 5), s. 93(2)(3), **Sch. 12 para. 68(2)**; S.I. 2011/2329, art. 3

**F11**    Words in s. 405(1) inserted (1.11.2020) by The Audiovisual Media Services Regulations 2020 (S.I. 2020/1062), regs. 1(2), **50(b)** (with Pt. 7)

**F12**    Words in s. 405(1) omitted (23.8.2024) by virtue of Media Act 2024 (c. 15), s. 55(3)(a), **Sch. 2 para. 61(a)**; S.I. 2024/858, reg. 2(1)(v)

*Changes to legislation:* Communications Act 2003, Section 405 is up to date with all changes known to be in force on or before 14 November 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes

| | |
|---|---|
| **F13** | Words in s. 405(1) inserted (23.8.2024) by Media Act 2024 (c. 15), s. 55(3)(c), **Sch. 4 para. 48**; S.I. 2024/858, reg. 2(1)(x) |
| **F14** | Words in s. 405(1) inserted (21.12.2020) by The Electronic Communications and Wireless Telegraphy (Amendment) (European Electronic Communications Code and EU Exit) Regulations 2020 (S.I. 2020/1419), reg. 1(2), **Sch. 1 para. 64(b)** |
| **F15** | Words in s. 405(1) substituted (8.2.2007) by Wireless Telegraphy Act 2006 (c. 36), s. 126(2), **Sch. 7 para. 34(3)** |
| **F16** | Words in s. 405(1) substituted (8.2.2007) by Wireless Telegraphy Act 2006 (c. 36), s. 126(2), **Sch. 7 para. 34(4)** |
| **F17** | S. 405(5A) inserted (1.10.2011) by Postal Services Act 2011 (c. 5), s. 93(2)(3), **Sch. 12 para. 68(3)**; S.I. 2011/2329, art. 3 |

---

**Changes to legislation:**
Communications Act 2003, Section 405 is up to date with all changes known to be in force on or before 14 November 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations.
View outstanding changes

---

**Changes and effects yet to be applied to :**

– s. 148A and cross-heading inserted by 2022 c. 46 s. 73(2)
– s. 204A-204C substituted for s. 204-206 by 2024 c. 15 s. 32(2)
– s. 264(10A)(10B) inserted by 2024 c. 15 s. 1(3)
– s. 270(3)(ca) inserted by 2024 c. 15 s. 6(3)
– s. 270(4A) inserted by 2024 c. 15 s. 6(4)
– s. 270(7A) inserted by 2024 c. 15 s. 6(7)
– s. 278A inserted by 2024 c. 15 s. 10
– s. 351(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 58(2)(b)
– s. 351(5)(aa) substituted for s. 351(5)(a) by 2024 c. 15 Sch. 2 para. 58(3)(a)
– s. 353(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 59(2)(b)
– s. 368E(5)(d)(e) inserted by 2017 c. 30 s. 94(3)
– s. 402(2A)(za)(zb) inserted by 2022 c. 46 Sch. para. 2
– s. 405(1) words inserted by 2024 c. 15 Sch. 2 para. 61(c)
– s. 405(1) words omitted by 2024 c. 15 Sch. 2 para. 61(b)
– Sch. 3A para. 21(6) inserted by 2022 c. 46 Sch. para. 3(5)(b)
– Sch. 3A para. 37(3)(aza) inserted by 2022 c. 46 Sch. para. 3(9)
– Sch. 3A para. 84(1)(aza) inserted by 2022 c. 46 Sch. para. 3(10)
– Sch. 3A para. 103(1)(ca) inserted by 2022 c. 46 s. 70
– Sch. 3A para. 119A inserted by 2022 c. 46 s. 72
– Sch. 3A Pt. 4ZA inserted by 2022 c. 46 s. 67(1)
– Sch. 12 para. 1(15) inserted by 2024 c. 15 Sch. 1 para. 1(10)
– Sch. 12 para. 7(14) inserted by 2024 c. 15 Sch. 1 para. 2(10)
– Sch. 12 para. 4(2A) inserted by 2024 c. 15 Sch. 4 para. 52(4)
– Sch. 12 para. 3(6)-(7B) substituted for Sch. 12 para. 3(6)(7) by 2024 c. 15 Sch. 4 para. 51(4)

---

**Changes and effects yet to be applied to the whole Act associated Parts and Chapters:**
Whole provisions yet to be inserted into this Act (including any effects on those provisions):

– s. 148A and cross-heading inserted by 2022 c. 46 s. 73(2)
– s. 204A-204C substituted for s. 204-206 by 2024 c. 15 s. 32(2)
– s. 264(10A)(10B) inserted by 2024 c. 15 s. 1(3)
– s. 270(3)(ca) inserted by 2024 c. 15 s. 6(3)
– s. 270(4A) inserted by 2024 c. 15 s. 6(4)
– s. 270(7A) inserted by 2024 c. 15 s. 6(7)
– s. 278A inserted by 2024 c. 15 s. 10
– s. 351(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 58(2)(b)
– s. 351(5)(aa) substituted for s. 351(5)(a) by 2024 c. 15 Sch. 2 para. 58(3)(a)
– s. 353(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 59(2)(b)
– s. 368E(5)(d)(e) inserted by 2017 c. 30 s. 94(3)
– s. 402(2A)(za)(zb) inserted by 2022 c. 46 Sch. para. 2
– Sch. 3A para. 21(6) inserted by 2022 c. 46 Sch. para. 3(5)(b)
– Sch. 3A para. 37(3)(aza) inserted by 2022 c. 46 Sch. para. 3(9)
– Sch. 3A para. 84(1)(aza) inserted by 2022 c. 46 Sch. para. 3(10)
– Sch. 3A para. 103(1)(ca) inserted by 2022 c. 46 s. 70
– Sch. 3A para. 119A inserted by 2022 c. 46 s. 72
– Sch. 3A Pt. 4ZA inserted by 2022 c. 46 s. 67(1)
– Sch. 12 para. 1(15) inserted by 2024 c. 15 Sch. 1 para. 1(10)

*Communications Act 2003 (c. 21)*
*Document Generated: 2025-11-14*

–    Sch. 12 para. 7(14) inserted by 2024 c. 15 Sch. 1 para. 2(10)
–    Sch. 12 para. 4(2A) inserted by 2024 c. 15 Sch. 4 para. 52(4)
–    Sch. 12 para. 3(6)-(7B) substituted for Sch. 12 para. 3(6)(7) by 2024 c. 15 Sch. 4 para. 51(4)

*Communications Act 2003 (c. 21)*
*SCHEDULE 1 – Functions transferred to OFCOM*
*Document Generated: 2025-10-07*

1

**Changes to legislation:** *Communications Act 2003, SCHEDULE 1 is up to date with all changes known to be in force on or before 07 October 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes*

# S C H E D U L E S

## SCHEDULE 1                    Section 2

### FUNCTIONS TRANSFERRED TO OFCOM

*Wireless telegraphy functions*

**F1** 1      . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

---

**Textual Amendments**
**F1**    Sch. 1 para. 1 repealed (8.2.2007) by Wireless Telegraphy Act 2006 (c. 36), s. 126(2), **Sch. 9 Pt. 1** (with Sch. 8 Pt. 1)

---

**F2** 2      . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

---

**Textual Amendments**
**F2**    Sch. 1 para. 2 repealed (8.2.2007) by Wireless Telegraphy Act 2006 (c. 36), s. 126(2), **Sch. 9 Pt. 1** (with Sch. 8 Pt. 1)

**Commencement Information**
**I1**    Sch. 1 para. 2 in force at 29.12.2003 by S.I. 2003/3142, art. 3(1), **Sch. 1** (with art. 11)

---

*Functions in relation to the licensing etc. of television services*

3      The following functions of the Independent Television Commission are transferred to OFCOM—

    (a)   the function of granting or awarding licences under Part 1 of the 1990 Act (independent television services) and Part 1 of the 1996 Act (digital television broadcasting);

    (b)   the Commission's functions under those Parts in relation to, and to applications for, licences under either of those Parts;

    (c)   the function of securing the provision of a nationwide system of television broadcasting services known as Channel 3;

    (d)   the function of securing the provision of the television broadcasting service known as Channel 5.

---

**Commencement Information**
**I2**    Sch. 1 para. 3 in force at 29.12.2003 by S.I. 2003/3142, art. 3(1), **Sch. 1** (with art. 11)

---

*Changes to legislation:* Communications Act 2003, SCHEDULE 1 is up to date with all changes known to be in force on or before 07 October 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes

*Functions in relation to C4C*

4      The functions conferred on the Independent Television Commission by or under
       section 23 of the 1990 Act and under Schedule 3 to that Act (appointment of
       members of C4C and related administrative functions) are transferred to OFCOM.

> **Commencement Information**
> **I3**     Sch. 1 para. 4 in force at 29.12.2003 by S.I. 2003/3142, art. 3(1), **Sch. 1** (with art. 11)

*Functions in relation to the licensing of radio services*

5      The following functions of the Radio Authority are transferred to OFCOM—
       (a)   the function of granting or awarding licences under Part 3 of the 1990
             Act (independent radio services) and Part 2 of the 1996 Act (digital sound
             broadcasting); and
       (b)   the Authority's functions under those Parts in relation to licences granted
             or awarded under those Parts.

> **Commencement Information**
> **I4**     Sch. 1 para. 5 in force at 29.12.2003 by S.I. 2003/3142, art. 3(1), **Sch. 1** (with art. 11)

*Functions in relation to the proscription of foreign satellite services*

6      The functions of the Independent Television Commission and of the Radio
       Authority under section 177 of the 1990 Act (proscription of foreign satellite
       services) are transferred to OFCOM.

> **Commencement Information**
> **I5**     Sch. 1 para. 6 in force at 29.12.2003 by S.I. 2003/3142, art. 3(1), **Sch. 1** (with art. 11)

*Functions in relation to Gaelic broadcasting*

7      The functions of the Independent Television Commission under sections 183 and
       184 of the 1990 Act and the functions of that Commission and of the Radio
       Authority under Schedule 19 to that Act (Gaelic broadcasting) are transferred to
       OFCOM.

> **Commencement Information**
> **I6**     Sch. 1 para. 7 in force at 29.12.2003 by S.I. 2003/3142, art. 3(1), **Sch. 1** (with art. 11)

*Functions in relation to the national television archive*

8      The functions of the Independent Television Commission under section 185 of
       the 1990 Act (maintenance of the national television archive) are transferred to
       OFCOM.

**Changes to legislation:** *Communications Act 2003, SCHEDULE 1 is up to date with all changes known to be in force on or before 07 October 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes*

**Commencement Information**

**I7**     Sch. 1 para. 8 in force at 29.12.2003 by S.I. 2003/3142, art. 3(1), **Sch. 1** (with art. 11)

*Warrants to enter and search premises to enforce broadcasting licences provisions*

9       The functions of the Independent Television Commission and of the Radio Authority under section 196(1) of the 1990 Act (entry and search for the purposes of enforcing licensing provisions of the 1990 and 1996 Acts) are transferred to OFCOM.

**Commencement Information**

**I8**     Sch. 1 para. 9 in force at 29.12.2003 by S.I. 2003/3142, art. 3(1), **Sch. 1** (with art. 11)

*Variation of existing Channel 3 and Channel 5 licences*

10      Any power to vary licences which is conferred on the Independent Television Commission by an order under section 28 of the 1996 Act is transferred to OFCOM.

**Commencement Information**

**I9**     Sch. 1 para. 10 in force at 29.12.2003 by S.I. 2003/3142, art. 3(1), **Sch. 1** (with art. 11)

*Reports for the purposes of the review of digital broadcasting*

11      The functions of the Independent Television Commission and of the Radio Authority under sections 33 and 67 of the 1996 Act (reports to the Secretary of State for the purposes of his review of digital broadcasting) are transferred to OFCOM.

**Commencement Information**

**I10**    Sch. 1 para. 11 in force at 29.12.2003 by S.I. 2003/3142, art. 3(1), **Sch. 1** (with art. 11)

*Functions in relation to reservation of digital capacity to the BBC*

12      The function of the Secretary of State under section 49(4) of the 1996 Act (reserving digital capacity on a local radio multiplex service for the BBC) is transferred to OFCOM.

**Commencement Information**

**I11**    Sch. 1 para. 12 in force at 29.12.2003 by S.I. 2003/3142, art. 3(1), **Sch. 1** (with art. 11)

*Functions in relation to listed events*

13      The functions of the Independent Television Commission under Part 4 of the 1996 Act (functions in connection with listed events) are transferred to OFCOM.

**Changes to legislation:** *Communications Act 2003, SCHEDULE 1 is up to date with all changes known to be in force on or before 07 October 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details) View outstanding changes*

---

**Commencement Information**

**I12**   Sch. 1 para. 13 in force at 29.12.2003 by S.I. 2003/3142, art. 3(1), **Sch. 1** (with art. 11)

---

*Functions relating to fairness and privacy in broadcasting*

14      The following functions of the Broadcasting Standards Commission under Part 5 of the 1996 Act are transferred to OFCOM—

(a)   the Commission's function of drawing up and from time to time revising a code of practice under section 107 of that Act (codes of practice relation to fairness and privacy); and

(b)   their functions in relation to fairness complaints under that Part.

---

**Commencement Information**

**I13**   Sch. 1 para. 14 in force at 29.12.2003 by S.I. 2003/3142, art. 3(1), **Sch. 1** (with art. 11)

---

**Changes to legislation:**
Communications Act 2003, SCHEDULE 1 is up to date with all changes known to be in force on or before 07 October 2025. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations.
View outstanding changes

---

**Changes and effects yet to be applied to :**
–   s. 148A and cross-heading inserted by 2022 c. 46 s. 73(2)
–   s. 204A-204C substituted for s. 204-206 by 2024 c. 15 s. 32(2)
–   s. 264(10A)(10B) inserted by 2024 c. 15 s. 1(3)
–   s. 270(3)(ca) inserted by 2024 c. 15 s. 6(3)
–   s. 270(4A) inserted by 2024 c. 15 s. 6(4)
–   s. 270(7A) inserted by 2024 c. 15 s. 6(7)
–   s. 278A inserted by 2024 c. 15 s. 10
–   s. 351(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 58(2)(b)
–   s. 351(5)(aa) substituted for s. 351(5)(a) by 2024 c. 15 Sch. 2 para. 58(3)(a)
–   s. 353(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 59(2)(b)
–   s. 368E(5)(d)(e) inserted by 2017 c. 30 s. 94(3)
–   s. 402(2A)(za)(zb) inserted by 2022 c. 46 Sch. para. 2
–   Sch. 3A para. 21(6) inserted by 2022 c. 46 Sch. para. 3(5)(b)
–   Sch. 3A para. 37(3)(aza) inserted by 2022 c. 46 Sch. para. 3(9)
–   Sch. 3A para. 84(1)(aza) inserted by 2022 c. 46 Sch. para. 3(10)
–   Sch. 3A para. 103(1)(ca) inserted by 2022 c. 46 s. 70
–   Sch. 3A para. 119A inserted by 2022 c. 46 s. 72
–   Sch. 3A Pt. 4ZA inserted by 2022 c. 46 s. 67(1)
–   Sch. 12 para. 1(15) inserted by 2024 c. 15 Sch. 1 para. 1(10)
–   Sch. 12 para. 7(14) inserted by 2024 c. 15 Sch. 1 para. 2(10)
–   Sch. 12 para. 4(2A) inserted by 2024 c. 15 Sch. 4 para. 52(4)
–   Sch. 12 para. 3(6)-(7B) substituted for Sch. 12 para. 3(6)(7) by 2024 c. 15 Sch. 4 para. 51(4)

---

**Changes and effects yet to be applied to the whole Act associated Parts and Chapters:**
Whole provisions yet to be inserted into this Act (including any effects on those provisions):
–   s. 148A and cross-heading inserted by 2022 c. 46 s. 73(2)
–   s. 204A-204C substituted for s. 204-206 by 2024 c. 15 s. 32(2)
–   s. 264(10A)(10B) inserted by 2024 c. 15 s. 1(3)
–   s. 270(3)(ca) inserted by 2024 c. 15 s. 6(3)
–   s. 270(4A) inserted by 2024 c. 15 s. 6(4)
–   s. 270(7A) inserted by 2024 c. 15 s. 6(7)
–   s. 278A inserted by 2024 c. 15 s. 10
–   s. 351(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 58(2)(b)
–   s. 351(5)(aa) substituted for s. 351(5)(a) by 2024 c. 15 Sch. 2 para. 58(3)(a)
–   s. 353(4)(aa) inserted by 2024 c. 15 Sch. 2 para. 59(2)(b)
–   s. 368E(5)(d)(e) inserted by 2017 c. 30 s. 94(3)
–   s. 402(2A)(za)(zb) inserted by 2022 c. 46 Sch. para. 2
–   Sch. 3A para. 21(6) inserted by 2022 c. 46 Sch. para. 3(5)(b)
–   Sch. 3A para. 37(3)(aza) inserted by 2022 c. 46 Sch. para. 3(9)
–   Sch. 3A para. 84(1)(aza) inserted by 2022 c. 46 Sch. para. 3(10)
–   Sch. 3A para. 103(1)(ca) inserted by 2022 c. 46 s. 70
–   Sch. 3A para. 119A inserted by 2022 c. 46 s. 72
–   Sch. 3A Pt. 4ZA inserted by 2022 c. 46 s. 67(1)
–   Sch. 12 para. 1(15) inserted by 2024 c. 15 Sch. 1 para. 1(10)
–   Sch. 12 para. 7(14) inserted by 2024 c. 15 Sch. 1 para. 2(10)
–   Sch. 12 para. 4(2A) inserted by 2024 c. 15 Sch. 4 para. 52(4)

*Communications Act 2003 (c. 21)*
*Document Generated: 2025-10-07*

– Sch. 12 para. 3(6)-(7B) substituted for Sch. 12 para. 3(6)(7) by 2024 c. 15 Sch. 4 para. 51(4)