**EXHIBIT 7**

# 2024/25



## The Office of Communications Annual Report and Accounts

1 April 2024 to 31 March 2025

HC 1022



# The Office of Communications Annual Report and Accounts

## For the period
## 1 April 2024 to 31 March 2025

Presented to Parliament pursuant to Paragraphs 11 and 12 of Schedule 1 to the Office of Communications Act 2002

Ordered by the House of Commons to be printed on 10 July 2025

Laid before the Scottish Parliament by the Scottish Ministers

Laid before the Welsh Parliament by the Welsh Ministers

Laid before the Northern Ireland Assembly by Caoimhe Archibald, the Minister for the Economy in Northern Ireland



HC 1022



©Ofcom Copyright 2025

This publication is licensed under the terms of the Open Government Licence v3.0 except where otherwise stated. To view this licence, visit: **nationalarchives.gov.uk/doc/open-Government-licence/version/3**

Where we have identified any third-party copyright information you will need to obtain permission from the copyright holders concerned.

This publication is available at **www.gov.uk/official-documents**.

Any enquiries regarding this publication should be sent to us at **ofcomcontactcentre@ofcom.org.uk**

ISBN 978-1-5286-5838-6

E03389274 07/25

SG/2025/133

Printed on paper containing 40% recycled fibre content minimum

Printed in the UK by HH Associates Ltd. on behalf of the Controller of His Majesty's Stationery Office

# Contents

| | |
|---|---|
| Chair's message | 4 |
| Chief Executive's report | 6 |
| Our Powers and duties | 10 |
| Performance Report | 13 |
| Performance Review | 16 |
| Principal risks and uncertainties | 44 |
| Work in the Nations and our international engagement | 46 |
| Financial Review | 60 |
| Corporate Responsibility | 68 |
| Sustainability Report | 72 |

4

# Accountability Report 76

Governance and Accountability 78

Our employees 116

Remuneration report 120

The certificate and report of the Comptroller and Auditor General to the Houses of Parliament, Scottish Parliament, Senedd Cymru and Northern Ireland Assembly 132

# Financial Statements 138

Statement of income and expenditure 140

Statement of comprehensive net income 140

Statement of financial position 141

Statement of changes in equity 142

Statement of cash flows 143

Notes to the accounts 144

# Annexes 188

Regulatory statements 190

Enforcement Activity 198

Broadcasting complaints, cases and sanctions 199

Spectrum Assurance and Compliance 204

Spectrum licensing 205

Sustainability 211



Ofcom's mission is to make communications work for everyone.

All of the people featured in photography throughout this report are Ofcom colleagues.

# Chair's message

For more than twenty years, Ofcom has been charged by Parliament with furthering the interests of citizens and consumers. Often, those interests are served through economic growth and opportunity.

This report explains our pro-growth work, including a five-yearly review of the wholesale broadband market. In March we unveiled our vision for an updated framework that incentivises competition and encourages investment in better broadband for the UK's people and businesses.

Since we last reviewed that market five years ago, the UK has achieved the fastest roll-out of full-fibre broadband in Europe. Together with cable networks, this means that eight in ten premises can now get lightning-fast gigabit speeds. These lines also provide fewer faults. They help to grow our economy, close the digital divide and support the modernisation of our public services.

Broadband is a British infrastructure success story. And it's not the only one. In the skies above us, satellites are sending a range of pioneering services to the UK, using radio spectrum allocated and managed by Ofcom.

This year, for example, we proposed to allow mobile operators to partner with satellite companies in providing 'direct-to-device' technology. This means that smartphones from the Welsh valleys to the Scottish Highlands could get a signal from space. We also prepared to release new airwaves that can carry large amounts of data, aiming to improve mobile speeds in crowded stations, stadiums and high streets.

Broadcasting, too, is an important source of growth, innovation and soft power for the UK. At the heart of our creative economy remain the public service broadcasters, whose productions and cultural heritage illuminate our nations, regions and the world beyond. They are the largest commissioners of content from across the country, and they're particularly important to investment in production, skills and talent.



This year we set out reforms, under Parliament's recent Media Act, to level the playing field where traditional broadcasters compete with global tech giants. We are ensuring public service channels remain prominent on different devices, and will set out a new standards framework for streaming services. And we continue to ensure viewers' and listeners' changing needs and expectations are reflected in our regulation.

These are just some ways that Ofcom is promoting a healthy, competitive landscape where companies can innovate and serve their customers well. At the same time, we continue to protect UK audiences – throughout the four home nations – in important areas such as broadcasting standards and online safety.

Good regulation must also be accountable, and we have continued to engage with the Parliaments and Assemblies to report on our work. It's been another busy year, and I remain proud to lead a Board that applies objective challenge and protects Ofcom's independence, so that our decisions remain evidence-based and free from party-political or commercial influence.

**Lord Grade, CBE**
Chair



Case 1:25-cv-02880-RC    Document 8-8    Filed 12/01/25    Page 10 of 77

# Chief Executive's report

---

Ofcom's work touches people's lives, all day and every day. From television to telecoms, from birthday cards to Bluetooth devices, so many things we rely upon and care about are provided by the services we regulate.

Perhaps the most personal of these are social media, search and other sites and apps – powerful tools for communication and discovery that have transformed modern life, but have also led to online risks and harms that Ofcom is now able to address.

This was the year we finalised our regulations under the Online Safety Act. In December, four months ahead of the legal deadline, we set out detailed measures for companies to address illegal content – from better governance and accountability to specific steps on fraud, terrorism and child sexual abuse.

We followed this up in February with targeted guidance for tech firms to protect women and girls from online misogyny, harassment and abuse. In April 2025 we finalised our requirements to protect children online.



Case 1:25-cv-02880-RC    Document 8-8    Filed 12/01/25    Page 11 of 77

Now the industry must act. As we begin to enforce against companies who fall short, children are our first priority. For example, from this summer sites and apps showing pornography must introduce highly effective age checks to stop children seeing it – or face penalties such as fines.

All of this represents a bold new field of regulation – among the first of its kind in the world. Ofcom has spent several years developing the skills, expertise and infrastructure we need to make it work. At the same time, as this year's Annual Report shows, our existing work to protect customers, viewers and listeners in the communications markets is as important as ever.

On TV and radio this year, we closed 72,442 complaints and completed 57 investigations, finding 33 breaches of our broadcasting rules. We also monitored coverage of the General Election to ensure it was duly accurate and impartial.

In post, we set out major reforms that would allow Royal Mail to adapt in the face of a changing market and ensure postal users receive a reliable, sustainable service. And in telecoms, we made it easier for customers to switch their broadband or landline provider when their needs aren't being met.

Telecoms, technology and the media are among the most vibrant, valuable and dynamic sectors of our economy. They power our businesses, inform our citizens and enrich our lives. Regulating them – along with our historic postal service – carries enormous privilege and responsibility.

So Ofcom, too, is always adapting for the future. We are investing in data, digital and AI tools that will allow us to remain an efficient and effective regulator for the coming years. Throughout, we continue to protect people from harm and uphold standards, while ensuring that our sectors can continue to innovate and invest for the future.



**Dame Melanie Dawes, DCB**
Chief Executive



# Our powers and duties

We regulate fixed-line and mobile telecoms, TV and radio broadcasting, video-on-demand and online services, post, and the radio spectrum used by wireless devices. We help UK businesses and individuals get the best from communications services and protect them from harmful treatment and practices. Where appropriate, we promote competition, investment and innovation as the basis for delivering good consumer outcomes. Ofcom regulates UK-established video sharing platforms, online services that host user-generated content (such as social media), messaging services and search engines.

We are an independent public authority and accountable to Parliament and through the Courts, and to perform our role effectively we need to engage openly and constructively with the UK and devolved Governments. We provide technical advice to governments (for example, our work regarding the implementation of a UK broadband universal service provider) and in some cases, we act as a formal representative of the UK Government (for example, in international negotiations on spectrum).

## Our principal duty is to further citizen and consumer interests

Ofcom was established under the Office of Communications Act 2002 and operates under a number of Acts of Parliament. The Communications Act 2003 states that our principal duty in carrying out our functions is to further the interests of citizens in relation to communications matters and to further the interests of consumers in relevant markets, where appropriate by promoting competition. In postal services, our duty is to carry out our functions in a way that we consider will secure provision of a universal postal service in the UK. We implement and enforce communications, competition and consumer protection laws; our competition powers are outlined later in this section. Our main legal duties guide the direction of our work and include making sure that:

- The UK has a wide range of electronic communications services.

- Optimal use is made of the radio spectrum.

- A wide range of high-quality television and radio programmes are provided by different organisations, appealing to a variety of tastes and interests.

- People are protected from harmful or offensive material, unfair treatment and unwarranted invasion of privacy on television, radio and online.

- The BBC is held to account on its compliance with appropriate content standards, its performance against its Mission and Public Purposes, and the impact of its activities on fair and effective competition.

- The universal service obligation on postal services is secured in the UK.

- Digital infrastructure across the UK is strong, secure and resilient.

In February 2025, Ofcom formally took over responsibility for the day-to-day regulation of premium rate services (PRS), which enable consumers to purchase goods and services by charging the cost to their phone bills and pre-pay accounts, from the Phone-paid Services Authority Limited (PSA).

Ofcom can enforce consumer law on behalf of consumers but does not have the power to resolve individual consumer complaints about telecoms, postal services or online safety, unlike in TV and radio. Where appropriate, we provide advice to complainants and refer them to the alternative dispute resolution (ADR) schemes that we have approved.

## Ofcom's competition law powers

In addition to our regulatory responsibilities set out above, we have powers in relation to communications matters to:

- Enforce the prohibitions on anti-competitive agreements and abuse of a dominant position, defined in the Competition Act 1998.

- Investigate markets and make references under the Enterprise Act 2002 to the Competition and Markets Authority (CMA).

We consider whether it is more appropriate to exercise competition or sectoral powers in any given case, subject to the specific legislative requirements.



## Our values

In order to make communications work for everyone we promote choice, secure standards and prevent harm. Excellence, collaboration, empowerment, agility and respect are the words that best explain how we work and the way we do things at Ofcom.

Our values shape how we treat one another, how we work together, how we relate to our stakeholders, how we judge performance and how we collaborate to achieve our priorities. Our values are central to our effectiveness, and they support the organisation we want to be.





**Collaboration**

**Excellence**

**Agility**

**Empowerment**

**Respect**

# Performance Report

This section sets out how we have performed against the objectives set out in our Plan of Work. We look at the impact of our work on behalf of people and businesses in the UK.



Section A

# Highlights for 2024/25

## Internet and post we can rely on

### Reforming the postal service

Our proposed reforms to the postal service will enable Royal Mail to adapt in an evolving market and future-proof a vital method of communication used by millions of people in the UK.

### Wider broadband reach

Some 25 million homes in the UK can now access gigabit-capable connections, including both full-fibre and ultrafast cable networks,  almost reaching the Government's target of 85% coverage by 2025.

### Ensuring telecoms resilience

Our continued monitoring of the security and resilience of the UK's telecoms networks provides reassurance for the consumers and businesses who rely on them every day.

## Media we trust and value

### Implementing the Media Act

We began our implementation of the Media Act, legislation that will protect public service broadcasting, help audiences to continue to enjoy quality programming, and help to support the UK's creative economy.

### Speaking to audiences

Through our research into audiences' preferences and changing behaviours, we can better understand their evolving needs and inform our rules and how we work in this area.

### Improving accessibility

We have continued to make sure people with hearing and sight impairments can access crucial services such as subtitles, signing and audio description on a range of television channels and platforms.

## Serving and protecting audiences

### Enforcing standards, protecting audiences

We assessed tens of thousands of complaints and took action where broadcasters broke our rules, ensuring audiences' continued trust in what they see and hear.

### Maintaining freedom of expression

While carrying out our work to protect audiences and uphold broadcast rules, we also continued to consider broadcasters' and audiences' right to freedom of expression – a vital balance to strike.

### Driving diversity

The broadcasting industry must reflect the range of audiences it serves. Our monitoring of diversity in the sector helps to achieve this and identifies areas for improvement.

# A safer life online

### Taking action

Our work as online safety regulator has formally begun – we've set out the rules, kicked off enforcement action and have already launched investigations into some online services.

### A focus on children

Through our research we have identified specific harms to children and are working to protect them from illegal and harmful content.

### Careful consultation

Through detailed consultation over the past year we have been able to set out practical measures that providers must put in place to make services safer for their users.

# Enabling wireless services in the wider economy

### Better, faster connections

We're ready to grant access to new radio spectrum, improving mobile connections in the areas they're most needed.

### Innovation in the airwaves

Through pioneering sharing of spectrum, airwaves will be used in a range of different ways, boosting coverage and performance for people who need to stay connected.

### Driving growth

By setting out future uses for the radio spectrum, we're unlocking new and improved uses, driving competition as providers seek to meet consumers' needs.

# Regulating for growth

We believe that good regulation goes hand-in-hand with investment and innovation. That has always been at the heart of our work. And since May 2024, Ofcom has a legal duty to consider the desirability of promoting economic growth.

One of our regulatory principles is to operate with a bias against intervention, albeit with a willingness to intervene promptly and effectively where required. We do so proportionately, allowing companies to explore and innovate. This is important, because technology in our sectors is evolving rapidly. We are constantly looking ahead to identify how we can help to deliver future benefits to the people who use the products and services we regulate, as well as the wider economy. Here are some specific things we are doing:

- Since we put in place new regulations for the broadband market in 2021, the UK has seen one of the fastest rates of roll-out of ultrafast, full-fibre broadband across Europe. Between £3bn and £6bn has been invested by network firms each year. As of this year, 25 million homes can access full-fibre and ultrafast broadband connections. These provide faster speeds and fewer faults. They also help to grow our economy, close the digital divide and support the modernisation of our public services.

- We estimate that our proposed changes to the postal service will save £250m-£425m a year, helping to make it more efficient and sustainable.

- Supporting innovation is central to how we manage radio spectrum, a valuable and finite resource. Making airwaves available in the 26 GHz and 40 GHz bands – known as millimetre wave (mmWave) spectrum – will improve mobile speeds in busy areas and could also support services from virtual reality to factory automation. And by releasing additional airwaves in the 27.5-30 GHz (28 GHz) and 32 GHz bands, we're enabling more capacity and allowing providers to offer services to more people.

- Our decision to grant an earth station network licence to Amazon Kuiper Services Europe SARL for its non-geostationary orbit (NGSO) satellite system will lead to high-speed, low-latency connections for broadband customers.

- We have consulted on updating our annual licence fees for mobile spectrum, which would reduce costs for operators in some areas.

- We are also proposing granting organisations temporary access so they can test technical solutions before they launch commercially.

- Our proposals to allow mobile networks and satellite operators to use mobile airwaves to connect to standard smartphones will benefit the most rural and hard-to-reach locations. This would complement existing terrestrial networks and could ultimately enable people to get a mobile signal in every part of the UK.

- We will continue to support the mobile industry in the deployment of advanced 5G and 6G. And we are currently overhauling our mobile coverage checker, which helps customers to understand coverage and performance in their area. This will improve transparency and should create stronger incentives among mobile providers to improve their service.

- We have supported the Competition and Markets Authority in its review of a merger between Vodafone and Three, which has resulted in a commitment from those providers to significantly improve investment in the reliability of their network, its capacity and performance.

- Our public service broadcasters remain at the heart of our creative economy. Our work on implementing the Media Act will help them in an evolving market, ensuring their continued commitment to investment in production, skills and talent.

- Our plans to update how we regulate the broadband market will incentivise competition and encourage investment in better broadband for the UK's people and businesses.

- As a member of the Digital Regulation Cooperation Forum (DRCF) we collaborate with counterparts across regulatory boundaries. Together we have piloted the DRCF AI and Digital Hub – a free, informal advice service for tech innovators which can help them bring their products to market.

In response to the Government's **Action Plan** for growth, Ofcom has committed to five proposals. These include

**enabling investment in fibre**,

**unlocking spectrum sharing**,

**supporting mobile-to-satellite connections**,

**improving our mobile web-checker** and

**providing a dedicated Digital Support Service for Online Safety rules**.

We have already delivered the first of these proposals during 2024/25.

# Progress on delivering our Plan of Work

This section sets out what we have done during the year in our priority areas, and the impact for people and businesses.

Every March, we publish Ofcom's Plan of Work. This sets out what we intend to deliver over the coming financial year, to make communications work for everyone across the UK and its nations. The work areas set for 2024/25 considered what was happening in the communications market and the evolving needs of people and businesses, against the backdrop of dynamic sectors which continue to invest and innovate, as well as high levels of inflation. Our plan recognised the increasing reliance on the UK's communications networks for the way we live, work, shop and use public services.

We consult on our plan every year to make sure it reflects the feedback we receive from interested parties as well as fulfilling Ofcom's duties. The Plan of Work also includes our work programme,

**Note to the reader:** This Annual Report covers the period 1 April 2024 to 31 March 2025. Throughout the text, "this year" refers to that financial year. Similarly, unless where indicated, months refer to the relevant month within the financial year. For example, "August" means August 2024, "January" means January 2025.



# Internet and post we can rely on

Reliable, affordable internet is essential to modern life. It is also a central part of the UK's infrastructure and a source of economic growth. We have been working this year to ensure continued investment in world-class, future-proof connections. We also regulate a more traditional network – the universal postal service, which we are helping to make sustainable for the future.

## What we did – in brief

- We started to update our long-term framework of regulation for the broadband market, designed to continue to promote competition, innovation and investment in this vital sector. The new rules will apply for a further five-year period, meaning continued certainty for investors. Investment in gigabit broadband will provide customers with faster and more reliable internet.

- We made it easier for customers to switch their broadband or landline provider when their needs aren't being met, as well as helping them to identify and benefit from more affordable products.

- We have continued to monitor how telecoms companies are ensuring that the UK's telecoms networks are secure and resilient. We took enforcement action in this area, resulting in a fine of £17.5 million for BT, for being ill-prepared to respond to a catastrophic failure of its emergency call handling service.

- We also set out proposed reforms for post, which we said would allow Royal Mail to adapt in the face of a changing market while ensuring that postal users' needs are met by a reliable, sustainable service.

## Why this matters

- Achieving near-universal, ultrafast broadband will help to power the digital economy, unlock the potential of remote communities, enable productivity gains and support public services as they become more digital.

- People and businesses depend more than ever before on high-quality telecoms networks and packages to keep them connected. Following a period of rising living costs, they need affordable products that serve their everyday needs. Our work this year included important consumer protections in areas such as pricing and transparency, while also promoting investment in networks that will serve the UK well for years to come.

- Ensuring our telecoms networks are secure and resilient provides reassurance for consumers and businesses, which rely on these networks on a daily basis and need them to be reliable and protected from failure and threats.

- The postal service remains a vital form of connection for millions of people in the UK. But it isn't sustainable in its current form, so changes are needed to protect the service and make it more reliable.

Case 1:25-cv-02880-RC      Document 8-8      Filed 12/01/25      Page 22 of 77

# Our work this year

## Expanding gigabit-capable broadband

Since Ofcom put in place new regulations for this market in 2021, the UK has seen one of the fastest rates of roll-out of ultrafast, full-fibre broadband across Europe. Between £3bn and £6bn has been invested by network firms each year. Full-fibre coverage has soared to seven in ten premises.

But further investment is still needed to achieve that. So in March 2025 we consulted on our Telecoms Access Review, a framework of regulation for the five year period from 2026-2031, building on the last period and proposing to keep much of our approach in place to ensure stability and certainty for investors. Our plans are designed to promote wholesale competition, incentivising networks to roll-out gigabit broadband and ultimately providing customers with better retail products. In the most rural or remote parts of the country where sustainable competition is less likely, we plan to focus on promoting full-fibre rollout by Openreach, the network arm of BT Group. We also plan to protect customers by capping the price that Openreach can charge retail providers for some of its wholesale products.

Some 25 million premises in the UK can now access gigabit-capable connections, including both full-fibre and ultrafast cable networks. This means the Government's target of 85% coverage by the end of 2025 has almost been reached.

## Supporting affordable internet access

We have called on telecoms firms to offer social tariffs, and to clearly flag them to customers. We have also promoted social tariffs as an affordable option for eligible households, with information on our website and social media channels including details of the packages offered by different providers.

Eight million UK households face challenges paying for their communication services. Around half of these homes qualify for social broadband tariffs – discounted packages for people receiving benefits – which could reduce their annual costs by over £220.



## Improving broadband switching

Switching to a new broadband or landline provider has never been quicker and easier, thanks to a new 'one touch switch' process. Previously, while customers could easily switch between providers on Openreach's network, those moving to or from other networks faced additional hurdles. The new process allows customers to contact only their new provider to arrange the switch.

Easier switching is particularly important as competing full-fibre networks expand across the UK. Under our new system, customers avoid paying notice-period charges beyond their switch date and receive compensation if they experience service interruptions lasting more than one working day.

## Protecting consumers from unclear pricing

The cost of living remains a primary concern for millions of households, and Ofcom has taken decisive action to protect consumers from unpredictable price rises. Since January, telecoms providers must clearly state any contractual price increases in pounds and pence at the point of sale.

Our new rules ensure customers have certainty about their future payments and aren't unfairly burdened with financial uncertainty from inflation. Providers must now be completely transparent about when price changes will occur, helping people make informed choices about their services.

## Mobile coverage

To protect UK customers using their phones abroad, we introduced new roaming alert requirements in October. These rules ensure people receive clear information about roaming charges and how to control their spending while travelling overseas.

We also have in place a work programme to improve our web checker tool, which people can use to check coverage in their area. We are planning to use higher signal thresholds when presenting local predictions, removing some false positive coverage predictions.

We are looking to use crowdsourced data to build on the coverage predictions, and are assessing predicted signal strength information at a more granular level to determine if it is possible to reduce the local uncertainty to some extent. We are also making changes to our website, to make it clearer what the web checker does and doesn't do. In addition to improving our web checker we are updating how we report on mobile coverage in our regular publication **Connected Nations**.

## Tackling scam calls

Tackling fraud is another priority for Ofcom, and this year we strengthened measures to protect people from scam calls originating abroad. Our enhanced industry guidance, effective since January, requires phone companies to identify and block calls from overseas that falsely display UK landline numbers, except in legitimate cases.

This builds on earlier requirements for blocking calls from abroad using UK network numbers – where the impact has been significant. BT reported preventing up to one million calls daily within the first month of implementing this change. Our guidance ensures it becomes standard practice across the industry.



## Ensuring the security of telecoms networks

Ofcom has an important role in making sure the UK's telecoms networks are secure and resilient. This year we continued to monitor how companies are complying with this new security framework, using our powers introduced by the Telecommunications Security Act (TSA). In November, we sent our first annual report in this area to the Secretary of State for Science, Innovation and Technology, setting out the findings from our monitoring.

We continue to run TBEST – a voluntary, threat intelligence–led penetration testing programme. That included working with a new provider, with testing underway in the first quarter of 2025.

We also consulted on potential measures to tackle security risks and the misuse of numbering resources. This year we proposed a ban on the leasing of 'Global Titles' – which are used to send and receive signals that help locate and connect mobile phone users to networks, and to each other. In the wrong hands they can be misused to intercept messages and calls, disrupt the operation of networks and track the location of users of other networks. Following our proposals, we introduced a ban in April 2025.

In September we revised our network and service resilience guidance. This sets out the measures we expect communications providers to take in relation to architecture, design and operational models. And this year we also worked with the police to identify and arrest criminals who use illegal SMS blasters to target victims with fraudulent text messages.

In July we fined BT £17.5 million for being ill-prepared to respond to a catastrophic failure of its emergency call handling service that took place in June 2023.  During the incident which lasted for more than 10 hours, nearly 14,000 call attempts – from 12,392 different callers – were unsuccessful. Our investigation found that BT had breached its security duties.

Finally, we continue to work with Government, preparing for enhancements and expansions to our regulatory responsibilities through the Cyber Security and Resilience Bill.





## Securing the future of the postal service

The post remains a vital form of connection for millions of people in the UK. But the way we use it has changed dramatically. Twenty years ago, Royal Mail was delivering 20 billion letters in a year. That has now declined to 6.6 billion, and is expected to fall to four billion in the next few years.

This shift has also driven up the cost of delivery. As postal workers are walking more routes than ever, but delivering far fewer letters. Although there has been offsetting growth in the UK parcels market, Royal Mail has struggled to maintain market share in the face of stiff competition. As Royal Mail seeks to transform its network in the face of these changes, it faces serious financial challenges that create risks for the sustainability of the universal postal service.

Ofcom's role is to keep the UK's one-price-goes-anywhere, universal postal service on a sustainable footing. In January we proposed changes aimed at protecting the service and ensuring it meets the changing needs of customers. Our plans are based on in-depth research into what people want and need from the postal services now and in the future.

The findings showed that affordability and reliability matter more to people than speed of delivery. We also found that most postal users do not require six-days-a-week delivery for most letters.

So we have proposed to allow Royal Mail to deliver Second Class letters on alternate weekdays, still within three working days of collection – but not on Saturdays. We estimate this will save £250m–£425m a year.

However, it is essential that consumers get a better service that they can rely on. So we also proposed changes to the Royal Mail's delivery targets, to address customers' frustrations about how long letters take to arrive. This includes 90% of First Class mail being delivered next-day, and 95% of Second Class mail delivered within three days, maintaining the delivery targets at more than 90% while adding new backstop "tail-of-mail" targets to ensure that even if letters miss the primary target, postal users have confidence they will arrive in a reasonable period of time.

## Improving parcel services

While letter volumes are falling, consumers are sending more parcels. Our annual Post Monitoring Report showed that parcel volumes across the UK increased by 8.3% to 3.9 billion items in 2023-24, close to the 4.0 billion pandemic peak in 2020-21.

Our report also revealed that, while 80% of parcel recipients are satisfied with delivery services, two-thirds experienced problems in the previous six months. Common issues included delays, leaving parcels in the wrong place and insufficient time to answer the door.

However, parcel operators have enhanced their complaints handling processes – introducing improved website information, better phone or chat services and new callback options. These improvements follow our strengthened regulations that ensure customers are treated fairly.

## Enforcing standards

We maintained strong oversight of service providers throughout the year. In December, we fined Royal Mail £10.5m for failing to meet its delivery targets in 2023/24, following a £5.6m fine for similar failures in 2022/23. We also issued a £2.8m fine to BT after its subsidiaries EE and Plusnet failed to provide clear contract information to more than a million customers.

Our monitoring of Openreach's independence continues to show positive results. Furthermore, since the company was made legally separate from BT in 2018, full-fibre broadband availability has increased from 6% to over 70%, while average speeds and data usage have doubled.

# Media we trust and value

People across the UK need a media landscape that provides high-quality content to meet their needs and interests. Ofcom is supporting UK broadcasters as they adapt to technological change and shifts in people's viewing and listening habits. That includes promoting public service broadcasting, a cornerstone of the UK's creative economy and a vital source of growth, investment and talent creation.

## What we did – in brief

- We began our implementation of the Media Act 2024, which includes duties for public-service content providers and providers of platforms such as smart TVs to make sure that public service content is prominent and accessible.

- Through our research programme we continued to speak to people about what they want from UK media, and to discover how their behaviour is changing. Our findings help to inform our rules. This year we reported that less than half of younger people watch broadcast TV weekly, the latest milestone in a changing picture of media consumption that shows no sign of slowing.

- Holding the BBC to account remains central to our work, and we reported on how the corporation is serving audiences well across the country. We examined the BBC's impact on local news sector competition, and found there are growing challenges in sustaining reliable and relevant local news throughout the UK.

- We continued work to ensure that people with hearing and sight impairments can access crucial services such as subtitles, signing and audio description on a range of television channels and platforms.

## Why this matters

- Last year's Media Act is the most significant piece of legislation affecting public service media in more than two decades. It is designed to protect public service broadcasting while fostering innovation – so that UK audiences can still discover and enjoy the programmes they love, and the UK's creative economy continues to thrive.

- Changes to public service media must be handled carefully and delivered effectively. Our work in this area also helps to make sure our media landscape caters for diverse groups.

- Due to its unique funding model, the BBC could have an adverse impact on competition. We review changes to its services to protect the interests of audiences.

- Subtitles, signing and audio description bring television to the widest possible audience, allowing people with hearing and sight impairments to enjoy the benefits of our world-class creative sector.

- Ofcom research consistently finds that online news sources – and social media platforms in particular – are rated much less favourably than traditional platforms such as TV and radio for accuracy, trust and impartiality.

# Our work this year

## Implementing the Media Act

The Media Act 2024, which received Royal Assent in May, represents the most significant change to public service media regulation in two decades. It is designed to protect public service broadcasting while fostering innovation, so UK audiences can enjoy the services, video and programmes they love. Ofcom is implementing the new rules as quickly as possible in a way that is fair, proportionate and effective.

This year we began work to update the regulation of commercial radio, replacing a decades-old framework with one that is fit for modern platforms and audiences. These changes remove rules about radio formats from the last century to allow radio stations to focus on serving today's audience, including through locally focused content.

We also proposed new guidance to help ensure public service content is available, prominent, and accessible on a range of connected platforms, such as smart TVs, so it can be more easily found by audiences.

And we launched consultations in areas such as changes to the quotas that Public Service Broadcasters (PSBs) must meet; rules for 'listed' sporting events on television; and how we approach designating the TV apps offered by UK PSBs.

## Supporting public service media

We announced new ten-year broadcast licences for Channel 3 and Channel 5. Similarly, Channel 4 received a new decade-long licence, supporting its transformation into a 'digital-first public service streamer' while maintaining its distinctive role in UK broadcasting.

In December, we published our assessment of public service media from 2019-23, where we found that PSBs successfully delivered their purposes and aims, despite challenging circumstances. While audiences highly rate PSBs for providing trusted UK news and bringing the nation together, we identified continued challenges for these companies in connecting with audiences, managing financial pressures and maintaining visibility in the crowded online environment.

Our upcoming review of public service media delivery will examine how to strengthen content provision for the next decade.



Case 1:25-cv-02880-RC    Document 8-8    Filed 12/01/25    Page 29 of 77

## Supporting public service media

Our annual report on the BBC acknowledged the corporation's efforts to build audience trust through initiatives such as BBC Verify. However, we identified areas for improvement, particularly in reaching audiences from lower socio-economic backgrounds and younger viewers.

Our Local Media Review examined the BBC's impact on local news sector competition, and found there are growing challenges in sustaining reliable and relevant local news throughout the UK. In our review of local media, we concluded the BBC had not had a detrimental impact on competition in the local news sector, but there are growing challenges in sustaining reliable and relevant local news. These include falling revenues and fierce competition for audiences who are increasingly avoiding news and unwilling to pay for it. Consolidation and cuts in response to these challenges have affected local news provision across TV, radio and print.

## Making television accessible to everyone

Ofcom's Access Services Code makes sure that people with hearing and sight impairments can access crucial services such as subtitles, signing and audio description on a range of television channels and platforms. We announced significant changes to the Code in April, improving the accessibility of television and on-demand programmes. These steps ensure broadcasters maintain high-quality subtitles, signing and audio description for the people who need them. For the first time, our best-practice guidelines now include streaming and subscription services.

The guidance addresses the needs of people with disabilities affecting their sight or hearing. It also sets outcomes for different access services, and makes it easier for viewers to customise their accessibility options. Finally, we emphasised the importance of broadcasters communicating clearly with users when access services are affected by technical problems.



## Monitoring audience trends and habits

Ofcom's research programme helps us to better understand the shifting needs and preferences of viewers and listeners. The findings inform our work and ensures it reflects modern UK society.

Our 2024 Media Nations research revealed significant shifts in viewing habits. For the first time, less than half of younger people now watch broadcast TV weekly. The speed of decline in viewing is accelerating among middle-aged viewers, while younger audiences spend three times as long watching video-sharing platforms – such as TikTok and YouTube – than they spend with broadcast TV.

This year we also highlighted a historic shift in news consumption, with online sites and apps now matching television as the main source of news for UK adults. While older generations increasingly turn to digital platforms, broadcast news maintains higher trust levels compared to online sources, particularly social media.

Changes in media consumption were a factor in our decisions around the BBC's proposed new music streams on its Sounds platform, which extend its core station brands. While we permitted the BBC to launch Radio 1 Anthems and Radio 3 Unwind, we directed it to halt a planned Radio 2 extension due to potential effects on fair competition.

## Supporting local radio

Small-scale DAB (Digital Audio Broadcasting) is the technology underpinning an explosion of growth in local radio. It provides cost-effective digital broadcasting opportunities for local commercial, community and specialist radio stations. The roll-out of small-scale DAB continued successfully, with 115 licences awarded by Ofcom and 64 new multiplexes launched by October 2024. In January we opened applications for a seventh round of licences.

We simplified rules for community radio stations, removing specific quotas on programme types and local production while maintaining safeguards for non-English language broadcasting. These changes allow stations to focus more effectively on serving their local communities.

Meanwhile our support for community radio continued through the Community Radio Fund, with £400,000 available for 2024-25, funded by DCMS. The fund supports essential operational costs for Ofcom-licensed community stations, including management, fundraising and volunteer support. In the first funding round we awarded grants totalling £205,479 to 11 stations, with individual grants ranging from £4,320 to £33,854.



# Serving and protecting audiences

Ofcom sets and enforces standards on TV, radio and some on-demand services. By protecting audiences from harmful content and upholding due impartiality, we maintain trust in our broadcast media and ensure high standards for viewers and listeners.

## What we did – in brief

- We continued to set and enforce standards in programmes broadcast on TV, radio and on-demand services. This year we closed 72,442 complaints (9,408 cases), completed 57 investigations and found 33 cases in breach of our broadcasting rules. Where broadcasters had failed to maintain standards, we took action to enforce our rules. And in every case, we took account of the right to freedom of expression.

- Ofcom remains focused on ensuring the broadcasting industry serves audiences by hiring the best talent from across society. Our eighth annual study of the sector's workforce showed important progress in this area, but further work to do.

## Why this matters

- Audiences should be protected from harmful content on TV and radio. They should be able to trust what they see and hear, and feel able to complain to us about something on TV or radio which concerns them. We assess every complaint we receive and investigate issues that are raised under our rules.

- Freedom of expression is a cornerstone of British society and the UK's democracy. Ofcom does not censor content: our powers apply only after a programme has aired. And we always take account of freedom of expression when we assess complaints and investigate TV and radio content. That includes the right of broadcasters to transmit a range of ideas, and the right of the audience to receive them.

- The broadcasting industry can only serve audiences effectively if it reflects and draws upon the best creative talent from every corner of UK society.

- As audience habits continue to diversify and people increasingly turn to social media for news, it is ever more important that people can rely on high quality, impartial and accurate news. Ofcom research[1] shows that online news sources and social media platforms in particular – are rated much less favourably than traditional platforms such as TV and radio for accuracy, trust and impartiality.

[1] https://www.ofcom.org.uk/siteassets/resources/documents/tv-radio-and-on-demand/broadcast-guidance/psb/2024/review-of-public-service-media-2019-2023.pdf

# Our work this year

## Enforcing Standards

Our enforcement work included a £150,000 financial penalty in March on religious channel the Word Network, for serious breaches of broadcasting rules. We found that two episodes of Peter Popoff Ministries contained potentially harmful claims that contacting the presenter's ministry or ordering its 'miracle spring water' could improve serious health conditions and financial situations.

In April we issued guidance to TalkTV, following an assessment of potentially offensive comments made during an interview with Dr Mustafa Barghouti. While we decided not to formally investigate, we directed TalkTV to take greater care in making sure high-risk comments are properly justified and contextualised.

And in May we took enforcement action against GB News for breaching due impartiality rules in its programme 'People's Forum: The Prime Minister'. We found that the programme gave the then Prime Minister Rishi Sunak a largely uncontested platform to promote government policies before a General Election. We imposed a £100,000 fine, which, together with the breach finding, was the subject of a judicial review challenge in the courts by GB News.

Our commitment to maintaining due impartiality became particularly important ahead of the UK General Election. In April we published research on audience attitudes towards politicians presenting programmes on television and radio.[2] The research explored audiences' understanding of news and current affairs, and their expectations of due impartiality when politicians are presenting this type of content. The findings indicated that audiences are instinctively against politicians presenting the news, as they feel politicians would naturally have a viewpoint to promote.

Following the research, we updated our guidance to assist broadcasters in their compliance with the rules. We are also currently consulting on a proposed amendment to the rule that restricts politicians from presenting news, to ensure clarity for all stakeholders.

[2] https://www.ofcom.org.uk/tv-radio-and-on-demand/broadcast-standards/audience-attitudes-towards-politicians-presenting-programmes-on-television-and-radio

## High Court judgment – GB News v Ofcom

In February, following a judicial review by GB News, the High Court quashed two Ofcom breach decisions against GB News. These related to politicians acting as presenters, interviewers or reporters. We decided not to reinvestigate these two programmes, and in March we withdrew three other breach decisions against GB News and one not pursued decision. Ofcom removed all these decisions from GB News' compliance record.

Following this judgment, in May we launched a consultation on a change to Rule 5.3 of the Broadcasting Code, which relates to politicians presenting news. The proposed change aims to makes it clear to broadcasters that a politician cannot be used as a newsreader, news interviewer or news reporter in any type of programme, unless there is exceptional editorial justification. The current rule states that no politician may be used as a newsreader, interviewer or reporter in 'any news programmes'.

Politicians would still be able to present programmes under this rule change. But they would not be able to present news – regardless of the nature of the programme, without exceptional editorial justification.

## Diversity and representation

TV and radio have the power to shape and represent our country's identities and values. To achieve that, broadcasters must reflect the society we live in today. But several groups – such as disabled people, and those from working-class or minority-ethnic backgrounds – still find it harder to enter and progress in the industry. At the same time, the sector faces an unprecedented period of change, with audiences continuing to turn away from traditional broadcast media and skills shortages threatening growth and job creation.

Ofcom remains focused on ensuring the broadcasting industry serves audiences by hiring the best talent from across society. Our eighth annual study of the sector's workforce showed progress in geographic representation, with 48% of broadcasting roles now based outside London, up from 46% in 2023. However, certain groups remain underrepresented, particularly in senior and editorial positions. For example, women only account for 36% of people in radio commissioning and programming roles. We are supporting cross-industry efforts to improve these numbers and next year we will report on progress made by the largest individual broadcasters.



# A safer life online

Ofcom is working to make the online world safer for everyone. The Online Safety Act places new duties on sites and apps such as social media, search, dating, pornography and gaming to improve safety for their users. We are now enforcing these laws, and change is starting to happen.

## What we did – in brief

- As the UK regulator for online safety, this year we established regulations that will create a safer life online for people in the UK – protecting them from illegal content on sites and apps, and children from content that is illegal or harmful.

- Before enforcing the Act, we first needed to consult on codes of practice and industry guidance to help firms to comply. We did so this year – setting out detailed, practical measures that companies should take to make their services safer.

- Our online research programme this year included studies around three major areas of harm to children. We also explored how young people are using digital platforms, and adults' engagement with disinformation.

## Why this matters

- Making the online world safer is a priority for the UK government, society and Ofcom. Our research consistently shows that many online adults and children have harmful experiences online, and most support tighter rules.

- With our regulations coming into force, technology companies must now act. Those in scope of the laws are required to assess the risk of harm to their users and put in place effective measures to address it.

- We have now begun to enforce against companies who fall short. Children are our first priority. For example, sites and apps showing pornography must introduce effective age checks to stop children accessing it. We have already launched investigations against a number of services we believe have not put appropriate protections in place.



# Our work this year

## Illegal harm

In December, four months ahead of the legal deadline, we finalised our first codes of practice and guidance to companies for tackling illegal content on their services. We set out detailed measures in areas such as stronger governance and accountability, better content moderation and reporting, and specific steps to address fraud, terrorism and child sexual abuse and exploitation.

Violence against women and girls is another significant problem in both the online and offline worlds. Women are particularly affected by harm such as hateful and trolling content, intimate image abuse, cyberflashing and controlling or coercive behaviour. In November we convened an industry event and workshops to explore this growing societal issue, and in February we followed up with specific guidance for technology firms on how they should better protect their female users.

## Protecting children online

In May, we launched a consultation on more than 40 safety steps designed to make the online world safer for children. We made clear that companies must establish whether children are likely to access their site – and, if so, identify what risks their service poses to children. They must then take steps to mitigate those risks.

Our codes of practice explained in detail what those measures could include. We focused on strong, highly-effective age checks to prevent children from accessing content that is inappropriate for their age. We called for services that recommend viewing to their users to make their algorithms fundamentally safer, filtering out dangerous material from children's feeds and downranking harmful content.

As with illegal harm to adults, we expect effective moderation teams and procedures to be in place to quickly tackle material that poses a risk to children. Services must prevent children from accessing content related to suicide, self-harm, eating disorders and pornography. They must minimise exposure to violence, hate speech, online bullying and dangerous challenges. Our approach emphasises the importance of clear reporting procedures and tools that allow children to control their online interactions.

## Using research to guide our online safety work

Ofcom's research programme helps us to understand the complex online world and implement the Online Safety Act effectively. It covers four main areas: user activity and behaviour; online risk and harm; service design and characteristics; and safety measures and technologies. We publish all our plans and findings, and collaborate with researchers in the UK and abroad.

In March, we released studies on three major areas of harm to children: cyberbullying, violent content, and content relating to suicide, self-harm or eating disorders. We explored how children are exposed to these categories of harm, the impact they have and potential ways to tackle them.

Our Behavioural Insight Hub ran experiments to determine how people use online platforms. We tested how the design of websites and apps affects adults' use of content controls. We used mock-ups to test how design changes could make users more likely to engage with terms and conditions, such as community guidelines. And we examined different ways to encourage children to access help and support materials when signing up to social media.



## How UK adults navigate the digital world

Ofcom's media literacy programme reveals important insights into how adults across the UK engage with the online world. This year we found that adults generally place more trust in content generated by humans than by artificial intelligence – though distinguishing between the two remains challenging. There has also been a positive shift in how people view social media's impact on mental health, with more users reporting beneficial effects.

But problems remain. Many adults unknowingly contribute to the spread of misinformation online, and a significant number struggle to protect themselves from sophisticated scams. Digital exclusion continues to affect some communities, with a minority of UK households remaining offline and others relying solely on smartphones for internet access.





One very challenging form of misinformation is deepfakes: images, videos or audio that use artificial intelligence to depict people, often with the aim of harming their subject's reputation or misleading the audience. Our research shows that four in ten adults – and half of older children – have encountered deepfakes online, with women particularly vulnerable to being exploited by the content. In July, we published a discussion paper exploring the impact of generative AI on the proliferation of deepfakes, identifying categories that demean, defraud and disinform. We also analysed measures that companies can take to respond to deepfakes, from deploying watermarking techniques to filtering content and supporting media literacy efforts.

## Young children's online behaviour

Our research on children this year showed a big shift in how younger ones engage with digital platforms. There has been a marked increase in the online activity and digital independence of five- to seven-year-olds. The proportion of younger children using messaging or video calls rose from 59% to 65%, while those watching live-streamed content climbed from 39% to 50%.

Social media use among this age group also grew substantially, from 30% to 38% overall, with WhatsApp, TikTok, Instagram and Discord showing particular growth. Online gaming experienced a significant uptick, with 41% of five- to seven-year-olds now participating, up from 34% the previous year.

## Change is happening

Some companies are already making their sites and apps safer in anticipation of potential enforcement by Ofcom. We have also been using longer-standing powers to regulate video-sharing platforms. For example, following our intervention, the live-stream gaming site Twitch has implemented improvements – including blocking under-18s from accessing mature content.

Gathering accurate information from regulated companies is fundamental to our job as a regulator. Firms are required, by law, to respond to all statutory information requests from Ofcom in an accurate, complete and timely way.

In July 2024 we fined the social media service TikTok £1.875 million for failing to accurately respond to a formal request for information about its parental controls safety feature. In March 2025 we fined the provider of OnlyFans, Fenix International Limited, £1.05 million for failing to accurately respond to formal requests for information about its age assurance measures on the platform. These enforcement actions, carried out under the regulatory regime for video-sharing platforms (VSPs),  sends a clear message about the importance of transparency and accuracy in companies' reporting.

## Working beyond boundaries

We continued to work closely with partner regulators as part of the Digital Regulation Cooperation Forum (DRCF). The forum brings together four UK regulators to deliver a coherent approach to digital regulation for the benefit of people and businesses online. Its members are the Competition and Markets Authority, the Financial Conduct Authority, the Information Commissioner's Office and Ofcom.

During 2024/25, the DRCF made significant progress in implementing its three-year vision. Working collaboratively across its member regulators, it delivered a pilot AI and Digital Hub to support innovators navigating regulatory challenges. Additionally, the DRCF horizon-scanning programme provided valuable insights into future technological developments and their regulatory implications. Research into digital ID, synthetic media and quantum technologies has benefited member regulators, industry, government, and civil society by analysing emerging trends. Further detail on all this work is available in the DRCF's own annual report.

In 2024 and 2025 Ofcom has chaired the Global Online Safety Regulators Network (GOSRN), which brings together 18 regulators from five continents, fostering international collaboration in online safety regulation. The network continues to focus on developing common assessment methods, sharing user complaint data, coordinating information requests and identifying effective safety measures. This international cooperation is crucial for addressing the global nature of online risks.

## Looking ahead

We are now in our first year of enforcing the Online Safety Act, holding technology companies to account for making their services safer.

We are prioritising enforcement against illegal harms such as promotion of suicide and intimate image abuse, and in areas that protect children, such as age verification and protections against grooming and child abuse, while monitoring emerging technologies like AI. Ofcom has introduced a digital safety toolkit to help businesses comply with the new regulations. It includes comprehensive risk assessment guidance, implementation support, and regular reviews and updates. Our approach will evolve as we address new challenges in the digital world, but we will always focus on protecting users while enabling them to benefit from online services safely and confidently.



# Enabling wireless services in the wider economy

We oversee the UK's radio spectrum for the benefit of everyone. Our job is to make sure this valuable, finite national resource is managed efficiently and effectively, including by supporting growth, investment and innovation in wireless services.

## What we did – in brief

- We prepared to release new airwaves that can carry large amounts of data, aiming to improve mobile speeds in busy areas such as stations, stadiums and high streets.

- We are realising a new vision for spectrum sharing, a pioneering approach that will allow existing airwaves to be shared between mobile and Wi-Fi networks to improve coverage and performance.

- We set out plans to allow mobile operators to partner with satellite companies to provide 'direct-to-device' technology, meaning that people's everyday smartphones could get a signal from space.

## Why this matters

- The UK's radio spectrum underpins every major sector of the economy by allowing people and devices to connect and communicate every day. Through our management of it, we are unlocking new opportunities for business and meeting technological demand.

- People and businesses need fast, reliable connections on the move, and we are using more data over our mobile devices than ever before. This means that capacity needs to increase in crowded places, and coverage needs to improve in remote areas.

- Direct-to-device technology could provide mobile reception in remote villages and mountainous areas, support emergency calls where mobile masts cannot reach, and offer a backup signal during network outages.



Case 1:25-cv-02880-RC    Document 8-8    Filed 12/01/25    Page 41 of 77

# Our work this year

## Improving mobile signals in busy areas

At the start of the year, we updated on our approach to making spectrum available in the 26 GHz and 40 GHz bands – known as millimetre wave (mmWave) spectrum. These airwaves can carry large amounts of data, with significant potential to improve mobile speeds in busy areas such as train stations, football stadiums and concert venues. mmWave could also support leading-edge services from virtual reality to factory automation.

Until now, mmWave spectrum has been used in rural, low-density areas. However, in November we reached a significant milestone with the publication of the final regulations. Subject to minor amendments, these will become law in mid-2025, paving the way for the auction itself, enabling mmWave rollout in urban areas and marking an important step in our spectrum programme.

We have also carried out work to improve our web checker tool, which people can use to check coverage in their area, with an improved version of the tool due to be launched in summer 2025.



## Spectrum sharing: our vision for boosting growth and innovation

Spectrum sharing is an important way to meet increasing demands on the UK's airwaves, which will always be a finite resource requiring fresh management approaches to ensure it is used efficiently.

In May, we outlined our vision for shared use of the upper 6 GHz spectrum band. Our aim is for both Wi-Fi and mobile services to use this band, while preserving its existing uses where possible. This spectrum could support advanced Wi-Fi for homes, businesses and industrial sites, and more reliable mobile signals in crowded places. Our sharing approach will help providers to cope with demand, and should also create new opportunities for innovation, investment and productivity in the UK economy.

Spectrum sharing also helps to increase capacity, laying crucial foundations for future generations of data-intensive technologies, including virtual and augmented reality, and AI applications. Our approach is novel, and involved us working closely with industry to develop a hybrid sharing framework. We also collaborated and held workshops with European regulators and technology companies to refine our approach.

Ofcom has developed two potential approaches for the sharing framework. The first proposes a variable spectrum split where both Wi-Fi and mobile could use any part of the band where the other is not deployed, with prioritised sections for each. The second approach would involve an indoor/outdoor split, prioritising Wi-Fi indoors and mobile outdoors.

Our February plans outlined how mobile and Wi-Fi technology would need to integrate more effectively in future. This includes mechanisms where Wi-Fi would 'sense' mobile network presence and respond accordingly. For the lower 6 GHz band (5925-6425 MHz), we proposed allowing outdoor and higher power Wi-Fi operation under automated database control to protect other users from interference.

For the upper band (6425–7125 MHz), we proposed shared spectrum use between commercial mobile and Wi-Fi services, implemented in two phases. Phase 1 would enable low-power indoor Wi-Fi across the entire Upper 6 GHz band by the end of 2025. Phase 2 would authorise mobile use, aligned with European harmonisation discussions expected to conclude by 2027.

European harmonisation would establish consistent 6 GHz sharing between mobile and Wi-Fi across the continent. This will encourage manufacturer, operator and user investment in equipment and services.



## Supporting major events

Our spectrum expertise contributed to the 2024 Paris Olympic and Paralympic Games. Ofcom's spectrum assurance and engineering teams worked alongside the French regulator, Agence Nationale Des Fréquences (ANFR), to plan and monitor spectrum activity throughout both events.

Drawing on our experience from major UK events such as Glastonbury and Euro 2020, we provided expertise from March onwards, supporting testing and maintaining a presence throughout both the Olympics and Paralympics.





## New satellite connections

February saw significant developments in satellite services with our granting of an earth station network licence to Amazon Kuiper Services Europe SARL for its non-geostationary orbit (NGSO) satellite system. This decision authorises Kuiper to provide high-speed, low-latency broadband connectivity to UK customers.

We also announced the release of additional airwaves in the 27.5-30 GHz (28 GHz) and 32 GHz bands. These frequencies are particularly suitable for fixed links and satellite connections, enabling more capacity and therefore allowing providers to offer services to more customers.

## Innovation in spectrum management

To help support innovation, we actively allocate spectrum to new use cases, sometimes before clear commercial cases emerge.

In recent years we have made multiple spectrum awards supporting mobile broadband growth, alongside work with the maritime, aviation, aerospace, emergency-services and defence sectors. We've enabled new private mobile networks for digital transformation across various industries and opened opportunities for high-capacity solutions through millimetre-wave spectrum.



## Connecting phones to satellites

People in the UK could soon be able to make satellite calls from their everyday phones, under proposals we announced in March.

Cutting-edge 'direct-to-device' technology means satellites in space can now beam signals straight to standard smartphones, so they can get a signal when there is no coverage from mobile masts on the ground.

This could particularly benefit the UK's most rural and hard-to-reach locations, providing reception in remote villages and mountainous areas – as well as for vital emergency calls and backup during network outages.

The UK is leading Europe in moving towards authorising direct-to-device services for widespread commercial use.

Our proposals would allow mobile operators to partner with satellite companies through joint licences, using existing mobile spectrum bands. These would be granted for three-year terms, subject to non-interference conditions protecting other UK users and neighbouring

# Principal risks and uncertainties

Effective risk management plays an important role in our ability to achieve our objectives. Here we set out the six principal risks facing Ofcom and the strategies we use to manage them.

## Introduction

Our risk management framework is overseen by the Board and supported by the Risk & Audit Committee and senior leadership, helping us to monitor and mitigate potential threats.

Our approach to risk management helps us to remain agile and responsive to an evolving regulatory landscape. It reflects our commitment to balancing innovation and regulation across the sectors we regulate, supporting sustainable growth, protecting consumer interests and upholding our regulatory aims. This framework strengthens stakeholder confidence in our ability to effectively navigate uncertainties while fostering trust and resilience in the industries we oversee.

## Principal risks in detail

| Risk | Description | Risk and control assessment summary |
|------|-------------|-------------------------------------|
| **Managing our regulatory environment** | Failure to anticipate or deal effectively with changes to our regulatory remit could result in significant costs, delays, or even the inability to achieve our objectives. | By working closely with Government, other regulators, industry and the public in the UK and internationally, we can improve our ability to anticipate, influence and prepare for any changes. Our corporate strategy and governance controls ensure we manage this risk effectively. Continued success requires us to be well-informed, agile, and responsive. Even with a highly effective control framework, the potential of risk remains and will need to be carefully monitored and managed. |
| **Trusted regulator** | Loss of trust in Ofcom as a regulator as a result of failures to make, or been seen to make, independent, impartial, timely, effective and evidence-based decisions in the interests of people and businesses in the UK. | Trust in Ofcom is central to our ability to operate in the interests of people and businesses in the UK. We have in place robust people, project and governance controls to ensure we have the skills and expertise to carry out our work effectively, to communicate what we are doing transparently and clearly, and to respond to what we know is important in the sectors that we regulate. |

| Risk | Description | Risk and control assessment summary |
|---|---|---|
| **Responding to changes in technology, markets and consumer behaviour** | Failure to monitor, understand and act on rapid, disruptive and unexpected technological changes or future industry trends and developments that affect consumers or industry behaviours. This may limit our ability to take a proactive approach within communications markets, leading to consumer protection challenges, reduced consumer and citizen benefits, or lower innovation and growth. | Our sectors are fast-paced, and driven by technological developments, investment and innovation, resulting in changing consumer behaviour. Anticipating uncertain disruptive change is inherently challenging but a necessary process so that regulation supports the needs of future consumers and citizens and is removed where no longer necessary. We see our current controls as effective. We do this through horizon-scanning, trends analysis, proactive monitoring of consumer behaviour and external engagement on industry and commercial developments. In preparing our three-year business plan we systematically evaluated these risks to enhance the effectiveness of our controls. |
| **Sound financial management** | Failure to effectively manage our funding and finances to support our work might lead to financial instability, compromising our effectiveness and reputation. | Effective financial planning and control is critical to Ofcom's success. They enable us to achieve our objectives and provide value for money and confidence in our work. Strong financial controls are in place, and we continue to strengthen our planning. |
| **People and culture** | Without a People strategy that enables Ofcom to attract, motivate, develop, and retain excellent talent, we might significantly limit our ability to achieve our mission and strategy. | Changes in the economy and employment landscape can affect our ability to attract and retain the best people. We operate in a challenging competitive market for key skills in areas such as cyber, technology, ICT, and data and AI. We deal with these challenges through our talent and resourcing strategies and strategic workforce planning. Our strong People policies and focus on staff development strengthen our career offer and our ability to develop and retain talented colleagues. |
| **Information and cyber-security** | Failure to maintain effective information and cyber-security arrangements that protect the confidentiality, integrity and availability of our data and systems might lead to malicious or accidental data incidents, unauthorised system access, operational disruption and a loss of trust in our ability to safeguard sensitive information. | There is a significant level of evolving risk in this area, and we continue to invest in information and cyber-security arrangements. We have in place robust ICT security measures and controls including ISO 27001 accreditation, continuous threat monitoring and intelligence, and comprehensive information security awareness training. These mean we are well protected and able quickly to respond to, and recover from, threats. |

# Stakeholder engagement

When carrying out our work, we consider all of the nations, regions, cultures, communities and landscapes that make up the UK.

## Work in the Nations

Our offices in Belfast, Birmingham, Cardiff, Edinburgh, London, Warrington and Manchester allow us to work directly with governments, elected representatives and local organisations and communities to ensure we consider the views, interests and needs of all people across the UK.

In addition, we have statutory Advisory Committees for England, Wales, Northern Ireland and Scotland, and Board members for Wales, Scotland and Northern Ireland who are appointed by the Welsh and Scottish Governments and the Northern Ireland Executive respectively, in consultation with the UK Secretary of State. Our Content Board and Consumer Panels also have members representing each part of the UK.

Although much of our work is relevant across all of the UK, here we highlight some specific work we have carried out relating to each of the UK's nations over the past year.



## Scotland

- In a year of political change in Scotland, with a new First Minister and a significant number of newly elected Scottish MPs in the General Election, we continued to work closely with Scottish Government ministers and officials as well as with Scottish MPs and local authorities. Our Board Member for Scotland held several meetings with Scottish Government ministers on a range of matters relating to our work.

- As the Shared Rural Network reached an important milestone, with mobile companies reaching coverage obligations in summer 2024, our Spectrum teams conducted significant signal testing on the ground across Scotland. We worked with industry and Government to confirm that mobile network operators had complied with their geographic coverage obligations.

- We held events in our Edinburgh office on our Media Nations: Scotland report and on 'Policy Matters' in partnership with Screen Scotland. We also continued to work closely with BBC Scotland, STV and MG ALBA as well as representatives from Scotland's production sector. We also appointed four new Members to the Board of MG ALBA in May 2024, with approval from the Scottish Government.

- We continued to support and promote innovation in Spectrum usage in Scotland, including through our Innovation and Trial licensing, while also holding a roundtable with Scotland's growing space sector on our Space Spectrum strategy.

- Our Advisory Committee for Scotland welcomed two new members – Caroline Di Stefano and Cameron Speirs. The Committee held two meetings externally, including at the Scotland 5G Centre campus at the James Hutton Institute in Dundee, and at Channel 4's Glasgow offices to hear about its plans in Scotland.

## Wales

- We supported Ofcom's media literacy work through pilot initiatives such as that in Rhondda Cynon Taf, which is focused on making sure digital skills are embedded into existing initiatives to address digital disadvantage and promote inclusion. We also included local consumer groups and industry in our work to inform the future of the universal postal service.

- As the online safety regulation framework developed, we put in place plans to strengthen our team so that Wales-specific issues are given due consideration. This included more communication with younger people, through forums such as Welsh Government's Keeping Safe Online Youth Group & Grangetown Youth Pavilion.

- We held an event for the Wales broadcasters and other key stakeholders relating to the implementation of the Media Act. We consulted extensively with the independent production sector, Creative Wales, TAC Cymru and others on the relicensing of Channel 4 and Channel 3 and our ongoing regulatory work with BBC.

- Through our Innovation and Trial licensing regime we enabled the world's first space-based video call from a remote mountainside 'not spot' in West Wales, using direct-to-device technology that allows a standard smartphone to receive signals from satellites. We have continued to review our practices and procedures to ensure we comply with Ofcom's Welsh Language standards, including providing services to those who prefer to communicate with us in Welsh.

- Dr Aled Eirug was appointed Chair of our Wales Advisory Committee. The committee advises Ofcom on the interests and opinions of people across Wales, and met with stakeholders in Caernarfon in October. We also supported Ofcom's Consumer Panel in representing the interests of consumers in the communications sector by holding its first out-of-London meeting in Cardiff.

## Northern Ireland

- We maintained our presence on the Shared Rural Network working group and the Mobile Action Plan Barrier Busting Taskforce – both of which aim to improve mobile coverage in Northern Ireland. We supported the continued migrations away from the public switched telephone network (PSTN) and 3G by working with local councils and health providers to make sure consumers were not adversely affected by these changes.

- As the online safety regulation framework developed, we made sure Northern Ireland-specific issues were given due consideration. We commissioned analysis of media literacy in Northern Ireland, which will form the basis of a delivery plan aimed at improving knowledge, confidence, skills and digital citizenship.

- We involved broadcasters, Northern Ireland Screen and the independent production sector in our work throughout the Channel 4 and Channel 3 relicensing processes and our ongoing BBC regulatory work. We held events to share our Media Nations report and other relevant research work. We also facilitated the launch of a new small scale DAB multiplex in Newry, which follows the launch of multiplexes in Derry/Londonderry, as well as Belfast and Lisburn.

- In line with our statutory equality duties, we reviewed and revised our Northern Ireland Equality Scheme to cover the period from 2025 to 2030. The Ofcom Board visited Northern Ireland in November 2024 and held events at Parliament Buildings and in Belfast where they heard directly from politicians, industry leaders and consumer and voluntary organisations.

- Professor Colm Murphy of Ulster University was appointed Chair of our Northern Ireland Advisory Committee – taking over from Carrie Matchett, who had been appointed as the Northern Ireland member of the Communications Consumer Panel.

## England

- We provided spectrum engineering and compliance support to several events across the country, including the 2024 British Grand Prix at Silverstone. Spectrum engineers assisted important spectrum users in using their equipment correctly and safely, and detecting and dealing with matters arising from non-compliant use of spectrum.

- As part of our approach to improve media literacy skills, we pioneered an innovative partnership with Birmingham City Council. Based on analysis of the strengths and needs of the community, we are working with expert partners to deliver media literacy initiatives to children, their families and their teachers in East Birmingham. This work includes a focus on mis- and disinformation and online misogyny.

- The Advisory Committee for England held half of its in-person meetings outside of London this year. In Bristol, the Committee met independent production companies from the south west of England, and in Manchester they spoke to local news providers and a production studio. The committee also held conversations with academics, communications providers and membership bodies to better understand the specific challenges faced by different geographical regions and communities in England. These conversations helped inform the work of the Committee as it provided advice to Ofcom on areas such as Channel 4's Made Outside of London quotas, the review of the Universal Postal Service, and the review of Local Media.



# Our international engagement

Ofcom's areas of responsibility are global in nature. This means we must work collaboratively with a range of international partners across our sectors to get the right outcomes for people and businesses in the UK. These partners include overseas regulators, industry, civil society and academia.

Our international work helps to inform how we design and implement regulation in the UK. We also share our expertise with overseas partners and seek to influence regulatory developments in the sectors that matter to us. This cooperation helps to create a shared understanding of the tools available to regulators and, where possible, avoid unnecessary divergences between comparable regulatory regimes in the UK and abroad.

### In Europe and beyond

We face similar market and regulatory trends and challenges to many of our counterparts, especially when it comes to the regulation of digital platforms. Working with partners in the EU remains an important part of our international work, particularly where our powers originally derive from EU legislation.

We are active participants in regulatory conversations at European level, including through our membership of the Independent Regulators Group (IRG), a group of 37 European communications regulatory authorities, and the European Platform of Regulatory Authorities (EPRA), a network of 55 European media regulators. In 2024, we signed an administrative agreement with the European Commission on online safety, which aims to advance coordination and coherence in how we implement our respective online safety rules.

We have also continued to develop our relationships beyond Europe, working with regulators and governments from around the world, across all our work areas including regulatory collaboration within the UK, scam calls and texts, artificial intelligence and media literacy. We continue to contribute to peer support activities, regularly sharing our expertise with regulatory counterparts.



Many of the online services we regulate – and the safety challenges we're trying to address – are global in nature and that means we cannot limit our international engagement to Europe. So we have worked with counterparts around the world, including those in the United States, Australia, Canada, Brazil, Malaysia, Morocco, Indonesia, and Singapore. Building and expanding networks and strong international relationships in this emerging regulatory field will be crucial to the success of our domestic regulation. We served as Chair of the Global Online Safety Regulators Network in 2024, and will continue in this role throughout 2025. The network is now in its third year, and last December it published a three-year plan setting out how it will enhance consistency in online safety regulation by enabling regulators to share insights, experience and collectively develop best practice. As Chair, we are continuing to grow and develop the network.

We also continued to participate in broader international regulators' networks and working groups across the sectors we regulate, such as the Unsolicited Communications Enforcement Network (UCENet) and the Global Informal Regulatory Antifraud Forum (GIRAF), as well as multi-stakeholder forums and convenings such as the Internet Governance Forum (IGF) and the International Institute of Communications (IIC).

## Intergovernmental organisations

Ofcom represents the UK at the International Telecommunication Union (ITU), the UN specialised agency for telecoms, information and communications technologies. This year we led the UK delegation to the ITU's World Telecommunication Standardization Assembly (WTSA-24), the major meeting held every four years at which the ITU's priorities and plans for technical standardisation activities over the next four years are agreed.

Ofcom also continued to represent the UK on the ITU's governing Council, and we have begun preparations to lead the UK delegation to the ITU's World Telecommunication Development Conference (WTDC-25) in late 2025.

We continue to hold leadership positions in the European Conference of Postal and Telecommunications Administrations (CEPT). These include Chair of Com-ITU, the Committee for ITU Policy (responsible for leading Europe at ITU Council and developing European positions for the upcoming WTDC-25 and conferences beyond), and Chair of the Conference Preparatory Group (CPG) for the forthcoming World Radiocommunications Conference (WRC-27) study cycle.

We also support the UK Government at the Universal Postal Union (UPU), the inter-governmental body which governs the price of international mail between Universal Postal Service Providers, and we work closely with fellow international postal ministries and regulators, including in the Committee on European Postal Regulation (CERP) within CEPT.

Ofcom continues to participate in the policy development work of the Organisation for Economic Co-operation and Development (OECD), sitting on the Communications Services and infrastructure Committee (CSI) and engaging in the work of the Network of Economic Regulators (NER) and Regulatory Policy Committee (RPC), as well as taking part in the Better Regulation in the Digital Age (BRIDGE) initiative.

# Our work with other groups and organisations

## Working for consumers

Understanding consumers' interests and behaviour is vital to our work. We use market research to help inform our work and give insights into how people use communications services – and how they feel about them. Our annual reports Online Nation, Media Nations, Connected Nations, Adults' Media Use and Attitudes and Children's Media Use and Attitudes all highlight and analyse these trends across a range of sectors and services.

Ofcom's Consumer Contact Team received 57,961 calls, web forms, emails, and letters directly from members of the public in 2024/25. The information that consumers provide helps us target our policymaking and enforcement work. Consumers also contact us through our website. While we cannot resolve individual complaints about telecommunications services, we provide advice to complainants and refer them to the alternative dispute resolution (ADR) schemes that we have approved. We do handle complaints about TV and radio programmes.

## Industry and government

Ofcom works with a range of companies and industry bodies in the sectors we regulate, as well as consumer groups, the UK's governments and devolved institutions, co-regulators and other regulators. We are members of the UK Regulators Network and the Digital Regulation Cooperation Forum.



## Statement of Strategic Priorities

Alongside our independent status, we must also have regard to the UK Government's Statement of Strategic Priorities (SSP) for telecommunications, the management of radio spectrum, and postal services in exercising our regulatory functions relating to those matters. The SSP, published in 2019, sets out four UK Government policy priorities. Following the 2024 General Election, the UK Government has confirmed that it intends to designate a new SSP for the sector, but this is not yet in place.

In 2024/25 we have had regard to the four priorities set out in the 2019 SSP in the following ways:

- **World-class digital infrastructure**:  We have continued to encourage investment in new technologies and have published a new draft framework for fixed telecoms regulation. The delivery of our spectrum duties has also supported innovation and evolution of the UK's networks.

- **Furthering the interests of telecoms customers**: We have worked towards ensuring telecoms customers are better informed and protected through our reporting on affordability and monitoring social tariffs. We continue to tackle scams and monitor industry compliance with consumer rules.

- **Secure and resilient telecoms infrastructure**: We have revised our networks and resilience guidance, which sets out the measures we expect communications providers to take. We continue to work with the UK Government, preparing for enhancements and expansions to our regulatory responsibilities through the Cyber Security and Resilience Bill.

- **Postal services**: We are continuing our work to secure the long-term sustainability of the postal sector and have proposed reforms to the postal service, which will enable Royal Mail to adapt in an evolving market.

## Co-regulators

Ofcom has a co-regulatory partnership with the Advertising Standards Authority (ASA) which was formed in 2004. This covers broadcasters and advertising on video-on-demand services. Broadcasters are obliged to comply with the advertising codes under their broadcast licences, which are issued by Ofcom. When the ASA adjudicates on an advertisement, broadcasters comply with rulings immediately under the conditions of their licences. Where necessary, the ASA can refer broadcasters to Ofcom.

The Competition and Markets Authority (CMA) has concurrent powers under specific consumer protection legislation, and within the framework of competition law for the communications sector. We work with the CMA to ensure that a consistent and co-ordinated approach is taken in relation to issues where we have concurrent powers, and we discuss which body is best placed to lead in each case.

## Adopting responsibility for regulating premium-rate services

In February 2025 Ofcom formally took over responsibility for the day-to-day regulation of premium rate services (PRS), which enable consumers to purchase goods and services by charging the cost to their phone bills and pre-pay accounts, from the Phone-paid Services Authority Limited (PSA).

Until this transition, Ofcom and the PSA worked together to oversee the PRS market with the PSA responsible for day-to-day regulation, and Ofcom maintaining oversight for making sure the sector is effectively regulated. The handover follows a period during which we have worked with the PSA to ensure a smooth transition of regulatory responsibilities.

Ofcom's adoption of these responsibilities streamlines the regulation of these services, bringing them under one roof and driving cost efficiencies by reducing the number of

# Ofcom's regulatory principles

## When we regulate

Ofcom will operate with a bias against intervention, but with a willingness to intervene promptly and effectively when required.

Ofcom will intervene where there is a specific statutory duty to work towards a goal that markets alone cannot achieve.

## How we regulate

Ofcom will always seek the least intrusive regulatory methods of achieving its objectives.

Ofcom will strive to ensure that interventions are evidence-based, proportionate, consistent, accountable, and transparent in both deliberation and outcome.

Ofcom will regulate with a clearly-articulated and publicly-reviewed annual plan, with stated objectives.

## How we evidence regulation

Ofcom will research markets consistently and aim to remain at the forefront of technological understanding.

Ofcom will consult widely with all relevant stakeholders and assess the impact of regulatory action before imposing regulation on a market.

## Better regulation

We believe 'better regulation' means ensuring rules are properly targeted; do not impose undue burdens on businesses; and do not cause unnecessary barriers to innovation, investment and the development of choice or competition in the market.

During the past year we have made several significant regulatory decisions, and the volume of documents we publish has increased – primarily because of the new online safety regime. Table 1 below provides an overview of how the regulatory burden on our regulated sectors changed because of Ofcom's decisions

**Table 1**: Impact of our statements on the regulatory burden to stakeholders: 2024/25

| Of the 57 Major Statements delivered in the year: | Number | Percentage |
|---|---|---|
| Increased/new regulation | 7 | 12% |
| Mixed/no change/ongoing | 48 | 84% |
| Reduced regulation | 2 | 4% |
| Streamlined/co-regulatory | 0 | 0% |

An overview of the main decisions and statements that we have made during the year can be found in Annex 1.

## Consultations

Public consultations allow people and organisations to respond to our proposals before we make any final decisions. If the period for consultation is too short, some of those with important views might not have enough time to prepare their responses. If it is too long, the market concerned might have changed dramatically. When we decide how long a consultation should last, we need to strike the right balance between these two considerations. Included in Figure 2 is an analysis of the length of our consultations by sector.

**Table 2**: Analysis of consultation duration: 2024/25

| Sector | Consultation period | |
|---|---|---|
| | Min. 10 weeks | Max. 10 weeks |
| Telecoms | 3 | 1 |
| Broadcasting | 1 | 13 |
| Spectrum | 7 | 8 |
| Post | 1 | 0 |
| Electronic Communications Code | 0 | 23 |
| Online Safety | 6 | 1 |
| Other | 2 | 3 |
| **Total** | **20** | **48** |
| **2024/25** | **29%** | **71%** |
| | (In 2023/24, 25%) | (In 2023/24, 75%) |

## Timeliness of decision making

We analyse how long it takes us to publish a decision following the close of a consultation (see Table 2). In 2024/25, 100% of our decisions were announced within thirteen weeks of closing a consultation.

## Impact assessments

Impact assessments are an important part of the decision-making process. We use these assessments to help us understand and assess the potential impact of our policy decisions before we make them. They also help us explain the policy decisions we have decided to take, and our commitment to them is emphasised in our **impact assessment guidance**.

The guidance recognises the importance of qualitative impacts in assessing our decisions. Our impact assessments have contained clear summaries of the likely impacts of a proposal and direct the reader to the specific sections of the consultation which contains further analysis.

The table below provides a summary of the impact assessments we carried out during the year. The full list is published in Annex 1.

In 2024/25, 94% (2023/24: 75%) of consultations incorporated an impact assessment, explicitly referenced in a specific section or annex of the consultation document. In some circumstances it might not be necessary or appropriate to conduct an impact assessment, or it might be implicit within the consultation. We will continue to ensure that impact assessments are carried out and properly presented in all relevant cases.

**Table 3**: Analysis of impact assessments (IA) carried out

|  | Number of consultation documents | Number with IA explicit in published document |
|---|---|---|
| Telecoms | 4 | 4 |
| Broadcasting | 14 | 12 |
| Spectrum | 15 | 14 |
| Post | 1 | 1 |
| Electronic Communication Code | 23 | 23 |
| Online Safety | 7 | 7 |
| Other | 4 | 3 |
| **Total** | **68** | **64** |

## Equality impact assessments

We also have statutory obligations to consider the impact on specific groups of persons as part of our decision-making processes. These include our public sector equality duties under section 149 of the Equality Act 2010.

Our impact assessment guidance explains that we will generally carry out equality impact assessments (EIAs) in relation to new or amended policies and processes. This helps us to ensure our decisions are fair by design and deliver proportionate outcomes for diverse groups. Most of our consultations contain an EIA summarising any potential positive or adverse impacts we have identified, as well as how we intend to mitigate any potential adverse effects.

To help ensure we consider potential impacts on under-represented or disadvantaged groups and communities, we are continuing to review our datasets and identify where we might need additional research to explore, and where possible improve on the experiences of particular groups. We strive to make our consultation process as open and inclusive as possible, so that we obtain a broad range of views and different groups have the opportunity to share their thoughts before we make any changes.[3]



[3] We also provide updates on diversity and inclusion in our regulatory work in our progress updates

## Online safety research

To deliver our online safety duties we have invested in a comprehensive and multidisciplinary programme of research, providing the evidence base that underpins our regulation. This year we have developed our capabilities to facilitate in-house online safety research. Ofcom has various teams responsible for research and data activity in different areas, as follows:

- Our Research & Intelligence team leads on understanding user experiences and attitudes through quantitative and qualitative research. In 2024/25 the team grew our capabilities for conducting internal online safety research, developing new research tools to understand children's experiences, such as our Children's Agile Research Solution and our Children's Passive Online Measurement study, the findings of which will become available later in 2025.

- Our Behavioural Insights team houses our behavioural economics and psychology expertise. In 2024/25 the team used randomised control trials (RCTs) to conduct research into user interactions with terms and conditions, as well as investigated the user support materials available to children.

- Our Media Literacy research team continues to publish annual reports on adults' and children's media literacy, as well as additional deep dive analysis on relevant topics such as proposed online safety measures.

- Our Economics & Analytics team helps us to understand the characteristics of online businesses and the incentives that encourage teams to behave in certain ways. Alongside evaluating the impact of services' safety measures, they have supported the development of analytics tools to capture insights on the services in scope of the Online Safety Act.

- Our Online Safety Technology and Technology Policy teams provide technical expertise in assessing current and emerging technologies used by online services. This year they have conducted research into impacts of generative AI, deep fake technologies and automated content classifiers.

A list of the research we carry out during the year is available in Annex 1.

## Media literacy

Ofcom defines media literacy as the ability to use, understand and create media and communications across multiple formats and services. Media literacy therefore has a foundational role to play in our overall mission, and our priorities for people in the UK to access media they trust and value and to live a safer life online.

The Online Safety Act 2023 (OSA) has clarified and added specificity to our media literacy duties in the 2003 Communications Act, including[4]:

**Building awareness**

- Ofcom is to heighten public awareness and understanding of how people can protect themselves and others online.

- Ofcom is to focus on groups disproportionately affected by harm, including women and girls, and help users understand and reduce exposure to mis- and disinformation.

- Ofcom has discretion on how to meet these duties (for example, pursuing activities and initiatives, or commissioning or taking steps to encourage others to do so) and how to prioritise different objectives.

[4] Section 166 of the Online Safety Act 2023.

## Encouraging technology and systems

- Ofcom is to encourage the development and use of technologies and systems so that users of regulated services can protect themselves and others online (such as providing context to content).

- Ofcom is to signpost users to resources, tools or information that can raise awareness about how to use regulated services to mitigate harms.

## Media literacy 3-year strategy

In October 2024 we published our media literacy 3-year strategy and an action plan identifying activities to be delivered in the first year of  our new strategy. Our action plan for 2025/26 will be published in the autumn and will contain a review of our activities in the first year.

**Mission**

"The ability to use, understand and create media and communications across multiple formats and services."

**Why**

| We live a safer life online. | Media we trust and value. |
| --- | --- |

**What's our role**

Reflecting the need to make media literacy everyone's business, Ofcom will act as a convenor-catalyst working with key stakeholders to drive evidenced-based best practice and amplify outcomes.

**How we play it**

| Research, evidence and evaluation | Encouraging platforms | People and partnerships |
| --- | --- | --- |
| - Continuous **enhancement of our research base** to guide strategy and policy development for Ofcom and other stakeholders.<br><br>- **Amplifying voices** of a range of groups within society.<br><br>- **Encouraging evaluation** across the sector and sharing lessons learnt. | - Working with platforms to **enable user media literacy 'on-platform'** through promotion of best practices.<br><br>- Ensuring platforms **embed robust evaluation tools** to measure efficacy of media literacy interventions.<br><br>- Working with platforms on **funding of effective media literacy** programmes. | - Engage with a range of stakeholders to promote **'media literacy' as everyone's business**.<br><br>- Commission **targeted interventions** in the cohorts where need is greatest.<br><br>- Expand **training support** through partner organisations.<br><br>- Continue to build on **digital inclusion**. |

**Where we focus**

| Skills to safely flourish online | .Online harms against women and girls. | Mis- and disinformation. |
| --- | --- | --- |

# Financial Review

While Ofcom is directly accountable to Parliament, our funding comes from companies and organisations that operate in the sectors we regulate (see Figure 4).

Over the past decade, our overall fees have remained largely flat in cash terms, meaning that the real cost of our regulation has fallen significantly on a real-terms basis. We have continued to prioritise value for money and finding efficiencies in all our activities and operations. Except where we have received additional funding for new duties, Ofcom has maintained flat budgets since 2015/16, with only a one-off inflationary increase in 2020/21.

Our responsibilities include the collection and transfer of licence fees under the Wireless Telegraphy Act 2006 (WTA), geographic telephone numbers, additional payments from broadcasting licensees and the levying of fines and penalties on stakeholders. All of these are set out in the Section 400 accounts and do not form part of our annual accounts.

As a result, Ofcom is a net contributor to HM Treasury, collecting £613.7m of fees and penalties in 2024/25, of which £151.1m was retained to fund our spectrum management and other relevant duties. This includes funding for online safety regulation pending the forthcoming introduction of the industry fee system for that regime. The balance was passed to HM Treasury and the Consolidated Funds.

## Financial performance

Our budget increased from £187.6m in 2023/24 to £213.5m in 2024/25, an increase of £25.9m, reflecting additional funding for the new duties as shown in the table 4 below. The budget and spending cap for pre-existing duties remained the same as previous years at £131.9m, requiring efficiencies to be delivered to offset inflationary increases. In 2024/25, our cash outturn of £206.3m[5] was 3.4% lower than our spending cap and budget primarily driven by the timing of activities related to growth within Online Safety and new Media Act duties.

**Table 4:** Year-on-year funding breakdown

| Budget (£'m) | 2022/23 | 2023/24 | 2024/25 |
|---|---|---|---|
| Core duties | £131.9m | £131.9m | £131.9m |
| Online Safety | £41.6m | £47.0m | £66.0m |
| Telecom Security | £6.5m | £7.5m | £8.0m |
| Less Healthy Foods | £0.7m | £0.6m | £0.6m |
| DRCF & AI hub | – | £0.6m | £1.2m |
| Media Act | – | – | £4.8m |
| Premium Rate Services | – | – | £1.0m |
| **Total** | **£180.7m** | **£187.6m** | **£213.5m** |

[5] The current and prior year outturn in this section can be found in the reconciliation at the bottom of Note 2

### 2024/25 Cash outturn by key spend type (£m)



**Key**

| | |
|---|---|
| ■ | Staff: £139.4m |
| ■ | ICT: £22.4m |
| ■ | Estate: £17.0m |
| ■ | Research & professional services: £13.9m |
| ■ | Temp staff, training & recruitment: £5.7m |
| ■ | Travel & vehicles: £2.3m |
| ■ | Other: £5.6m |

Costs relating to Spectrum Clearance and Awards do not fall within Ofcom's spending cap and budget. Therefore, they are reported separately to differentiate them from Ofcom's core activities. Further detail on this is set out on page **64**.





## Operating income and expenditure

Operating income of £210.7m received in 2024/25 (2023/24: £189.0m) covers Ofcom's core responsibilities (excluding Spectrum Clearance and Awards). See note 3 to the accounts (page **160**) for a breakdown of income by the relevant regulated sector.

Two-thirds of the operating expenditure relates to staff costs, which increased by £11.3m. This was largely driven by the staffing increase relating to growth in our Online Safety duties and new duties for Media Act and day-to-day regulation of PRS. For our core duties, planned staff efficiencies offset pay inflation increases. See note 5 to the accounts (page **161**) for details of the total number of people employed at Ofcom and how it has changed between the years.

Other operating expenditure in 2024/25 (excluding spectrum clearance and awards) increased by £7.8m to £70.4m (2023/24 £62.6m). The main operating variances from the prior year are due to:

- Research costs increased by £2.5m relating to growth in our Online Safety duties and new duties under Media Act.

- ICT costs (including outsourced services) increased by £2.5m, largely relating to growth in our Online Safety duties and one-off upgrades to our network infrastructure.

- Other expenses increased by £1.3m, largely due to communications campaigns and stakeholder events as part of our Online Safety work.

- Professional fees increased by £1.1m due to higher external counsel and litigation costs.

- Temporary staff and recruitment costs increased by £0.5m, due to greater use of temporary resource to cover short-term resourcing needs in Online Safety.

- Travel and Subsistence costs increased by £0.2m relating to growth in our Online Safety duties.



## Surplus/deficit for financial year

### Over/under recovery of costs

The operating revenue required by Ofcom to fulfil our duties and deliver our programme of work for any financial year is calculated based on Ofcom's statement of charging principles. This approach specifies the actual funds that need to be collected to discharge cash liabilities during the year. Any surplus funds arising from budgetary savings achieved during the financial year are returned to stakeholders through a reduction in the annual tariffs raised in the two following financial years, or offset against future WTA receipts retained.

Note 2 of the accounts within Section C of the Annual Report reconciles the total operating expenditure by regulated sector, as presented in the Statement of Comprehensive Income and Expenditure to Ofcom's final operating costs outturn.

The deferred income for the financial year is set out in Note 2 to the accounts and totals £14.2m (2023/24 £3.3m).

### Accounting surplus or deficit

Ofcom receives income from stakeholders and WTA receipts to cover the cash costs of providing those services net of non-operating income. These costs include purchase of non-current assets. The accounting surplus after tax for the year, recorded in the Statement of Income and Expenditure, reflects a £1.6m surplus (2023/24: £1.1m deficit). In the current year, the  income received to cover the cash costs of capital items was greater than non-cash costs of the assets including depreciation and amortisation, resulting in a small surplus.

## Spectrum Clearance and Awards Programme

The clearance programme delivered changes required to the infrastructure which were necessary to clear spectrum bands, fully funded by Grant-in-Aid (GIA), from DCMS up to 2022/23, and DSIT from 2023/24. The 700 MHz band was part of the 2021 Spectrum auction that concluded with the mobile network operators using the airwaves to boost existing services and support the 5G networks.

In 2024/25 we incurred £0.3m (2023/24: £1.2m) of costs to finalise the decommissioning work of the temporary mast at Emley Moor, concluding the 700 MHz clearance programme.

All costs relating to Spectrum Clearance and Awards are reported in the financial statements but sit outside our spending cap.

## Additional funds collected on behalf of HM Treasury

Under Section 400 of the Communications Act 2003, Ofcom is required to collect fees and payments. We prepare a separate set of financial statements for these transactions. The Digital Economy Act 2017 introduced legislative amendments which permit Ofcom to retain sums received in connection with its functions under the WTA. Ofcom may retain such sums to fund its general spectrum management functions, as well as to meet the costs of undertaking its other functions for which it cannot levy fees and charges.

The remaining revenue collected is passed to the UK Consolidated Fund at HM Treasury, the Department of Finance (Northern Ireland) and to the Treasuries of the Isle of Man, the Bailiwick of Jersey and the Bailiwick of Guernsey under Statutory Instrument 1991, Numbers 998, 1710 and 1709 respectively, directly or via the Department for Science, Innovation & Technology (DSIT) as Ofcom's sponsoring body.

The fees, payments and penalties are reported, with further details provided, within these financial statements in Note 24 to the accounts. During the 2024/25 financial year, Ofcom collected £613.7m (2023/24: £518.5m) on behalf of HM Treasury. Further details can be found in the S400 Accounts. Ofcom retained £151.1m (2023/24: £126.7m) to fund some of Ofcom's core responsibilities, including Spectrum Management and preparatory work for Online Safety. A total of £456.9m was transferred to

**Additional funds collected on behalf of HM Treasury – breakdown by type of receipt and payment**



WTA Payments including bank interest of £0.4m
**£440.7m**

Government Fees
**£138.6m**

Financial Penalties
**£32.9m**

Additional payments
**£0.04m**

Geographical Numbering
**£1.4m**

**Ofcom**
Total receipts
**£613.7m**

WTA Retention
**£151m**

Department for Science, Innovation and Technology
**£422.4m**

UK Consolidated Fund
**£33.4m**

NI Consolidated Fund
**£1m**

Channel Island Treasuries
**£0.06m**

## Pensions

Ofcom provides pension benefits through a defined contribution pension allowance available to all colleagues. The allowance may be used to contribute to the Ofcom defined contribution stakeholder pension plan. Colleagues who joined from legacy regulators when Ofcom was established were entitled to retain membership of one of two defined benefit (DB) pension plans. Both plans are closed to new entrants and benefits accruals ceased on 31 May 2011. From this time, all existing members were provided with access to the Ofcom defined contribution plan. Notes 1(k) and 20 to the accounts provide further detail on this.

The actuarial valuations for both DB schemes, as at the last formal valuation date of 31 March 2024, completed every three years, highlighted a combined funding deficit of £0.4m. The Ofcom Defined Benefit Pension Plan actuarial valuation shows a deficit of £0.4m. The formal valuation dated 31 March 2024 was completed in March 2025. The Ofcom (Former ITC) pension plan valuation liabilities have all been bought in and therefore there is no surplus or deficit.

The defined funded pension scheme surplus of £13.4m and other balance sheet amounts in the accounts are prepared under International Accounting Standard 19 (IAS19). This is an accounting, rather than actuarial valuation and is prepared on a different basis. A key difference is that the liabilities are discounted in line with the yields on high-quality bonds which, under current market conditions, differ significantly from the approach used for determining Ofcom's contributions. This also reflects the significant movements in financial markets since the date of the actuarial valuations in March 2024.

Ofcom makes cash payments to the Ofcom Defined Benefit Plan and the Ofcom (Former ITC) pension plan on the basis of the actuarial valuations. Cash payments, rather than the amount charged to operating surplus as calculated under IAS19, are included in operating expenditure outturn used to calculate the tariffs charged to stakeholders each year.

As a consequence of the risk mitigation work between Ofcom and the Trustees and Actuaries of both pension plans, approximately 80% of the plans' liabilities are backed by annuities. As part of the ongoing activity to manage and mitigate risks of the plans, further insurance-backed benefit buy-ins in respect of pensioner members will be considered in the future. A buy-in refers to an insurance policy purchased in the name of the Trustee and held as an asset in the scheme. Ofcom will continue to manage the administration and ongoing payments to members. Additionally, Ofcom determines which liabilities and benefits should be included in the buy-in.

## Tariffs

Ofcom published its 2024/25 Tariff Tables on 26 March 2024. Ofcom's core budget remains at the same level as the previous financial year. The overall spending cap was increased by £25.9m to incorporate preparatory work for our new regulatory duties as outlined under the financial performance section on page **60**. These activities were funded by the retention of Wireless Telegraphy Act (WTA) receipts not impacting the stakeholder fees. Further details can be found in the 2024/25 Tariff Tables on our website.

As shown in Figure A below, except for costs associated with our new responsibilities and the telecoms sector, the overall tariffs for each regulatory sector are broadly in line with the three-year average.

**Figure A**: Three year funding trend



**Key**

- Spectrum
- Online safety
- Telecoms
- TV
- BBC regulation
- TSA
- VSP
- Post
- Non-sector specific (WTA Funded)
- Radio

The difference between the budget and funding requirement in each financial year in the chart above, represent prior year adjustments which are incorporated in our fees.

# Corporate Responsibility

## Ofcom's commitment to corporate responsibility

We are stronger as an organisation when we are connected to the communities in which we work, and we strive to reduce the environmental impact of our operations.

- We wish to play our part in reducing the UK's overall carbon emissions and we adopt and promote sustainable practices wherever we can.

- We have built close links with various schools and institutions to explain the work we do and the opportunities we offer. We run highly sought-after work experience, apprenticeship and internship schemes, as well as an established graduate recruitment programme.

- We support our colleagues in making a difference to local communities, particularly in the cities where we have our main offices – Belfast, Cardiff, Edinburgh, London and Manchester.

## Environmental policy

Our Environmental Management System is ISO 14001-accredited, ensuring a structured approach to improving environmental performance. We actively manage our carbon footprint, enhance energy efficiency and minimise waste across our offices. Through responsible procurement and sustainable practices, we ensure compliance with relevant regulations.



## Schools and institutions

We offer regular work experience placements at Ofcom, as well as carrying out school outreach work with a specialist social mobility partner, Visionpath. This helps us to identify, coach and support young people in taking the first step in their career, including applying for our apprenticeship programmes.

In April 2024, we supported ten students from lower-income households to take part in EY Foundation's Tech Futures paid work-experience programme, which gives young people the opportunities, experiences and support to help them begin careers in our industry. In summer 2024 our Economics team ran a work experience programme in London and Edinburgh, providing eight students from socially diverse communities with the opportunity to learn more about the Economics profession at Ofcom. The Economics team also hosted two A-level insight days in London for more than 70 students from three schools in socially-diverse communities. Five other students took part in a day of work-shadowing an Economics colleague.

In 2024, we renewed our partnerships with Evenbreak, a not-for-profit disability job board and career support service run by disabled people; Job Oppo, a veterans employment community in the UK; and ReciteMe, a supplier of provide cloud-based assistive technology that helps make websites more inclusive for people with disabilities, language barriers and situational challenges. We also continued partnerships with the Growth Company, and Tech Vets, a not-for-profit programme designed to help UK veterans, service leavers, reservists and their families transition into tech careers. We have introduced a new job board, Diversity Jobs Group, which advertises its roles on ten different platforms to support diverse shortlists in our hiring process.

In September 2024, we were awarded Bronze status with the Defence Employer Recognition Scheme (ERS). The ERS recognises commitment and support from UK employers for defence personnel. The scheme comprises bronze, silver and gold awards for employers who support those who serve or have served in the Armed Forces, and their families.

We have an ongoing programme to increase gender and ethnic diversity in our science, technology, engineering and mathematics roles. We hosted a Women in Tech event with BT, VMO2 and Vodafone in support of the Women in Tech pledge.



## Graduates

Ofcom recruited 26 new graduates for our annual intake onto the graduate programme. Working with specialist recruitment and assessment partners enabled us to recruit high-calibre graduates from diverse backgrounds across our programme pathways – including policy, economics, data and analytics, finance, data science and spectrum engineering. While on the two-year programme, graduates can develop a broad range of technical and behavioural skills in their chosen area, building on their existing knowledge, skills and experience.

## Apprenticeships

We continued our partnership with Visionpath to deliver an apprenticeship programme targeted at recruiting socially-disadvantaged school leavers. After several months of schools outreach, skills bootcamps and mentoring, in April 2024 we conducted an assessment with the aim of filling five policy apprenticeship roles. The selected students joined Ofcom in September 2024, enrolling onto Kent University's Policy Officer Level 4 apprenticeship, alongside their role in teams across Strategy and Research, Online Safety, Broadcasting and Media and Spectrum Groups.

In October, we launched the programme for the fourth year, with outreach in around 20 schools. Here we engaged with more than 200 students from lower socioeconomic backgrounds. As part of this programme, we delivered two-day skills bootcamps to build workplace skills and help our candidates identify and harness their strengths. Each candidate had a mentor at Ofcom for three months to help them make informed choices about their career. From this programme we are aiming to recruit 11 apprentices onto pathways including policy, economics, spectrum assurance, compliance and facilities. They will join us in September 2025.

As well as school leaver apprentices, we currently have more than 30 existing colleagues enrolled onto apprenticeships to gain additional skills such as professional qualifications from the Chartered Institute of Management Accountants, the Chartered Institute of Personnel and Development and Senior Leaders MBA.



## Internships

In 2024 we were proud to take part in the 10,000 Black Interns programme for the third year, alongside the 10,000 Able Interns programme in its inaugural year. These initiatives seek to offer internships to black and disabled university students and graduates. We offered 26 students from these programmes an eight-week paid summer internship at Ofcom, as well as an additional three internships in Economics. During the programme, interns have the opportunity to work on a range of projects across Ofcom, as well as undertake further learning and development activities. Interns are encouraged and supported to apply for any internal vacancies, including in our graduate programme, with four of our September 2024 intake of graduates having previously been on an internship with us.

## Volunteering

We support our colleagues in giving back to the community. Our volunteering leave can be used flexibly to enable colleagues to offer their services in a variety of ways, including working as magistrates, supporting young people in academic settings, and community volunteering.

## Modern slavery

Ofcom continually reviews its policies and practices to tackle the serious issue of modern slavery. We assess our contracts to identify risks and, if any are found, we will work with our suppliers to monitor and manage them effectively. We publish an annual modern slavery statement to demonstrate how we deliver against these commitments.



# Sustainability report

**In line with the Greening Government Commitments 2021–2025 (GGC), Ofcom is committed to reducing the impact of our operations on the environment.**

Ofcom recognises the importance of climate-related risks and opportunities, and we are committed to transparently disclosing how climate considerations are integrated into our governance processes. HM Treasury has introduced a three-year phased plan from 2023/24, for public bodies that fall within the scope of the Greening Government Commitments, to align sustainability reporting with the Task Force on Climate-related Financial Disclosures (TCFD) criteria. We have reported on climate-related financial disclosures consistent with HM Treasury's TCFD-aligned disclosure application guidance, which interprets and adapts the framework for the UK public sector.

We have complied with all recommended disclosures around:

- Governance.

- Risk Management.

- Metrics and Targets.

This is in line with the central government's TCFD-aligned disclosure implementation timetable. We plan to make disclosures for Strategy in future reporting periods in line with the central government implementation timetable.

**Phased implementation with mandatory requirements (on comply or explain basis)**



**Phase 1** (2023–24)

**Governance** pillar

Recommended disclosures on Board's Oversight and Management's Role.

TCFD Compliance Statement

With linkage to the existing emission reporting frameworks.

**Phase 2** (2024–25)

**Risk Management** and **Metrics and Targets** pillars

Expands climate-related information (e.g. assets at risk) where principal risk.

Builds on existing risk, performance and sustainability reporting requirements.

**Phase 3** (2025–26)

**Strategy** pillar

Where climate is a principal risk (or significant component of principal risk).

On climate risks/ opportunities and their impact on the organisation's operations, its strategy, and financial planning.

Requires climate scenario analysis - requirements dependent on organisation.

## Climate-related risk management

Ofcom operates an ISO 14001-accredited Environmental Management System (EMS) to manage its environmental impacts and ensure compliance with relevant regulations, including the TCFD requirements.

Climate-related risks are considered as part of Ofcom's enterprise risk-management framework, with regular assessments to determine their materiality. Given the nature of Ofcom's regulatory functions and operations, these risks are not currently classified as principal risks. However, Ofcom continues to monitor climate-related risks and integrates relevant considerations into its governance and operational processes.

As part of our business planning process, we consider risks and opportunities relating to climate and sustainability and reflect them in our plan of work. When considering risks to Ofcom strategy, we will set out whether, or to what extent, there are climate-related or sustainability-related risks.

## Governance

The responsibility for climate and sustainability considerations is performed by the Health, Safety and Environmental Committee (HSEC) and Operations Board. The HSEC and Operations Board reviews Ofcom's environmental performance. On behalf of the Board, the Risk and Audit Committee, with input from the HSEC, considers and approves the environmental targets and monitors progress towards them.

We have adopted the Greening Government Commitments (GGC), which have challenging sustainability targets. In 2024/25 our overall $CO_2$ emissions had fallen by 34% compared to the 2017/18 baseline, despite an increase in headcount of 81% driven by additional regulatory duties over the same period. Most of this increase was not foreseeable when we originally adopted the targets. Although we have not met the 58% target for overall emissions, $CO_2$ emissions per full-time-equivalent (FTE) staff member, on a like-for-like basis, have fallen by 60% compared to 2017/18 baseline.

**Table 5:** Change in FTE and carbon emissions

| Ofcom | 2017/18 | 2024/25 | % change |
|---|---|---|---|
| $tCO_2e$ | 1,728 | 1,248 | (34%) |
| FTE | 893 | 1,632 | 81% |
| $tCO_2e$ per FTE | 1.93 | 0.77 | (60%) |

## Reporting on sustainability in the future

Sustainability is central to how we operate. We have continually reduced the carbon footprint of activities that have the most significant impact on the environment, through measures including energy-efficient operations, ultra-low emission vehicles, promoting digital working methods and sending zero waste to landfills.

We operate a formally-accredited environmental policy, which helps us to take a more systematic approach to improving our environmental performance, calculating our environmental footprint and looking for opportunities to improve. This includes:

- Following the agreed Environmental Policy, demonstrating our commitment to improving Ofcom's environmental performance.

- Following a 'Plan-Do-Check-Act' cycle, which is at the heart of all ISO management system standards, to improve all our systems, procedures and processes.

- Identifying the environmental aspects of our activities which we can control and influence, as well as their potential impacts on the environment.

- Determining relevant legislation and requirements. By working within this framework, we assess the things that work well, while refining those that do not.

- Establishing measurable objectives and targets consistent with the objectives of our policy.

- Determining clear planning actions to meet our objectives and ensure that we are compliant with all our obligations.

- Empowering colleagues to contribute to Ofcom's progress on our carbon impact, and hold the organisation to account, via our Green Champions programme.

*Melanie Dawes*

**Dame Melanie Dawes DCB**
Chief Executive and Accounting Officer

1 July 2025



Our progress against the 2024/25 targets is shown below. We are pleased to report that our carbon emissions from estate energy use and fuel (scope 1 & 2) reduced by 68%, meeting our target for the year. Our full sustainability data is included in Annex 6 to this report.

| | | Target | 2024/25 progress |
|---|---|---|---|
| **Mitigating climate change: working towards net zero by 2050** | **Headline target:** Overall Emission Reduction Target | 58% | **34%** |
| | **Headline target**: Direct Emission Reduction Target (scope 1 only) | 33% | **68%** |
| | **Sub-target**: Government car fleet to be ultra-low emission vehicles (ULEV) by 31 December 2022 | 25% | **7%** |
| | **Sub-target**: Government car and van fleet to be fully zero emissions at the tailpipe by 31 December 2027. | 100% | It is not currently feasible for Ofcom to have a fully zero emissions at the tailpipe fleet. |
| | **Sub-target**: Reduce the emissions from domestic business flights | 30% | **11%** |
| | **Sub-target**: Report the distance travelled by international business flights | | This is reported through the Annex 6 to this report. |
| **Minimising waste and promoting resource efficiency (across all Ofcom locations)** | **Headline target:** Reduce the overall amount of waste generated | 15% | **37%** |
| | **Sub-target:** Reduce the amount of waste going to landfill to less than 5% of overall waste | 5% | **100%** |
| | **Sub-target**: Increase the proportion of waste which is recycled to at least 70% of overall waste | 70% | **57%** |
| | **Sub-target**: Remove consumer single use plastic (CSUP) | | **34%** Ofcom has removed all single use coffee cups and cutlery and replaced with reusable mugs and cutlery. |
| | **Sub-target**: Measure and report on food waste by 2022, for estates with over 50 FTE and or over 500m2 floor area offering a food service | | This is reported through the Annex 6 to this report. |
| | **Sub-target**: Reduce government's paper use by at least | 50% | **98%** |
| **Reducing our water use (across all Ofcom locations)** | **Headline target**: Reduce water consumption | 8% | **37%** |
| | **Sub-target**: Ensure all water consumption is measured | | It is only possible to measure Ofcom water usage at the sites that are not landlord operated. |