**EXHIBIT 8**

*Changes to legislation:* There are currently no known outstanding
effects for the Online Safety Act 2023. (See end of Document for details)



# Online Safety Act 2023

## CHAPTER 50

## ONLINE SAFETY ACT 2023

### PART 1

INTRODUCTION

1    Introduction
2    Overview of Act

### PART 2

KEY DEFINITIONS

3    "User-to-user service" and "search service"
4    "Regulated service", "Part 3 service" etc
5    Disapplication of Act to certain parts of services

### PART 3

PROVIDERS OF REGULATED USER-TO-USER SERVICES
AND REGULATED SEARCH SERVICES: DUTIES OF CARE

#### CHAPTER 1

INTRODUCTION

6    Overview of Part 3

#### CHAPTER 2

PROVIDERS OF USER-TO-USER SERVICES: DUTIES OF CARE

ii

*Online Safety Act 2023 (c. 50)*
*Document Generated: 2025-10-14*

***Changes to legislation:*** *There are currently no known outstanding*
*effects for the Online Safety Act 2023. (See end of Document for details)*

*User-to-user services: which duties apply, and scope of duties*

7    Providers of user-to-user services: duties of care
8    Scope of duties of care

*Illegal content duties for user-to-user services*

9    Illegal content risk assessment duties
10   Safety duties about illegal content

*User-to-user services likely to be accessed by children*

11   Children's risk assessment duties
12   Safety duties protecting children
13   Safety duties protecting children: interpretation

*Category 1 services*

14   Assessment duties: user empowerment
15   User empowerment duties
16   User empowerment duties: interpretation
17   Duties to protect content of democratic importance
18   Duties to protect news publisher content
19   Duties to protect journalistic content

*Duties about content reporting and complaints procedures*

20   Duty about content reporting
21   Duties about complaints procedures

*Cross-cutting duties*

22   Duties about freedom of expression and privacy
23   Record-keeping and review duties

## CHAPTER 3

### PROVIDERS OF SEARCH SERVICES: DUTIES OF CARE

*Search services: which duties apply, and scope of duties*

24   Providers of search services: duties of care
25   Scope of duties of care

*Illegal content duties for search services*

26   Illegal content risk assessment duties
27   Safety duties about illegal content

*Search services likely to be accessed by children*

28   Children's risk assessment duties
29   Safety duties protecting children
30   Safety duties protecting children: interpretation

*Duties about content reporting and complaints procedures*

31   Duty about content reporting

***Changes to legislation:*** *There are currently no known outstanding*
*effects for the Online Safety Act 2023. (See end of Document for details)*

32    Duties about complaints procedures

*Cross-cutting duties*

33    Duties about freedom of expression and privacy
34    Record-keeping and review duties

## CHAPTER 4

### CHILDREN'S ACCESS ASSESSMENTS

35    Children's access assessments
36    Duties about children's access assessments
37    Meaning of "likely to be accessed by children"

## CHAPTER 5

### DUTIES ABOUT FRAUDULENT ADVERTISING

38    Duties about fraudulent advertising: Category 1 services
39    Duties about fraudulent advertising: Category 2A services
40    Fraud etc offences

## CHAPTER 6

### CODES OF PRACTICE AND GUIDANCE

*Codes of practice*

41    Codes of practice about duties
42    Codes of practice: principles, objectives, content
43    Procedure for issuing codes of practice
44    Secretary of State's powers of direction
45    Procedure for issuing codes of practice following direction under
      section 44
46    Publication of codes of practice
47    Review of codes of practice
48    Minor amendments of codes of practice
49    Relationship between duties and codes of practice
50    Effects of codes of practice
51    Duties and the first codes of practice

*Guidance*

52    OFCOM's guidance about certain duties in Part 3
53    OFCOM's guidance: content that is harmful to children and user
      empowerment
54    OFCOM's guidance about protecting women and girls

*Online Safety Act 2023 (c. 50)*
*Document Generated: 2025-10-14*
*Changes to legislation:* There are currently no known outstanding
effects for the Online Safety Act 2023. (See end of Document for details)

# CHAPTER 7

## INTERPRETATION OF PART 3

55  "Regulated user-generated content", "user-generated content", "news publisher content"
56  "Recognised news publisher"
57  "Search content", "search results" etc
58  Restricting users' access to content
59  "Illegal content" etc
60  "Content that is harmful to children"
61  "Primary priority content that is harmful to children"
62  "Priority content that is harmful to children"
63  Content harmful to children: OFCOM's review and report

# PART 4

## OTHER DUTIES OF PROVIDERS OF REGULATED USER-TO-USER SERVICES AND REGULATED SEARCH SERVICES

# CHAPTER 1

## USER IDENTITY VERIFICATION

64  User identity verification
65  OFCOM's guidance about user identity verification

# CHAPTER 2

## REPORTING CHILD SEXUAL EXPLOITATION AND ABUSE CONTENT

66  Requirement to report CSEA content to the NCA
67  Regulations about reports to the NCA
68  NCA: information sharing
69  Offence in relation to CSEA reporting
70  Interpretation of this Chapter

# CHAPTER 3

## TERMS OF SERVICE: TRANSPARENCY, ACCOUNTABILITY AND FREEDOM OF EXPRESSION

71  Duty not to act against users except in accordance with terms of service
72  Further duties about terms of service
73  OFCOM's guidance about duties set out in sections 71 and 72
74  Interpretation of this Chapter

# CHAPTER 4

## DECEASED CHILD USERS

75  Disclosure of information about use of service by deceased child users
76  OFCOM's guidance about duties set out in section 75

*Online Safety Act 2023 (c. 50)*
*Document Generated: 2025-10-14*
v
**Changes to legislation:** *There are currently no known outstanding*
*effects for the Online Safety Act 2023. (See end of Document for details)*

# CHAPTER 5

## Transparency reporting

77    Transparency reports about certain Part 3 services
78    OFCOM's guidance about transparency reports

# PART 5

## Duties of providers of regulated services: certain pornographic content

79    "Provider pornographic content" and "regulated provider pornographic content"
80    Scope of duties about regulated provider pornographic content
81    Duties about regulated provider pornographic content
82    OFCOM's guidance about duties set out in section 81

# PART 6

## Duties of providers of regulated services: fees

83    Duty to notify OFCOM
84    Duty to pay fees
85    Regulations by OFCOM about qualifying worldwide revenue etc
86    Threshold figure
87    Secretary of State's guidance about fees
88    OFCOM's fees statements
89    Recovery of OFCOM's initial costs
90    Meaning of "charging year" and "initial charging year"

# PART 7

## OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

# CHAPTER 1

## General duties

91    General duties of OFCOM under section 3 of the Communications Act
92    Duties in relation to strategic priorities
93    Duty to carry out impact assessments

# CHAPTER 2

## Register of categories of regulated user-to-user services and regulated search services

94    Meaning of threshold conditions etc
95    Register of categories of certain Part 3 services
96    Duty to maintain register
97    List of emerging Category 1 services

vi

*Online Safety Act 2023 (c. 50)*
*Document Generated: 2025-10-14*

***Changes to legislation:*** *There are currently no known outstanding*
*effects for the Online Safety Act 2023. (See end of Document for details)*

# CHAPTER 3

## RISK ASSESSMENTS OF REGULATED USER-TO-USER SERVICES AND REGULATED SEARCH SERVICES

98    OFCOM's register of risks, and risk profiles, of Part 3 services
99    OFCOM's guidance about risk assessments

# CHAPTER 4

## INFORMATION

### *Information powers and information notices*

100   Power to require information
101   Information in connection with an investigation into the death of a child
102   Information notices
103   Requirement to name a senior manager

### *Skilled persons' reports*

104   Reports by skilled persons

### *Investigations and interviews*

105   Investigations
106   Power to require interviews

### *Powers of entry, inspection and audit*

107   Powers of entry, inspection and audit
108   Amendment of Criminal Justice and Police Act 2001

### *Information offences and penalties*

109   Offences in connection with information notices
110   Senior managers' liability: information offences
111   Offences in connection with notices under Schedule 12
112   Other information offences
113   Penalties for information offences

### *Disclosure of information*

114   Co-operation and disclosure of information: overseas regulators
115   Disclosure of information
116   Intelligence service information
117   Provision of information to the Secretary of State
118   Amendment of Enterprise Act 2002
119   Information for users of regulated services
120   Admissibility of statements

*Online Safety Act 2023 (c. 50)*
*Document Generated: 2025-10-14*                                                              vii
***Changes to legislation:*** *There are currently no known outstanding*
*effects for the Online Safety Act 2023. (See end of Document for details)*

# CHAPTER 5

REGULATED USER-TO-USER SERVICES AND REGULATED SEARCH SERVICES:
NOTICES TO DEAL WITH TERRORISM CONTENT AND CSEA CONTENT

121    Notices to deal with terrorism content or CSEA content (or both)
122    Requirement to obtain skilled person's report
123    Warning notices
124    Matters relevant to a decision to give a notice under section 121(1)
125    Notices under section 121(1): supplementary
126    Review and further notice under section 121(1)
127    OFCOM's guidance about functions under this Chapter
128    OFCOM's annual report
129    Interpretation of this Chapter

# CHAPTER 6

ENFORCEMENT POWERS

*Provisional notices and confirmation decisions*

130    Provisional notice of contravention
131    Requirements enforceable by OFCOM against providers of regulated
       services
132    Confirmation decisions
133    Confirmation decisions: requirements to take steps
134    Confirmation decisions: risk assessments
135    Confirmation decisions: children's access assessments
136    Confirmation decisions: proactive technology
137    Confirmation decisions: penalties
138    Confirmation decisions: offences

*Penalty notices etc*

139    Penalty for failure to comply with confirmation decision
140    Penalty for failure to comply with notice under section 121(1)
141    Non-payment of fee
142    Information to be included in notices under sections 140 and 141

*Amount of penalties etc*

143    Amount of penalties etc

*Business disruption measures*

144    Service restriction orders
145    Interim service restriction orders
146    Access restriction orders
147    Interim access restriction orders
148    Interaction with other action by OFCOM

*Publication of enforcement action*

149    Publication by OFCOM of details of enforcement action
150    Publication by providers of details of enforcement action

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 9 of 147

viii                                                                    *Online Safety Act 2023 (c. 50)*
                                                                       *Document Generated: 2025-10-14*

*Changes to legislation: There are currently no known outstanding
effects for the Online Safety Act 2023. (See end of Document for details)*

*Guidance*

151    OFCOM's guidance about enforcement action

## CHAPTER 7

### COMMITTEES, RESEARCH AND REPORTS

152    Advisory committee on disinformation and misinformation
153    Functions of the Content Board
154    Research about users' experiences of regulated services
154A   Information for research about online safety matters
155    Consumer consultation
156    OFCOM's statement about freedom of expression and privacy
157    OFCOM's reports about use of age assurance
158    OFCOM's reports about news publisher content and journalistic content
159    OFCOM's transparency reports
160    OFCOM's report about reporting and complaints procedures
161    OFCOM's report about use of app stores by children
162    OFCOM's report about researchers' access to information
163    OFCOM's report in connection with investigation into a death
164    OFCOM's reports

## CHAPTER 8

### MEDIA LITERACY

165    Media literacy
166    Media literacy strategy and media literacy statement

## PART 8

### APPEALS AND SUPER-COMPLAINTS

## CHAPTER 1

### APPEALS

167    Appeals against OFCOM decisions relating to the register under
       section 95
168    Appeals against OFCOM notices

## CHAPTER 2

### SUPER-COMPLAINTS

169    Power to make super-complaints
170    Procedure for super-complaints
171    OFCOM's guidance about super-complaints

## PART 9

### SECRETARY OF STATE'S FUNCTIONS IN RELATION TO REGULATED SERVICES

*Online Safety Act 2023 (c. 50)*
*Document Generated: 2025-10-14*

ix

**Changes to legislation:** *There are currently no known outstanding*
*effects for the Online Safety Act 2023. (See end of Document for details)*

*Strategic priorities*

172    Statement of strategic priorities
173    Consultation and parliamentary procedure

*Directions to OFCOM*

174    Directions about advisory committees
175    Directions in special circumstances

*Guidance*

176    Secretary of State's guidance

*Annual report*

177    Annual report on the Secretary of State's functions

*Review*

178    Review

**PART 10**

COMMUNICATIONS OFFENCES

*False and threatening communications offences*

179    False communications offence
180    Exemptions from offence under section 179
181    Threatening communications offence
182    Interpretation of sections 179 to 181

*Offences of sending or showing flashing images*

183    Offences of sending or showing flashing images electronically

*Offence of encouraging or assisting serious self-harm*

184    Offence of encouraging or assisting serious self-harm

*Further provision*

185    Extra-territorial application and jurisdiction
186    Liability of corporate officers

*Offences to be inserted into Sexual Offences Act 2003*

187    Sending etc photograph or film of genitals
188    Sharing or threatening to share intimate photograph or film

*Repeals and amendments in connection with offences*

189    Repeals in connection with offences under sections 179 and 181
190    Repeals in connection with offences under section 188
191    Consequential amendments

**PART 11**

SUPPLEMENTARY AND GENERAL

***Changes to legislation:*** *There are currently no known outstanding*
*effects for the Online Safety Act 2023. (See end of Document for details)*

*Providers' judgements about the status of content*

192    Providers' judgements about the status of content
193    OFCOM's guidance about illegal content judgements

*Time-limits for first guidance*

194    Time for publishing first guidance under certain provisions of this Act

*Liability of providers etc*

195    Providers that are not legal persons
196    Individuals providing regulated services: liability
197    Liability of parent entities etc
198    Former providers of regulated services

*Offences*

199    Information offences: supplementary
200    Offence of failure to comply with confirmation decision: supplementary
201    Defences
202    Liability of corporate officers for offences
203    Application of offences to providers that are not legal persons

*Extra-territorial application*

204    Extra-territorial application
205    Offences: extra-territorial application and jurisdiction

*Payment of sums into Consolidated Fund*

206    Payment of sums into the Consolidated Fund

*Publication by OFCOM*

207    Publication by OFCOM

*Service of notices*

208    Service of notices

*Repeals and amendments*

209    Amendments of Part 4B of the Communications Act
210    Repeal of Part 4B of the Communications Act
211    Repeal of Part 4B of the Communications Act: transitional provision etc
212    Repeals: Digital Economy Act 2017
213    Offence under the Obscene Publications Act 1959: OFCOM defence
214    Offences regarding indecent photographs of children: OFCOM defence

*Power to amend Act to regulate app stores*

215    Power to regulate app stores
216    Power to regulate app stores: supplementary

*Power to amend Act: alternative dispute resolution*

217    Power to impose duty about alternative dispute resolution procedure

*Online Safety Act 2023 (c. 50)*                                                                                    xi
*Document Generated: 2025-10-14*
***Changes to legislation:*** *There are currently no known outstanding*
*effects for the Online Safety Act 2023. (See end of Document for details)*

*Other powers to amend Act*

218    Power to amend section 40
219    Powers to amend sections 61 and 62
220    Powers to amend or repeal provisions relating to exempt content or
       services
221    Powers to amend Part 2 of Schedule 1
222    Powers to amend Schedules 5, 6 and 7

*Regulations*

223    Power to make consequential provision
224    Regulations: general
225    Parliamentary procedure for regulations

**PART 12**

INTERPRETATION AND FINAL PROVISIONS

*Interpretation*

226    "Provider" of internet service
227    "User", "United Kingdom user" and "interested person"
228    "Internet service"
229    "Search engine"
230    "Age verification" and "age estimation"
231    "Proactive technology"
232    Content communicated "publicly" or "privately"
233    "Functionality"
234    "Harm" etc
235    "Online safety functions" and "online safety matters"
236    Interpretation: general
237    Index of defined terms

*Final provisions*

238    Financial provisions
239    Extent
240    Commencement and transitional provision
241    Short title

———————————

SCHEDULES
SCHEDULE 1 — Exempt user-to-user and search services
        PART 1 — DESCRIPTIONS OF SERVICES WHICH ARE EXEMPT
1    Email services
2    SMS and MMS services
3    Services offering only one-to-one live aural communications
4    Limited functionality services
5    Services which enable combinations of user-generated content
6    Exception to exemptions in paragraphs 1 to 5
7    Internal business services (entire user-to-user service or search service)
8    Internal business services (part of user-to-user service or search service)
9    Services provided by public bodies
10   Services provided by persons providing education or childcare

*Changes to legislation:* There are currently no known outstanding
effects for the Online Safety Act 2023. (See end of Document for details)

11  Interpretation
    PART 2 — PARAGRAPH 10 EXEMPTION: DESCRIPTIONS OF EDUCATION AND
        CHILDCARE
12  England
13  Early years provision by a person registered under Chapter 2...
14  Later years childminding by a later years childminder registered under...
15  Later years provision by a person registered under Chapter 3...
16  Education or childcare in a maintained nursery school within the...
17  Education or childcare in— (a) an Academy school, within the...
18  Education in— (a) an institution in England within the further...
19  Education provided by an independent training provider.
20  Further education for persons under 19 provided by a local...
21  In paragraphs 12 to 15, "early years childminding", "early years...
22  In paragraph 19, "independent training provider" means a provider—
23  In paragraphs 20 and 22, "local authority in England" has...
24  In paragraph 22— "combined authority" means a combined authority
    established...
25  Scotland
26  Child minding, within the meaning of Part 5 of the...
27  Day care of children, within the meaning of Part 5...
28  Primary education, secondary education or childcare in—
29  Further education provided by a body listed under the heading...
30  Further education provided by a college of further education which...
31  Wales
32  Day care for children by a person who is registered...
33  Primary education, secondary education or childcare in a school in...
34  Education provided in accordance with section 19A of the Education...
35  Further education in an institution in Wales within the further...
36  Any other post-16 education or training in Wales, the facilities...
37  In paragraphs 31 and 32, "child minding" and "day care...
38  Northern Ireland
39  Pre-school education, within the meaning of Part 5 of the...
40  Education in a nursery school, within the meaning of the...
41  Education or childcare in a school, within the meaning of...
42  Education which is suitable education otherwise than at school
    provided...
43  Education in an institution of further education, within the meaning...
44  Education in agriculture and related subjects.
    PART 3 — INTERPRETATION
45  The following definitions apply for the purposes of this Schedule....
46  "Childcare"— (a) in relation to provision in England, has same...
47  "Education"— (a) in relation to provision in England, Wales and...
48  "Education in agriculture and related subjects", in relation to provision...
49  "Further education"— (a) in relation to provision in England and...
50  "Higher education"— (a) in relation to provision in England and...
51  "Primary education" and "secondary education"— (a) in relation to
    provision...

SCHEDULE 2 — User-to-user services and search services that include regulated
        provider pornographic content
1   A user-to-user service described in any of paragraphs 1 to...
2   (1) A user-to-user service within sub-paragraph (2) or (3).
3   (1) A search service within sub-paragraph (2).

*Online Safety Act 2023 (c. 50)*
*Document Generated: 2025-10-14*
xiii

**Changes to legislation:** *There are currently no known outstanding*
*effects for the Online Safety Act 2023. (See end of Document for details)*

4    For the purposes of this Schedule, a service "has links...
5    In this Schedule— "the internal business service conditions" means the...

SCHEDULE 3  —  Timing of providers' assessments
      PART 1  —  TIMING OF ILLEGAL CONTENT RISK ASSESSMENTS AND
            CHILDREN'S ACCESS ASSESSMENTS
1    Part 3 services already in operation at the outset of the regime provided for by this Act
2    New Part 3 services which start up, and existing services which become Part 3 services, between publication of the first illegal content risk assessment guidance and the first CAA guidance
3    New Part 3 services which start up when illegal content risk assessment guidance and CAA guidance are both available
4    Existing services which become Part 3 services when illegal content risk assessment guidance and CAA guidance are both available
      PART 2  —  TIMING OF CHILDREN'S RISK ASSESSMENTS AND SECTION 15(2)
            ASSESSMENTS
5    Children's risk assessments
6    Section 15(2) assessments
      PART 3  —  PRE-EXISTING PART 4B SERVICES
7    Interpretation of this Part
8    (1) In this Part, "assessment start day", in relation to...
9    In this Part "video-sharing platform service" has the same meaning...
10   Any reference in this Part to the effect of Part...
            —  PRE-EXISTING PART 4B SERVICES WHICH ARE REGULATED
                  USER-TO-USER SERVICES
11   Application of paragraphs 12 to 14
12   Illegal content risk assessments and children's access assessments
13   If, on the assessment start day, illegal content risk assessment...
14   Section 15(2) assessments
            —  REGULATED USER-TO-USER SERVICES WHICH INCLUDE A
                  PRE-EXISTING PART 4B SERVICE
15   Application of paragraphs 16 to 20
16   Illegal content risk assessments and children's access assessments of Part 4B part
17   If, on the assessment start day, illegal content risk assessment...
18   Section 15(2) assessments of Part 4B part
19   Application of Part 1 and paragraph 6
20   Application of paragraph 5
      PART 4  —  INTERPRETATION, AND EXTENSION OF THREE-MONTH PERIODS
21   Interpretation of this Schedule
22   For the meaning of "likely to be accessed by children",...
23   In relation to regulated user-to-user services (or in the case...
24   In relation to regulated search services and the search engine...
25   In relation to regulated user-to-user services (or in the case...
26   In relation to regulated search services and the search engine...
27   For the purposes of this Schedule, guidance of a particular...
28   Extension of three-month periods

SCHEDULE 4  —  Codes of practice under section 41: principles, objectives, content
1    General principles
2    The principles are as follows— (a) providers of Part 3...

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 15 of 147

xiv

*Online Safety Act 2023 (c. 50)*
*Document Generated: 2025-10-14*

***Changes to legislation:*** *There are currently no known outstanding*
*effects for the Online Safety Act 2023. (See end of Document for details)*

3   Online safety objectives
4   The online safety objectives for regulated user-to-user services are as...
5   The online safety objectives for regulated search services are as...
6   In the case of a combined service—
7   The Secretary of State may by regulations amend paragraph 4...
8   If regulations are made amending the online safety objectives, OFCOM...
9   Content of codes of practice
10  (1) Measures described in a code of practice which are...
11  Measures described in a code of practice may relate only...
12  Content of codes of practice: age assurance
13  Content of codes of practice: proactive technology
14  General
15  A code of practice may apply in relation to a...
16  Interpretation

SCHEDULE 5 — Terrorism offences
1   An offence under any of the following provisions of the...
2   An offence under section 113 of the Anti-terrorism, Crime and...
3   An offence under any of the following provisions of the...
4   Inchoate offences

SCHEDULE 6 — Child sexual exploitation and abuse offences
        PART 1 — ENGLAND AND WALES, AND NORTHERN IRELAND
1   An offence under section 2 of the Obscene Publications Act...
2   An offence under section 1 of the Protection of Children...
3   An offence under Article 3 of the Protection of Children...
4   An offence under section 160 of the Criminal Justice Act...
5   An offence under any of the following provisions of the...
6   An offence under any of the following provisions of the...
7   An offence under section 62 of the Coroners and Justice...
8   An offence under section 69 of the Serious Crime Act...
9   Inchoate offences
        PART 2 — SCOTLAND
10  An offence under either of the following provisions of the...
11  An offence under any of the following provisions of the...
12  An offence under any of the following provisions of the...
13  Inchoate offences

SCHEDULE 7 — Priority offences
1   Assisting suicide
2   An offence under section 13 of the Criminal Justice Act...
3   Threats to kill
4   Public order offences, harassment, stalking and fear or provocation of violence
5   An offence under any of the following provisions of the...
6   An offence under section 50A of the Criminal Law (Consolidation)...
7   An offence under any of the following provisions of the...
8   An offence under any of the following provisions of the...
9   An offence under any of the following provisions of the...
10  An offence under any of the following provisions of the...
11  An offence under section 76 of the Serious Crime Act...
12  Drugs and psychoactive substances

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 16 of 147

*Online Safety Act 2023 (c. 50)*
*Document Generated: 2025-10-14*                                                                                                              xv
***Changes to legislation:*** *There are currently no known outstanding*
*effects for the Online Safety Act 2023. (See end of Document for details)*

13    An offence under section 5 of the Psychoactive Substances Act...
14    Firearms and other weapons
15    An offence under any of the following provisions of the...
16    An offence under any of the following provisions of the...
17    An offence under any of the following provisions of the...
18    An offence under any of the following provisions of the...
19    An offence under any of the following provisions of the...
20    An offence under any of the following provisions of the...
21    An offence under section 36(1)(c) or (d) of the Violent...
22    An offence under any of the following provisions of the...
23    Assisting illegal immigration
24    Human trafficking
25    An offence under section 1 of the Human Trafficking and...
26    An offence under section 2 of the Human Trafficking and...
27    Sexual exploitation
28    An offence under any of the following provisions of the...
28A   An offence under section 66B of the Sexual Offences Act...
29    An offence under section 63 of the Criminal Justice and...
30    An offence under section 33 of the Criminal Justice and...
31    An offence under section 2 of the Abusive Behaviour and...
32    Proceeds of crime
33    Fraud
34    An offence under section 49(3) of the Criminal Justice and...
35    Financial services
36    An offence under any of the following provisions of the...
37    Foreign interference
38    Animal welfare
39    Inchoate offences

SCHEDULE 8 — Transparency reports by providers of Category 1 services,
                       Category 2A services and Category 2B services
              PART 1 — MATTERS ABOUT WHICH INFORMATION MAY BE REQUIRED:
                                      USER-TO-USER PART OF SERVICE
1    The incidence of illegal content, content that is harmful to...
2    The dissemination of illegal content, content that is harmful to...
3    The number of users who are assumed to have encountered...
4    The formulation, development, scope and application of the terms of...
5    The systems and processes for users to report content which...
6    The systems and processes that a provider operates to deal...
7    Functionalities designed to help users manage risks relating to content...
8    Features, including functionalities, that a provider considers may
       contribute to...
9    The design and operation of algorithms which affect the display,...
10   Measures taken or in use by a provider to comply...
11   Measures taken or in use by a provider to comply...
12   Arrangements that a provider has in place for the reporting...
13   Measures taken or in use by a provider to comply...
14   Measures taken or in use by a provider to comply...
15   The systems and processes by which a provider assesses the...
16   The systems and processes that a provider operates—
17   Co-operation by a provider with government, regulatory or other
       public...
18   Measures taken or in use by a provider to provide...

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 17 of 147

xvi

*Online Safety Act 2023 (c. 50)*
*Document Generated: 2025-10-14*

*Changes to legislation:* There are currently no known outstanding
effects for the Online Safety Act 2023. (See end of Document for details)

19    Measures taken or in use by a provider to improve...
20    Any other measures taken or in use by a provider...
          PART 2  —  MATTERS ABOUT WHICH INFORMATION MAY BE REQUIRED:
                                SEARCH ENGINE
21    The incidence of illegal search content and search content that...
22    The number of users who are assumed to have encountered...
23    The formulation, development, scope and application of the statements
      of...
24    The systems and processes for users to report search content...
25    The systems and processes that a provider operates to deal...
26    Functionalities designed to help users manage risks relating to search...
27    The design and operation of algorithms which affect the display,...
28    Measures taken or in use by a provider to comply...
29    Arrangements that a provider has in place for the reporting...
30    Measures taken or in use by a provider to comply...
31    The systems and processes by which a provider assesses the...
32    The systems and processes that a provider operates—
33    Co-operation by a provider with government, regulatory or other
      public...
34    Measures taken or in use by a provider to provide...
35    Measures taken or in use by a provider to improve...
36    Any other measures taken or in use by a provider...
          PART 3  —  FURTHER PROVISION AND INTERPRETATION
37    When determining which information to require in a notice under...
38    The Secretary of State may by regulations—
39    The Secretary of State must consult OFCOM before making
      regulations...
40    In the application of Part 2 of this Schedule to...
41    (1) For the purposes of this Schedule, content of a...
42    In this Schedule— "consumer content" has the same meaning as...

SCHEDULE 9  —  Certain internet services not subject to duties relating to regulated
                        provider pornographic content
1    Internal business services (entire internet service)
2    Internal business services (part of internet service)
3    Services provided by public bodies
4    Services provided by persons providing education or childcare
5    On-demand programme services and non-UK on-demand programme
     services that are Tier 1 services (entire internet service)
6    On-demand programme services and non-UK on-demand programme
     services that are Tier 1 services (part of internet service)
7    Interpretation

SCHEDULE 10  —  Recovery of OFCOM's initial costs
1    Recovery of initial costs
2    Recovery of initial costs: first phase
3    Further recovery of initial costs
4    End of the recovery process
5    Providers for part of a year only
6    Calculation of the recoverable amount
7    Regulations about recovery of initial costs
8    Interpretation

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 18 of 147

*Online Safety Act 2023 (c. 50)*
*Document Generated: 2025-10-14*
xvii
***Changes to legislation:*** *There are currently no known outstanding*
*effects for the Online Safety Act 2023. (See end of Document for details)*

SCHEDULE 11 — Categories of regulated user-to-user services and regulated search
services: regulations
1   Regulations specifying threshold conditions for categories of Part 3
services
2   Procedure for first regulations under paragraph 1
3   Procedure for amending or replacing regulations under paragraph 1
4   Publication of OFCOM's advice under paragraphs 2 and 3
5   Interpretation
6   In this Schedule the "characteristics" of a user-to-user part of...
7   In this Schedule— "content that is harmful to children" has...

SCHEDULE 12 — OFCOM's powers of entry, inspection and audit
1   Authorised persons
2   Power of entry and inspection without a warrant
3   Notice requiring information, documents or tests at inspection
4   Audit
5   Conditions for issue of a warrant
6   Evidence of authority
7   Powers exercisable by warrant
8   Powers of seizure: supplementary
9   Further provision about executing warrants
10  Entry and search under a warrant must be within the...
11  An authorised person executing a warrant may take such other...
12  A person taken on to the premises under paragraph 11...
13  An authorised person may use reasonable force, if necessary, for...
14  A warrant authorises entry on one occasion only, unless it...
15  If the premises are unoccupied or the occupier is temporarily...
16  Return of warrants
17  Restrictions on powers
18  Offences
19  Interpretation
20  References in this Schedule to a person "acting under this...
21  In this Schedule "enforceable requirement" has the same meaning as...
22  In paragraphs 6 to 17 and 20 "warrant" means a...
23  In the application of paragraph 5(1) to Scotland, the reference...
24  In the application of paragraph 5(1) to Northern Ireland, the...

SCHEDULE 13 — Penalties imposed by OFCOM under Chapter 6 of Part 7
1   Meaning of "penalty" in this Schedule
2   Amount of penalties: principles
3   Limitation to type and amount of penalties previously proposed
4   Maximum amount of penalties
5   Maximum amount of penalties: group of entities
6   Recovery of penalties

SCHEDULE 14 — Amendments consequential on offences in Part 10 of this Act
PART 1 — AMENDMENTS CONSEQUENTIAL ON OFFENCES IN SECTIONS 179,
181 AND 183
1   Football Spectators Act 1989
2   Sexual Offences Act 2003
3   In Schedule 5 to the Sexual Offences Act 2003, in...
4   Regulatory Enforcement and Sanctions Act 2008
5   Elections Act 2022

*Changes to legislation: There are currently no known outstanding*
*effects for the Online Safety Act 2023. (See end of Document for details)*

PART 2 — AMENDMENTS CONSEQUENTIAL ON OFFENCE IN SECTION 184
6    Children and Young Persons Act 1933
7    Visiting Forces Act 1952
8    Children and Young Persons Act (Northern Ireland) 1968 (c. 34 (N.I.))
9    Criminal Attempts Act 1981
10   Criminal Attempts and Conspiracy (Northern Ireland) Order 1983 (S.I. 1983/1120 (N.I. 13))
11   Armed Forces Act 2006
12   Serious Crime Act 2007
PART 3 — AMENDMENTS CONSEQUENTIAL ON OFFENCES IN SECTIONS 187 AND 188
13   Children and Young Persons Act 1933
14   Police and Criminal Evidence Act 1984
15   Sexual Offences (Amendment) Act 1992
16   Sexual Offences Act 2003
17   Criminal Justice Act 2003
18   Anti-social Behaviour, Crime and Policing Act 2014
19   Modern Slavery Act 2015
20   Sentencing Act 2020
21   Elections Act 2022
PART 4 — AMENDMENTS CONSEQUENTIAL ON SECTION 190
22   Criminal Justice and Courts Act 2015
23   Domestic Abuse Act 2021
24   Overseas Operations (Service Personnel and Veterans) Act 2021
25   Criminal Justice (Electronic Commerce) (Amendment) (EU Exit) Regulations 2021 (S.I. 2021/835)

SCHEDULE 15 — Liability of parent entities etc
1    Joint provisional notices of contravention
2    Liability of parent entities for failures by subsidiary entities
3    Liability of subsidiary entities for failures by parent entities
4    Liability of fellow subsidiary entities for failures by subsidiary entities
5    Liability of controlling individuals for failures by entities
6    OFCOM's guidance
7    Interpretation
8    In its application for the purposes of this Schedule, paragraph...
9    For the purposes of this Schedule, sections 1161(4) and 1162...

SCHEDULE 16 — Amendments of Part 4B of the Communications Act
1    Part 4B of the Communications Act (video-sharing platform services) is...
2    In section 368U (maintenance of list of providers)—
3    In section 368V(4) (meaning of "significant differences"), for the words...
4    In section 368Y(2)(d) (information to be provided by providers of...
5    In section 368Z1(3) (duty to take appropriate measures), for the...
6    In section 368Z10(3)(a) (power to demand information), for the words...
7    For section 368Z12 (co-operation with member States and the European...

SCHEDULE 17 — Video-sharing platform services: transitional provision etc
PART 1 — INTERPRETATION
1    (1) In this Schedule, "pre-existing Part 4B service" means—

Case 1:25-cv-02880-RC   Document 8-9   Filed 12/01/25   Page 20 of 147

*Online Safety Act 2023 (c. 50)*
*Document Generated: 2025-10-14*                                        xix
***Changes to legislation:*** *There are currently no known outstanding*
*effects for the Online Safety Act 2023. (See end of Document for details)*

2   In this Schedule— "the relevant day", in relation to a...
        PART 2 — DURING THE TRANSITIONAL PERIOD
3   Pre-existing Part 4B services which are regulated user-to-user services
4   Regulated user-to-user services that include regulated provider
    pornographic content
5   Pre-existing Part 4B services which form part of regulated user-to-user
    services
6   Regulated user-to-user services with a Part 4B part and another user-to-
    user part
7   Regulated user-to-user services with a Part 4B part and a search engine
8   Regulated user-to-user services with a Part 4B part but no other user-to-
    user part or search engine
9   Assessments of pre-existing Part 4B services or of services which
    include a pre-existing Part 4B service
10  Operation of section 368U of the Communications Act
11  Video-sharing platform services which start up, or start up again, during
    the transitional period
12  (1) Sub-paragraph (2) applies in relation to a pre-existing Part...
13  Paragraphs 11 and 12 apply regardless of whether, or when,...
        PART 3 — APPLICATION OF PART 6 OF THIS ACT: FEES
14  Introduction
15  In this Part "relevant regulated service" means—
16  Application of section 83
17  (1) This paragraph applies in relation to a person who...
18  Application of section 84: transitional charging year
19  (1) If a person who is the provider of a...
20  Application of section 84: non-transitional charging year
21  Amounts wholly referable to relevant Part 4B service
22  Interpretation of this Part
23  For the purposes of this Part a charging year is...
24  (1) In this Part "exempt provider" means a person within...
25  In this Part the following terms have the same meaning...
        PART 4 — AFTER THE END OF THE TRANSITIONAL PERIOD
26  Interpretation of this Part
27  For the purposes of this Part an investigation relating to...
28  OFCOM as appropriate regulatory authority
29  Duties of service providers to co-operate with investigations
30  Demands for information, and enforcement of such demands
31  Enforcement notifications, financial penalties etc
32  Suspension or restriction of service for contraventions or failures

*Online Safety Act 2023 (c. 50)*
*Document Generated: 2025-10-14*

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023.

*Changes to legislation:* There are currently no known outstanding effects
for the Online Safety Act 2023, Section 1. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 1

#### INTRODUCTION

**1        Introduction**

(1) This Act provides for a new regulatory framework which has the general purpose of making the use of internet services regulated by this Act safer for individuals in the United Kingdom.

(2) To achieve that purpose, this Act (among other things)—

    (a)   imposes duties which, in broad terms, require providers of services regulated by this Act to identify, mitigate and manage the risks of harm (including risks which particularly affect individuals with a certain characteristic) from—

        (i) illegal content and activity, and

        (ii) content and activity that is harmful to children, and

    (b)   confers new functions and powers on the regulator, OFCOM.

(3) Duties imposed on providers by this Act seek to secure (among other things) that services regulated by this Act are—

    (a)   safe by design, and

    (b)   designed and operated in such a way that—

        (i) a higher standard of protection is provided for children than for adults,

        (ii) users' rights to freedom of expression and privacy are protected, and

        (iii) transparency and accountability are provided in relation to those services.

**Commencement Information**

**I1**      S. 1 in force at Royal Assent, see **s. 240(4)(a)**

*Online Safety Act 2023 (c. 50)*
*Document Generated: 2025-10-21*

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 1.

*Changes to legislation:* There are currently no known outstanding effects
for the Online Safety Act 2023, Section 3. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 2

#### KEY DEFINITIONS

**3**      **"User-to-user service" and "search service"**

(1) In this Act "user-to-user service" means an internet service by means of which content that is generated directly on the service by a user of the service, or uploaded to or shared on the service by a user of the service, may be encountered by another user, or other users, of the service.

(2) For the purposes of subsection (1)—

    (a)  it does not matter if content is actually shared with another user or users as long as a service has a functionality that allows such sharing;

    (b)  it does not matter what proportion of content on a service is content described in that subsection.

(3) For the meaning of "content" and "encounter", see section 236.

(4) In this Act "search service" means an internet service that is, or includes, a search engine (see section 229).

(5) Subsections (6) and (7) have effect to determine whether an internet service that—

    (a)  is of a kind described in subsection (1), and

    (b)  includes a search engine,

is a user-to-user service or a search service for the purposes of this Act.

(6) It is a search service if the only content described in subsection (1) that is enabled by the service is content of any of the following kinds—

    (a)  content mentioned in paragraph 1, 2 or 3 of Schedule 1 (emails, SMS and MMS messages, one-to-one live aural communications) and related identifying content;

*Changes to legislation:* There are currently no known outstanding effects
for the Online Safety Act 2023, Section 3. (See end of Document for details)

  (b) content arising in connection with any of the activities described in paragraph 4(1) of Schedule 1 (comments etc on provider content);

  (c) content present on a part of the service in relation to which the conditions in paragraph 7(2) of Schedule 1 are met (internal business service conditions).

(7) Otherwise, it is a user-to-user service.

---

**Commencement Information**

I1 S. 3 in force at Royal Assent, see **s. 240(4)(a)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 3.

*Changes to legislation:* There are currently no known outstanding effects
for the Online Safety Act 2023, Section 4. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 2

#### KEY DEFINITIONS

**4      "Regulated service", "Part 3 service" etc**

(1) This section applies for the purposes of this Act.

(2) A user-to-user service is a "regulated user-to-user service", and a search service is a "regulated search service", if the service—
   (a)   has links with the United Kingdom (see subsections (5) and (6)), and
   (b)   is not—
         (i) a service of a description that is exempt as provided for by Schedule 1, or
         (ii) a service of a kind described in Schedule 2 (services combining user-generated content or search content not regulated by this Act with pornographic content that is regulated).

(3) "Part 3 service" means a regulated user-to-user service or a regulated search service.

(4) "Regulated service" means—
   (a)   a regulated user-to-user service,
   (b)   a regulated search service, or
   (c)   an internet service, other than a regulated user-to-user service or a regulated search service, that is within section 80(2) (including a service of a kind described in Schedule 2).

(5) For the purposes of subsection (2), a user-to-user service or a search service "has links with the United Kingdom" if—
   (a)   the service has a significant number of United Kingdom users, or
   (b)   United Kingdom users form one of the target markets for the service (or the only target market).

(6) For the purposes of subsection (2), a user-to-user service or a search service also "has links with the United Kingdom" if—

(a) the service is capable of being used in the United Kingdom by individuals, and

(b) there are reasonable grounds to believe that there is a material risk of significant harm to individuals in the United Kingdom presented by—

(i) in the case of a user-to-user service, user-generated content present on the service or (if the service includes a search engine) search content of the service;

(ii) in the case of a search service, search content of the service.

(7) A regulated user-to-user service that includes a public search engine is referred to in this Act as a "combined service".

"Public search engine" means a search engine other than one in relation to which the conditions in paragraph 7(2) of Schedule 1 (internal business service conditions) are met.

(8) In this section—

"search content" has the same meaning as in Part 3 (see section 57);

"user-generated content" has the meaning given by section 55 (see subsections (3) and (4) of that section).

---

**Commencement Information**

I1    S. 4 in force at Royal Assent, see **s. 240(4)(a)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 4.

*Changes to legislation:* There are currently no known outstanding effects for the Online Safety Act 2023, Section 8. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 3

PROVIDERS OF REGULATED USER-TO-USER SERVICES
AND REGULATED SEARCH SERVICES: DUTIES OF CARE

### CHAPTER 2

PROVIDERS OF USER-TO-USER SERVICES: DUTIES OF CARE

*User-to-user services: which duties apply, and scope of duties*

**8      Scope of duties of care**

(1) A duty set out in this Chapter which must be complied with in relation to a user-to-user service that includes regulated provider pornographic content does not extend to—

    (a)   the regulated provider pornographic content, or

    (b)   the design, operation or use of the service so far as relating to that content.

See Part 5 for the duties which relate to regulated provider pornographic content, and the meaning of that term.

(2) A duty set out in this Chapter which must be complied with in relation to a combined service does not extend to—

    (a)   the search content of the service,

    (b)   any other content that, following a search request, may be encountered as a result of subsequent interactions with internet services, or

    (c)   anything relating to the design, operation or use of the search engine.

(3) A duty set out in this Chapter which must be complied with in relation to a user-to-user service extends only to—

    (a)   the design, operation and use of the service in the United Kingdom, and

2

*Online Safety Act 2023 (c. 50)*
*PART 3 – Providers of regulated user-to-user services and regulated search services: duties of care*
*CHAPTER 2 – Providers of user-to-user services: duties of care*
*Document Generated: 2025-10-22*

***Changes to legislation:*** *There are currently no known outstanding effects*
*for the Online Safety Act 2023, Section 8. (See end of Document for details)*

    (b)   in the case of a duty that is expressed to apply in relation to users of a service, the design, operation and use of the service as it affects United Kingdom users of the service.

**Commencement Information**

**I1**    S. 8 not in force at Royal Assent, see **s. 240(1)**

**I2**    S. 8 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(b)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 8.

*Changes to legislation:* There are currently no known outstanding effects
for the Online Safety Act 2023, Section 9. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 3

PROVIDERS OF REGULATED USER-TO-USER SERVICES
AND REGULATED SEARCH SERVICES: DUTIES OF CARE

### CHAPTER 2

PROVIDERS OF USER-TO-USER SERVICES: DUTIES OF CARE

*Illegal content duties for user-to-user services*

**9    Illegal content risk assessment duties**

(1) This section sets out the duties about risk assessments which apply in relation to all regulated user-to-user services.

(2) A duty to carry out a suitable and sufficient illegal content risk assessment at a time set out in, or as provided by, Schedule 3.

(3) A duty to take appropriate steps to keep an illegal content risk assessment up to date, including when OFCOM make any significant change to a risk profile that relates to services of the kind in question.

(4) Before making any significant change to any aspect of a service's design or operation, a duty to carry out a further suitable and sufficient illegal content risk assessment relating to the impacts of that proposed change.

(5) An "illegal content risk assessment" of a service of a particular kind means an assessment of the following matters, taking into account the risk profile that relates to services of that kind—

    (a)   the user base;

    (b)   the level of risk of individuals who are users of the service encountering the following by means of the service—

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 34 of 147

2

*Online Safety Act 2023 (c. 50)*
*PART 3 – Providers of regulated user-to-user services and regulated search services: duties of care*
*CHAPTER 2 – Providers of user-to-user services: duties of care*
*Document Generated: 2025-10-28*

> > (i) each kind of priority illegal content (with each kind separately assessed), and
> > (ii) other illegal content,
> >
> > taking into account (in particular) algorithms used by the service, and how easily, quickly and widely content may be disseminated by means of the service;
> > (c) the level of risk of the service being used for the commission or facilitation of a priority offence;
> > (d) the level of risk of harm to individuals presented by illegal content of different kinds or by the use of the service for the commission or facilitation of a priority offence;
> > (e) the level of risk of functionalities of the service facilitating the presence or dissemination of illegal content or the use of the service for the commission or facilitation of a priority offence, identifying and assessing those functionalities that present higher levels of risk;
> > (f) the different ways in which the service is used, and the impact of such use on the level of risk of harm that might be suffered by individuals;
> > (g) the nature, and severity, of the harm that might be suffered by individuals from the matters identified in accordance with paragraphs (b) to (f);
> > (h) how the design and operation of the service (including the business model, governance, use of proactive technology, measures to promote users' media literacy and safe use of the service, and other systems and processes) may reduce or increase the risks identified.

> (6) In this section references to risk profiles are to the risk profiles for the time being published under section 98 which relate to the risk of harm to individuals presented by illegal content.

> (7) See also—
> > (a) section 23(2) and (10) (records of risk assessments), and
> > (b) Schedule 3 (timing of providers' assessments).

---

**Commencement Information**

I1    S. 9 not in force at Royal Assent, see **s. 240(1)**
I2    S. 9 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(c)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 9.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 10. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 3

PROVIDERS OF REGULATED USER-TO-USER SERVICES
AND REGULATED SEARCH SERVICES: DUTIES OF CARE

### CHAPTER 2

PROVIDERS OF USER-TO-USER SERVICES: DUTIES OF CARE

*Illegal content duties for user-to-user services*

**10**    **Safety duties about illegal content**

(1) This section sets out the duties about illegal content which apply in relation to
regulated user-to-user services (as indicated by the headings).

*All services*

(2) A duty, in relation to a service, to take or use proportionate measures relating to the
design or operation of the service to—
    (a)   prevent individuals from encountering priority illegal content by means of the
service,
    (b)   effectively mitigate and manage the risk of the service being used for the
commission or facilitation of a priority offence, as identified in the most recent
illegal content risk assessment of the service, and
    (c)   effectively mitigate and manage the risks of harm to individuals, as identified
in the most recent illegal content risk assessment of the service (see
section 9(5)(g)).

(3) A duty to operate a service using proportionate systems and processes designed to—
    (a)   minimise the length of time for which any priority illegal content is present;

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 37 of 147

2

*Online Safety Act 2023 (c. 50)*
*PART 3 – Providers of regulated user-to-user services and regulated search services: duties of care*
*CHAPTER 2 – Providers of user-to-user services: duties of care*
*Document Generated: 2025-10-19*

    (b)    where the provider is alerted by a person to the presence of any illegal content, or becomes aware of it in any other way, swiftly take down such content.

(4) The duties set out in subsections (2) and (3) apply across all areas of a service, including the way it is designed, operated and used as well as content present on the service, and (among other things) require the provider of a service to take or use measures in the following areas, if it is proportionate to do so—

    (a)    regulatory compliance and risk management arrangements,

    (b)    design of functionalities, algorithms and other features,

    (c)    policies on terms of use,

    (d)    policies on user access to the service or to particular content present on the service, including blocking users from accessing the service or particular content,

    (e)    content moderation, including taking down content,

    (f)    functionalities allowing users to control the content they encounter,

    (g)    user support measures, and

    (h)    staff policies and practices.

(5) A duty to include provisions in the terms of service specifying how individuals are to be protected from illegal content, addressing each paragraph of subsection (3), and (in relation to paragraph (a)) separately addressing terrorism content, CSEA content (see section 59 and Schedule 6) and other priority illegal content.

(6) A duty to apply the provisions of the terms of service referred to in subsection (5) consistently.

(7) A duty to include provisions in the terms of service giving information about any proactive technology used by a service for the purpose of compliance with a duty set out in subsection (2) or (3) (including the kind of technology, when it is used, and how it works).

(8) A duty to ensure that the provisions of the terms of service referred to in subsections (5) and (7) are clear and accessible.

*Additional duty for Category 1 services*

(9) A duty to summarise in the terms of service the findings of the most recent illegal content risk assessment of a service (including as to levels of risk and as to nature, and severity, of potential harm to individuals).

*Interpretation*

(10) In determining what is proportionate for the purposes of this section, the following factors, in particular, are relevant—

    (a)    all the findings of the most recent illegal content risk assessment (including as to levels of risk and as to nature, and severity, of potential harm to individuals), and

    (b)    the size and capacity of the provider of a service.

(11) In this section "illegal content risk assessment" has the meaning given by section 9.

(12) See also, in relation to duties set out in this section, section 22 (duties about freedom of expression and privacy).

*Online Safety Act 2023 (c. 50)*
*PART 3 – Providers of regulated user-to-user services and regulated search services: duties of care*
*CHAPTER 2 – Providers of user-to-user services: duties of care*
*Document Generated: 2025-10-19*
3

***Changes to legislation:*** *There are currently no known outstanding effects for*
*the Online Safety Act 2023, Section 10. (See end of Document for details)*

**Commencement Information**

I1    S. 10 not in force at Royal Assent, see **s. 240(1)**

I2    S. 10 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(c)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 10.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 41. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 3

PROVIDERS OF REGULATED USER-TO-USER SERVICES
AND REGULATED SEARCH SERVICES: DUTIES OF CARE

### CHAPTER 6

CODES OF PRACTICE AND GUIDANCE

*Codes of practice*

**41    Codes of practice about duties**

(1) OFCOM must prepare and issue a code of practice for providers of Part 3 services
describing measures recommended for the purpose of compliance with duties set out
in section 10 or 27 (illegal content) so far as relating to terrorism content or offences
within Schedule 5 (terrorism offences).

(2) OFCOM must prepare and issue a code of practice for providers of Part 3 services
describing measures recommended for the purpose of compliance with duties set out
in section 10 or 27 (illegal content) so far as relating to CSEA content or offences
within Schedule 6 (child sexual exploitation and abuse offences).

(3) OFCOM must prepare and issue one or more codes of practice for providers of Part
3 services describing measures recommended for the purpose of compliance with the
relevant duties (except to the extent that measures for the purpose of compliance with
such duties are described in a code of practice prepared under subsection (1) or (2)).

(4) OFCOM must prepare and issue a code of practice for providers of Category 1 services
and providers of Category 2A services describing measures recommended for the
purpose of compliance with the duties set out in Chapter 5 (fraudulent advertising).

(5) Where a code of practice under this section is in force, OFCOM may—

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 41 of 147

2
*Online Safety Act 2023 (c. 50)*
*PART 3 – Providers of regulated user-to-user services and regulated search services: duties of care*
*CHAPTER 6 – Codes of practice and guidance*
*Document Generated: 2025-10-23*

    (a)   prepare a draft of amendments of the code of practice;

    (b)   prepare a draft of a code of practice under subsection (1), (2), (3) or (4) as a replacement for a code of practice previously issued under the subsection in question;

    (c)   withdraw the code of practice.

(6) In the course of preparing a draft of a code of practice or amendments of a code of practice under this section, OFCOM must consult—

    (a)   the Secretary of State,

    (b)   persons who appear to OFCOM to represent providers of Part 3 services,

    (c)   persons who appear to OFCOM to represent the interests of United Kingdom users of Part 3 services,

    (d)   persons who appear to OFCOM to represent the interests of children (generally or with particular reference to online safety matters),

    (e)   persons who appear to OFCOM to represent the interests of persons who have suffered harm as a result of matters to which the code of practice is relevant,

    (f)   persons whom OFCOM consider to have relevant expertise in equality issues and human rights, in particular—

        (i) the right to freedom of expression set out in Article 10 of the Convention, and

        (ii) the right to respect for a person's private and family life, home and correspondence set out in Article 8 of the Convention,

    (g)   the Information Commissioner,

    (h)   the Children's Commissioner,

    (i)   the Commissioner for Victims and Witnesses,

    (j)   the Domestic Abuse Commissioner,

    (k)   persons whom OFCOM consider to have expertise in public health, science or medicine that is relevant to online safety matters,

    (l)   persons whom OFCOM consider to have expertise in innovation, or emerging technology, that is relevant to online safety matters, and

    (m)   such other persons as OFCOM consider appropriate.

(7) In the course of preparing a draft of a code of practice or amendments to which this subsection applies, OFCOM must also consult persons whom OFCOM consider to have expertise in the enforcement of the criminal law and the protection of national security that is relevant to online safety matters.

(8) Subsection (7) applies to—

    (a)   a code of practice under subsection (1) and amendments of such a code,

    (b)   a code of practice under subsection (2) and amendments of such a code,

    (c)   a code of practice under subsection (3) that describes measures recommended for the purpose of compliance with duties set out in section 10 or 27 (illegal content),

    (d)   amendments of a code of practice under subsection (3), if and to the extent that those amendments relate to measures recommended for the purpose of compliance with duties set out in section 10 or 27, and

    (e)   a code of practice under subsection (4) and amendments of such a code.

(9) Subsections (6) and (7) are subject to section 48 (minor amendments of code of practice).

*Online Safety Act 2023 (c. 50)*
*PART 3 – Providers of regulated user-to-user services and regulated search services: duties of care*
*CHAPTER 6 – Codes of practice and guidance*
*Document Generated: 2025-10-23*

3

***Changes to legislation:*** *There are currently no known outstanding effects for*
*the Online Safety Act 2023, Section 41. (See end of Document for details)*

(10) In this section "the relevant duties" means the duties set out in—

    (a)    sections 10 and 27 (illegal content),

    (b)    sections 12 and 29 (children's online safety),

    (c)    section 15 (user empowerment),

    (d)    section 17 (content of democratic importance),

    (e)    section 19 (journalistic content),

    (f)    sections 20 and 31 (content reporting), and

    (g)    sections 21 and 32 (complaints procedures).

**Commencement Information**

**I1**    S. 41(1)-(3)(5)-(10) in force at Royal Assent, see **s. 240(4)(c)**

**I2**    S. 41(4) in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(m)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 41.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 43. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 3

PROVIDERS OF REGULATED USER-TO-USER SERVICES
AND REGULATED SEARCH SERVICES: DUTIES OF CARE

### CHAPTER 6

CODES OF PRACTICE AND GUIDANCE

*Codes of practice*

**43      Procedure for issuing codes of practice**

(1) Where OFCOM have prepared a draft of a code of practice under section 41, they
must submit the draft to the Secretary of State.

(2) Unless the Secretary of State intends to give a direction to OFCOM under
section 44(1), (2) or (3) in relation to the draft, the Secretary of State must, as soon as
reasonably practicable, lay the draft before Parliament.

(3) If, within the 40-day period, either House of Parliament resolves not to approve the
draft—

    (a)    OFCOM must not issue the code of practice in the form of that draft, and

    (b)    OFCOM must prepare another draft of the code of practice under section 41.

(4) If no such resolution is made within that period—

    (a)    OFCOM must issue the code of practice in the form of the draft laid before
Parliament, and

    (b)    the code of practice comes into force at the end of the period of 21 days
beginning with the day on which it is issued.

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 45 of 147

2

*Online Safety Act 2023 (c. 50)*
*PART 3 – Providers of regulated user-to-user services and regulated search services: duties of care*
*CHAPTER 6 – Codes of practice and guidance*
*Document Generated: 2025-11-13*

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 43. (See end of Document for details)

(5) "The 40-day period" is the period of 40 days beginning with the day on which the draft is laid before Parliament (or, if it is not laid before each House of Parliament on the same day, the later of the days on which it is laid).

(6) In calculating the 40-day period, no account is to be taken of any period during which Parliament is dissolved or prorogued or during which both Houses are adjourned for more than 4 days.

(7) Subsections (1) to (6) apply in relation to a draft of amendments of a code of practice prepared under section 41 as they apply in relation to a draft of a code of practice prepared under that section.

(8) This section is subject to section 48 (minor amendments of codes of practice).

(9) Subsection (11) applies to—

(a) a draft of the first code of practice prepared under section 41(1) (terrorism code of practice);

(b) a draft of the first code of practice prepared under section 41(2) (CSEA code of practice);

(c) a draft of the first code of practice prepared under section 41(3) relating to a duty set out in section 10 or 27 (illegal content);

(d) a draft of the first code of practice prepared under section 41(3) relating to a duty set out in section 12 or 29 (children's online safety);

(e) a draft of the first code of practice prepared under section 41(3) relating to a duty set out in section 20 or 31 (content reporting);

(f) a draft of the first code of practice prepared under section 41(3) relating to—

(i) a duty set out in section 21 (complaints procedures) that concerns complaints of a kind mentioned in subsection (4) or (5) of that section, or

(ii) a duty set out in section 32 (complaints procedures).

(10) For the purposes of paragraphs (c) to (f) of subsection (9) a draft of a code of practice is a draft of the first code of practice relating to a duty if—

(a) it describes measures recommended for the purpose of compliance with the duty, and

(b) it is a draft of the first code of practice prepared under section 41(3) that describes measures for that purpose.

(11) OFCOM must submit a draft to which this subsection applies to the Secretary of State under subsection (1) within the period of 18 months beginning with the day on which this Act is passed.

(12) If OFCOM consider that it is necessary to extend the period mentioned in subsection (11) in relation to a draft mentioned in any of paragraphs (a) to (f) of subsection (9), OFCOM may extend the period in relation to that draft by up to 12 months by making and publishing a statement.

But this is subject to subsection (15).

(13) A statement under subsection (12) must set out—

(a) the reasons why OFCOM consider that it is necessary to extend the period mentioned in subsection (11) in relation to the draft concerned, and

(b) the period of extension.

*Online Safety Act 2023 (c. 50)*
*PART 3 – Providers of regulated user-to-user services and regulated search services: duties of care*
*CHAPTER 6 – Codes of practice and guidance*
*Document Generated: 2025-11-13*

3

***Changes to legislation:** There are currently no known outstanding effects for
the Online Safety Act 2023, Section 43. (See end of Document for details)*

(14) A statement under subsection (12) may be published at the same time as (or incorporate) a statement under section 194(3) (extension of time to prepare certain guidance).

(15) But a statement under subsection (12) may not be made in relation to a draft mentioned in a particular paragraph of subsection (9) if—

    (a) a statement has previously been made under subsection (12) (whether in relation to a draft mentioned in the same or a different paragraph of subsection (9)), or

    (b) a statement has previously been made under section 194(3).

---

**Commencement Information**

**I1**    S. 43 in force at Royal Assent, see **s. 240(4)(e)**

*Online Safety Act 2023 (c. 50)*
*Document Generated: 2025-11-13*

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 43.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 85. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 6

DUTIES OF PROVIDERS OF REGULATED SERVICES: FEES

**85    Regulations by OFCOM about qualifying worldwide revenue etc**

(1) For the purposes of this Part, OFCOM may by regulations make provision—

    (a)    about how the qualifying worldwide revenue of a provider of a regulated service is to be determined, and

    (b)    defining the "qualifying period" in relation to a charging year.

(2) OFCOM may by regulations also make provision specifying or describing evidence, documents or other information that providers must supply to OFCOM for the purposes of section 83 (see subsection (3)(b) of that section), including provision about the way in which providers must supply the evidence, documents or information.

(3) Regulations under subsection (1)(a) may provide that the qualifying worldwide revenue of a provider of a regulated service (P) who is a member of a group during any part of a qualifying period is to include the qualifying worldwide revenue of any entity that—

    (a)    is a group undertaking in relation to P for all or part of that period, and

    (b)    receives or is due to receive, during that period, any amount referable (to any degree) to a regulated service provided by P.

(4) Regulations under subsection (1)(a) may, in particular—

    (a)    make provision about circumstances in which amounts do, or do not, count as being referable (to any degree) to a regulated service for the purposes of the determination of the qualifying worldwide revenue of the provider of the service or of an entity that is a group undertaking in relation to the provider;

    (b)    provide for cases or circumstances in which amounts that—

        (i) are of a kind specified or described in the regulations, and

        (ii) are not referable to a regulated service,

are to be brought into account in determining the qualifying worldwide revenue of the provider of the service or of an entity that is a group undertaking in relation to the provider.

(5) Regulations which make provision of a kind mentioned in subsection (3) may include provision that, in the case of an entity that is a group undertaking in relation to a provider for part (not all) of a qualifying period, only amounts relating to the part of the qualifying period for which the entity was a group undertaking may be brought into account in determining the entity's qualifying worldwide revenue.

(6) Regulations under subsection (1)(a) may make provision corresponding to paragraph 5(8) of Schedule 13.

(7) Before making regulations under subsection (1) OFCOM must consult—

    (a)   the Secretary of State,

    (b)   the Treasury, and

    (c)   such other persons as OFCOM consider appropriate.

(8) Before making regulations under subsection (2) OFCOM must consult the Secretary of State.

(9) Regulations under this section may make provision subject to such exemptions and exceptions as OFCOM consider appropriate.

(10) In this section—

    "group" means a parent undertaking and its subsidiary undertakings, reading those terms in accordance with section 1162 of the Companies Act 2006;

    "group undertaking" has the meaning given by section 1161(5) of that Act.

**Commencement Information**

**I1**    S. 85 not in force at Royal Assent, see **s. 240(1)**

**I2**    S. 85 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 85.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 88. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 6

DUTIES OF PROVIDERS OF REGULATED SERVICES: FEES

**88      OFCOM's fees statements**

(1) OFCOM may not require a provider of a regulated service to pay a fee under section 84 unless there is in force a statement of the principles that OFCOM propose to apply in determining fees payable under that section.

(2) Those principles must be such as appear to OFCOM to be likely to secure, on the basis of such estimates of the likely costs as it is practicable for them to make—

    (a)    that on a year by year basis, the aggregate amount of the fees payable to OFCOM under section 84 is sufficient to meet, but does not exceed, the annual cost to OFCOM of the exercise of their online safety functions;

    (b)    that the fees required under section 84 are justifiable and proportionate having regard to the functions in respect of which they are imposed;

    (c)    that the relationship between meeting the cost of the exercise of those functions and the amounts of the fees is transparent.

(3) A statement of principles mentioned in subsection (1) must (among other things)—

    (a)    include details relating to the computation model used to calculate fees payable under section 84, including details of factors mentioned in subsection (2)(a)(ii) of that section (if any),

    (b)    include details about the meaning of "qualifying worldwide revenue" and "qualifying period" for the purposes of this Part, and

    (c)    specify the threshold figure contained in regulations under section 86.

(4) Before making or revising such a statement of principles, OFCOM must consult such persons as they consider appropriate.

(5) Such a statement of principles may make different provision in relation to different kinds of regulated services.

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 52 of 147

2

*Online Safety Act 2023 (c. 50)*
*PART 6 – Duties of providers of regulated services: fees*
*Document Generated: 2025-10-28*

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 88. (See end of Document for details)

(6) OFCOM must publish such a statement of principles (and any revised or replacement statement).

(7) As soon as reasonably practicable after the end of each charging year, OFCOM must publish a statement setting out, in respect of that year—

   (a)  the aggregate amount of the fees payable under section 84 for that year that has been received by OFCOM,

   (b)  the aggregate amount of the fees payable under that section for that year that remains outstanding and is likely to be paid or recovered, and

   (c)  the cost to OFCOM of the exercise of their online safety functions.

(8) Any deficit or surplus shown (after applying this subsection for all previous years) by a statement under subsection (7) must be carried forward and taken into account in determining what is required to satisfy the requirement imposed by virtue of subsection (2)(a) in relation to the following year.

(9) For the purposes of this section OFCOM's costs of the exercise of their online safety functions during a charging year include the costs of preparations for the exercise of their online safety functions incurred during that year.

**Commencement Information**

I1    S. 88 not in force at Royal Assent, see **s. 240(1)**

I2    S. 88 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 88.



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 1

GENERAL DUTIES

**91    General duties of OFCOM under section 3 of the Communications Act**

(1) Section 3 of the Communications Act (general duties of OFCOM) is amended in accordance with subsections (2) to (8).

(2) In subsection (2), after paragraph (f) insert—

> "(g)    the adequate protection of citizens from harm presented by content on regulated services, through the appropriate use by providers of such services of systems and processes designed to reduce the risk of such harm."

(3) In subsection (4)(c), at the beginning insert "(subject to subsection (5A))".

(4) After subsection (4) insert—

> "(4A) In performing their duties under subsection (1) in relation to matters to which subsection (2)(g) is relevant, OFCOM must have regard to such of the following as appear to them to be relevant in the circumstances—
>> (a)    the risk of harm to citizens presented by regulated services;
>> (b)    the need for a higher level of protection for children than for adults;
>> (c)    the need for it to be clear to providers of regulated services how they may comply with their duties set out in Chapter 2, 3, 4 or 5 of Part 3, Chapter 1, 3 or 4 of Part 4, or Part 5 of the Online Safety Act 2023;
>> (d)    the need to exercise their functions so as to secure that providers of regulated services may comply with such duties by taking measures,

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 55 of 147

2                                                                          *Online Safety Act 2023 (c. 50)*
                                                    *PART 7 – OFCOM's powers and duties in relation to regulated services*
                                                                                   *CHAPTER 1 – General duties*
                                                                           *Document Generated: 2025-11-13*

or using measures, systems or processes, which are (where relevant) proportionate to—

  (i) the size or capacity of the provider in question, and

  (ii) the level of risk of harm presented by the service in question, and the severity of the potential harm;

(e)  the desirability of promoting the use by providers of regulated services of technologies which are designed to reduce the risk of harm to citizens presented by content on regulated services;

(f)  the extent to which providers of regulated services demonstrate, in a way that is transparent and accountable, that they are complying with their duties set out in Chapter 2, 3, 4 or 5 of Part 3, Chapter 1, 3 or 4 of Part 4, or Part 5 of the Online Safety Act 2023."

(5) After subsection (5) insert—

"(5A) Subsection (4)(c) does not apply in relation to the carrying out of any of OFCOM's online safety functions."

(6) After subsection (6) insert—

"(6ZA) Where it appears to OFCOM, in relation to the carrying out of any of their online safety functions, that any of their general duties conflict with their duty under section 24, priority must be given to their duty under that section."

(7) In subsection (14), at the appropriate places insert—

""content on regulated services" means—

  (a)  regulated user-generated content present on regulated services,

  (b)  search content of regulated services,

  (c)  fraudulent advertisements present on regulated services, and

  (d)  regulated provider pornographic content present on regulated services;";

""online safety functions" has the meaning given by section 235 of the Online Safety Act 2023, except that it does not include OFCOM's general duties;".

(8) After subsection (14) insert—

"(15) In this section the following terms have the same meaning as in the Online Safety Act 2023—

  "content" (see section 236 of that Act);

  "fraudulent advertisement" (see sections 38 and 39 of that Act);

  "harm" (see section 234 of that Act);

  "provider", in relation to a regulated service (see section 226 of that Act);

  "regulated user-generated content" (see section 55 of that Act);

  "regulated provider pornographic content" (see section 79 of that Act);

  "regulated service" (see section 4 of that Act);

  "search content" (see section 57 of that Act)."

(9) In section 6 of the Communications Act (duties to review regulatory burdens)—

  (a)  in subsection (2), after "this section" insert "(except their online safety functions)", and

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 56 of 147

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 1 – General duties*
*Document Generated: 2025-11-13*

3

***Changes to legislation:*** *There are currently no known outstanding effects for the Online Safety Act 2023, Section 91. (See end of Document for details)*

    (b)   after subsection (10) insert—

"(11) In this section "online safety functions" has the same meaning as in section 3."

**Commencement Information**

I1    S. 91 in force at Royal Assent, see **s. 240(4)(n)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 91.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 100. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 4

INFORMATION

*Information powers and information notices*

**100    Power to require information**

(1) OFCOM may by notice under this subsection require a person within subsection (5) to provide them with any information that they require for the purpose of exercising, or deciding whether to exercise, any of their online safety functions.

(2) The power conferred by subsection (1) includes power to require a person within subsection (5) to—
    (a)    obtain or generate information;
    (b)    provide information about the use of a service by a named individual.

(3) The power conferred by subsection (1) also includes power to require a person within any of paragraphs (a) to (d) of subsection (5) to take steps so that a person authorised by OFCOM is able to view remotely—
    (a)    information demonstrating in real time the operation of systems, processes or features, including functionalities and algorithms, used by a service;
    (b)    information generated by a service in real time by the performance of a test or demonstration of a kind required by a notice under subsection (1).

(4) But the power conferred by subsection (1) must be exercised in a way that is proportionate to the use to which the information is to be put in the exercise of OFCOM's functions.

(5) The persons within this subsection are—

  (a) a provider of a user-to-user service or a search service,

  (b) a provider of an internet service on which regulated provider pornographic content is published or displayed,

  (c) a person who provides an ancillary service (within the meaning of section 144) in relation to a regulated service (see subsections (11) and (12) of that section),

  (d) a person who provides an access facility (within the meaning of section 146) in relation to a regulated service (see subsections (10) and (11) of that section),

  (e) a person who was within any of paragraphs (a) to (d) at a time to which the required information relates, and

  (f) a person not within any of paragraphs (a) to (e) who appears to OFCOM to have, or to be able to generate or obtain, information required by them as mentioned in subsection (1).

(6) The information that may be required by OFCOM under subsection (1) includes, in particular, information that they require for any one or more of the following purposes—

  (a) the purpose of assessing compliance with—

    (i) any duty or requirement set out in Chapter 2, 3, 4 or 5 of Part 3,

    (ii) any duty set out in section 64 (user identity verification),

    (iii) any requirement under section 66 (reporting CSEA content),

    (iv) any duty set out in section 71 or 72 (terms of service),

    (v) any duty set out in section 75 (deceased child users),

    (vi) any requirement relating to transparency reporting (see section 77(3) and (4)), or

    (vii) any duty set out in section 81 (provider pornographic content);

  (b) the purpose of assessing compliance with a requirement under section 83 (duty to notify OFCOM in relation to the charging of fees);

  (c) the purpose of a consultation about a threshold figure as mentioned in section 86 (threshold figure for the purposes of charging fees);

  (d) the purpose of ascertaining the amount of a person's qualifying worldwide revenue for the purposes of—

    (i) Part 6 (fees), or

    (ii) paragraph 4 or 5 of Schedule 13 (amount of penalties etc);

  (e) the purpose of assessing compliance with any requirements imposed on a person by—

    (i) a notice under section 121(1) (notices to deal with terrorism content and CSEA content), or

    (ii) a confirmation decision;

  (f) the purpose of assessing the accuracy and effectiveness of technology required to be used by—

    (i) a notice under section 121(1), or

    (ii) a confirmation decision;

  (g) the purpose of assessing whether to give a notice under section 121(1) relating to the development or sourcing of technology (see subsections (2)(b) and (3) (b) of that section);

  (h) the purpose of dealing with complaints made to OFCOM under section 169 (super-complaints);

---

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 100. (See end of Document for details)

---

    (i)    the purpose of OFCOM's advice to the Secretary of State about provision to be made by regulations under paragraph 1 of Schedule 11 (threshold conditions for categories of Part 3 services);

    (j)    the purpose of determining whether a Part 3 service meets threshold conditions specified in regulations under paragraph 1 of Schedule 11;

    (k)    the purpose of preparing a code of practice under section 41;

    (l)    the purpose of preparing guidance in relation to online safety matters;

    (m)    the purpose of carrying out research, or preparing a report, in relation to online safety matters;

    (n)    the purpose of complying with OFCOM's duties under section 11 of the Communications Act, so far as relating to regulated services (media literacy).

[F1](7) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(8) The reference in subsection (3) to a person authorised by OFCOM is to a person authorised by OFCOM in writing for the purposes of notices that impose requirements of a kind mentioned in that subsection, and such a person must produce evidence of their identity if requested to do so by a person in receipt of such a notice.

[[F2](8A) The power to give a notice conferred by subsection (1) does not include power to require processing of personal data that would contravene the data protection legislation (but in determining whether processing of personal data would do so, the duty imposed by the notice is to be taken into account).]

(9) The power conferred by subsection (1) does not include power to require the provision of information in respect of which a claim to legal professional privilege, or (in Scotland) to confidentiality of communications, could be maintained in legal proceedings.

(10) In this section—

    "information" includes documents, and any reference to providing information includes a reference to producing a document (and see also section 102(11));

    "regulated provider pornographic content" and "published or displayed" have the same meaning as in Part 5 (see section 79).

---

**Textual Amendments**

**F1**    S. 100(7) omitted (30.9.2025) by virtue of Data (Use and Access) Act 2025 (c. 18), **ss. 124(2)(a),** 142(1); S.I. 2025/982, reg. 2

**F2**    S. 100(8A) inserted (30.9.2025) by Data (Use and Access) Act 2025 (c. 18), **ss. 124(2)(b),** 142(1); S.I. 2025/982, reg. 2

**Commencement Information**

**I1**    S. 100 not in force at Royal Assent, see **s. 240(1)**

**I2**    S. 100(1)-(5) in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z5)**

**I3**    S. 100(6)(a)(i) in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z5)**

**I4**    S. 100(6)(a)(iv) in force at 10.1.2024 for specified purposes by S.I. 2023/1420, **reg. 2(z5)**

**I5**    S. 100(6)(a)(vi) in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z5)**

**I6**    S. 100(6)(a)(vii) in force at 17.1.2025 by S.I. 2024/1333, **reg. 2(1)(b)**

**I7**    S. 100(6)(b)-(n) in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z5)**

**I8**    S. 100(7)-(10) in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z5)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 100.



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 4

INFORMATION

*Information powers and information notices*

**102    Information notices**

(1) A notice given under section **[F1**101(C1) or (1)**]** or 101(1) is referred to in this Act as an information notice.

(2) An information notice may require information in any form (including in electronic form).

(3) An information notice **[F2**under section 100(1) or 101(1)**]** must—

    (a)   specify or describe the information to be provided,

    (b)   specify why OFCOM require the information,

    (c)   specify the form and manner in which it must be provided, **F3**...

  **[F4**(ca)   specify when the information must be provided (which may be on or by a specified date, within a specified period, or at specified intervals), and**]**

    (d)   contain information about the consequences of not complying with the notice.

**F5**(4) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(5) An information notice requiring a person to take steps of a kind mentioned in section 100(3) must give the person at least seven days' notice before the steps are required to be taken.

2

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 4 – Information*
*Document Generated: 2025-11-13*

[**F6**(5A) An information notice under section 101(C1) must—

    (a)   specify or describe the information to be retained,

    (b)   specify why OFCOM require the information to be retained,

    (c)   require the information to be retained for the period of one year beginning with the date of the notice,

    (d)   require the person to whom the notice is given—

        (i)   if the child to whom the notice relates used the service in question, to notify OFCOM by a specified date of steps taken to ensure the retention of information;

        (ii)   if the child did not use the service, or the person does not hold any information of the kind required, to notify OFCOM of that fact by a specified date, and

    (e)   contain information about the consequences of not complying with the notice.

(5B) If OFCOM give an information notice to a person under section 101(C1), they may, in response to information received from the investigating authority, extend the period for which the person is required to retain information by a maximum period of six months.

(5C) The power conferred by subsection (5B) is exercisable—

    (a)   by giving the person a notice varying the notice under section 101(C1) and stating the further period for which information must be retained and the reason for the extension;

    (b)   any number of times.]

(6) An information notice may specify a place at which, and a person to whom, information is to be provided.

(7) A person to whom a document is produced in response to an information notice may—

    (a)   take copies of, or extracts from, the document;

    (b)   require the person producing the document, or a person who is or was an officer of that person, or (in the case of a partnership) a person who is or was a partner, to give an explanation of it.

(8) A person to whom an information notice is given has a duty—

    (a)   to act in accordance with the requirements of the notice, and

    (b)   to ensure that the information provided is accurate in all material respects.

(9) OFCOM may cancel an information notice by notice to the person to whom it was given.

[**F7**(9A) OFCOM must cancel an information notice under section 101(C1) by notice to the person to whom it was given if advised by the investigating authority that the information in question no longer needs to be retained.]

(10) In this section—

        "information" includes documents, and any reference to providing information includes a reference to producing a document;

        [**F8**"the investigating authority" has the same meaning as in section 101;]

        "officer", in relation to an entity, includes a director, a manager, an associate, a secretary or, where the affairs of the entity are managed by its members, a member.

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 64 of 147

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 4 – Information*
*Document Generated: 2025-11-13*

3

***Changes to legislation:*** *There are currently no known outstanding effects for*
*the Online Safety Act 2023, Section 102. (See end of Document for details)*

(11) In relation to information recorded otherwise than in a legible form, references in this section to producing a document are to producing a copy of the information—

  (a)  in a legible form, or
  (b)  in a form from which it can readily be produced in a legible form.

---

**Textual Amendments**

**F1**  Words in s. 102(1) substituted (30.9.2025) by Data (Use and Access) Act 2025 (c. 18), **ss. 124(4)(a)**, 142(1); S.I. 2025/982, reg. 2

**F2**  Words in s. 102(3) inserted (30.9.2025) by Data (Use and Access) Act 2025 (c. 18), **ss. 124(4)(b)(i)**, 142(1); S.I. 2025/982, reg. 2

**F3**  Word in s. 102(3)(c) omitted (30.9.2025) by virtue of Data (Use and Access) Act 2025 (c. 18), **ss. 124(4)(b)(ii)**, 142(1); S.I. 2025/982, reg. 2

**F4**  S. 102(3)(ca) inserted (30.9.2025) by Data (Use and Access) Act 2025 (c. 18), **ss. 124(4)(b)(iii)**, 142(1); S.I. 2025/982, reg. 2

**F5**  S. 102(4) omitted (30.9.2025) by virtue of Data (Use and Access) Act 2025 (c. 18), **ss. 124(4)(c)**, 142(1); S.I. 2025/982, reg. 2

**F6**  S. 102(5A)-(5C) inserted (30.9.2025) by Data (Use and Access) Act 2025 (c. 18), **ss. 124(4)(d)**, 142(1); S.I. 2025/982, reg. 2

**F7**  S. 102(9A) inserted (30.9.2025) by Data (Use and Access) Act 2025 (c. 18), **ss. 124(4)(e)**, 142(1); S.I. 2025/982, reg. 2

**F8**  Words in s. 102(10) inserted (30.9.2025) by Data (Use and Access) Act 2025 (c. 18), **ss. 124(4)(f)**, 142(1); S.I. 2025/982, reg. 2

**Commencement Information**

**I1**  S. 102 not in force at Royal Assent, see **s. 240(1)**

**I2**  S. 102 in force at 10.1.2024 for specified purposes by S.I. 2023/1420, **reg. 2(z6)**

**I3**  S. 102 in force at 1.4.2024 by S.I. 2023/1420, **reg. 3(b)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 102.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 105. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 4

INFORMATION

*Investigations and interviews*

### 105    Investigations

(1) If OFCOM open an investigation into whether a provider of a regulated service has
failed, or is failing, to comply with any requirement mentioned in subsection (2), the
provider must co-operate fully with the investigation.

(2) The requirements are—

    (a)   a requirement imposed by a notice under section 121(1) (notices to deal with
terrorism content and CSEA content), and

    (b)   an enforceable requirement as defined in section 131 (except the requirement
in subsection (1) of this section).

**Commencement Information**

I1    S. 105 not in force at Royal Assent, see **s. 240(1)**

I2    S. 105 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z9)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 105.



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 4

INFORMATION

*Investigations and interviews*

**106    Power to require interviews**

(1) The power conferred by this section is exercisable by OFCOM for the purposes of
an investigation that they are carrying out into the failure, or possible failure, of a
provider of a regulated service to comply with a relevant requirement.

(2) OFCOM may give an individual within subsection (4) a notice requiring the
individual—

    (a)    to attend at a time and place specified in the notice, and

    (b)    to answer questions and provide explanations about any matter relevant to the
investigation.

(3) A notice under this section must—

    (a)    indicate the subject matter and purpose of the interview, and

    (b)    contain information about the consequences of not complying with the notice.

(4) The individuals within this subsection are—

    (a)    if the provider of the service is an individual or individuals, that individual
or those individuals,

    (b)    an officer of the provider of the service,

    (c)    if the provider of the service is a partnership, a partner,

2

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 4 – Information*
*Document Generated: 2025-11-13*

    (d)   an employee of the provider of the service, and

    (e)   an individual who was within any of paragraphs (a) to (d) at a time to which the required information or explanation relates.

(5) If OFCOM give a notice to an individual within subsection (4)(b), (c) or (d), they must give a copy of the notice to the provider of the service.

(6) An individual is not required under this section to disclose information in respect of which a claim to legal professional privilege, or (in Scotland) to confidentiality of communications, could be maintained in legal proceedings.

(7) In this section—

    "officer", in relation to an entity, includes a director, a manager, an associate, a secretary or, where the affairs of the entity are managed by its members, a member;

    "relevant requirement" has the meaning given by section 104(13).

**Commencement Information**

**I1**    S. 106 not in force at Royal Assent, see **s. 240(1)**

**I2**    S. 106 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z9)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 106.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 109. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 4

INFORMATION

*Information offences and penalties*

**109      Offences in connection with information notices**

(1) A person commits an offence if the person fails to comply with a requirement of an information notice.

(2) It is a defence for a person charged with an offence under subsection (1) to show that—

    (a)   it was not reasonably practicable to comply with the requirements of the information notice at the time required by the notice, but

    (b)   the person has subsequently taken [**F1**all of the steps that it was reasonable, and reasonably practicable, to take**]** to comply with those requirements.

(3) A person commits an offence if, in response to an information notice—

    (a)   the person provides information that is false in a material respect, and

    (b)   at the time the person provides it, the person knows that it is false in a material respect or is reckless as to whether it is false in a material respect.

(4) A person commits an offence if, in response to an information notice, the person—

    (a)   provides information which is encrypted such that it is not possible for OFCOM to understand it, or produces a document which is encrypted such that it is not possible for OFCOM to understand the information it contains, and

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 72 of 147

2

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 4 – Information*
*Document Generated: 2025-11-12*

    (b)    the person's intention was to prevent OFCOM from understanding such information.

(5) A person commits an offence if—

    (a)    the person suppresses, destroys or alters, or causes or permits the suppression, destruction or alteration of, any information required to be provided, or document required to be produced, by an information notice, and

    (b)    the person's intention was to prevent OFCOM from being provided with the information or document or (as the case may be) from being provided with it as it was before the alteration.

**[F2**(6A) A person who is given an information notice under section 101(C1) commits an offence if—

    (a)    the person deletes or alters, or causes or permits the deletion or alteration of, any information required by the notice to be retained, and

    (b)    the person's intention was to prevent the information being available, or (as the case may be) to prevent it being available in unaltered form, for the purposes of any official investigation into the death of the child to whom the notice relates.

(6B) For the purposes of subsection (6A) information has been deleted if it is irrecoverable (however that occurred).**]**

(6) The reference in subsection (5) to suppressing information or a document includes a reference to destroying the means of reproducing information recorded otherwise than in a legible form.

(7) Offences under this section may be committed only in relation to an information notice which—

    (a)    relates to—

        (i) a user-to-user service,

        (ii) a search service, or

        (iii) an internet service on which regulated provider pornographic content is published or displayed; and

    (b)    is given to the provider of that service.

(8) If a person is convicted of an offence under this section, the court may, on an application by the prosecutor, make an order requiring the person to comply with a requirement of an information notice within such period as may be specified by the order.

(9) See also section 201 (supplementary provision about defences).

(10) In this section, "regulated provider pornographic content" and "published or displayed" have the same meaning as in Part 5 (see section 79).

**Textual Amendments**

**F1**    Words in s. 109(2)(b) substituted (30.9.2025) by Data (Use and Access) Act 2025 (c. 18), **ss. 124(5)(a)**, 142(1); S.I. 2025/982, reg. 2

**F2**    S. 109(6A)(6B) inserted (30.9.2025) by Data (Use and Access) Act 2025 (c. 18), **ss. 124(5)(b)**, 142(1); S.I. 2025/982, reg. 2

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 73 of 147

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 4 – Information*
*Document Generated: 2025-11-12*

3

***Changes to legislation:*** *There are currently no known outstanding effects for*
*the Online Safety Act 2023, Section 109. (See end of Document for details)*

**Commencement Information**

I1    S. 109 not in force at Royal Assent, see **s. 240(1)**
I2    S. 109 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z11)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 109.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 113. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 4

INFORMATION

*Information offences and penalties*

**113    Penalties for information offences**

(1) A person who commits an offence under section 109(1), 110(2) or 111(1) is liable—

    (a)  on summary conviction in England and Wales, to a fine;

    (b)  on summary conviction in Scotland or Northern Ireland, to a fine not exceeding the statutory maximum;

    (c)  on conviction on indictment, to a fine.

(2) A person who commits an offence under section 109(3), [**F1**(4), (5) or (6A)], 110(4), [**F2**(5), (6) or (6A)], 111(2) or (3) or 112(1) is liable—

    (a)  on summary conviction in England and Wales, to imprisonment for a term not exceeding the general limit in a magistrates' court or a fine (or both);

    (b)  on summary conviction in Scotland, to imprisonment for a term not exceeding 12 months or a fine not exceeding the statutory maximum (or both);

    (c)  on summary conviction in Northern Ireland, to imprisonment for a term not exceeding 6 months or a fine not exceeding the statutory maximum (or both);

    (d)  on conviction on indictment, to imprisonment for a term not exceeding 2 years or a fine (or both).

(3) A person who commits an offence under section 112(2) or (3) is liable—

    (a)  on summary conviction in England and Wales, to a fine;

*Changes to legislation:* There are currently no known outstanding effects for
*the Online Safety Act 2023, Section 113. (See end of Document for details)*

    (b)   on summary conviction in Scotland, to a fine not exceeding level 5 on the standard scale;

    (c)   on summary conviction in Northern Ireland, to a fine not exceeding level 5 on the standard scale.

**Textual Amendments**

**F1**   Words in s. 113(2) substituted (30.9.2025) by Data (Use and Access) Act 2025 (c. 18), **ss. 124(7)(a)**, 142(1); S.I. 2025/982, reg. 2

**F2**   Words in s. 113(2) substituted (30.9.2025) by Data (Use and Access) Act 2025 (c. 18), **ss. 124(7)(b)**, 142(1); S.I. 2025/982, reg. 2

**Commencement Information**

**I1**   S. 113 not in force at Royal Assent, see **s. 240(1)**

**I2**   S. 113 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z11)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 113.



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 6

ENFORCEMENT POWERS

*Provisional notices and confirmation decisions*

**130    Provisional notice of contravention**

(1) OFCOM may give a notice under this section (a "provisional notice of contravention")
relating to a regulated service to the provider of the service if they consider that
there are reasonable grounds for believing that the provider has failed, or is failing,
to comply with any enforceable requirement (see section 131) that applies in relation
to the service.

(2) OFCOM may also give a provisional notice of contravention to a person on either of
the grounds in subsection (3).

(3) The grounds are that—

(a)    the person has been given an information notice and OFCOM consider that
there are reasonable grounds for believing that the person has failed, or is
failing, to comply with either of the duties set out in section 102(8) (duties in
relation to information notices), or

(b)    the person is required by a skilled person appointed under section 104 to
give assistance to the skilled person, and OFCOM consider that there are
reasonable grounds for believing that the person has failed, or is failing, to
comply with the duty set out in subsection (7) of that section to give such
assistance.

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 79 of 147

2

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-10-31*

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 130. (See end of Document for details)

(4) A provisional notice of contravention given to a person must—

    (a) specify the duty or requirement with which (in OFCOM's opinion) the person has failed, or is failing, to comply, and

    (b) give OFCOM's reasons for their opinion that the person has failed, or is failing, to comply with it.

(5) A provisional notice of contravention may also contain details as mentioned in subsection (6) or (7), or both.

(6) A provisional notice of contravention may specify steps that OFCOM consider the person needs to take in order to—

    (a) comply with the duty or requirement, or

    (b) remedy the failure to comply with it.

(7) A provisional notice of contravention may state that OFCOM propose to impose a penalty on the person, and in such a case the notice must—

    (a) state the reasons why OFCOM propose to impose a penalty,

    (b) state whether OFCOM propose to impose a penalty of a single amount, a penalty calculated by reference to a daily rate, or both penalties (see section 137(1)),

    (c) indicate the amount of a penalty that OFCOM propose to impose, including (in relation to a penalty calculated by reference to a daily rate) the daily rate and how the penalty would be calculated,

    (d) in relation to a penalty calculated by reference to a daily rate, specify or describe the period for which OFCOM propose that the penalty should be payable, and

    (e) state the reasons for proposing a penalty of that amount, including any aggravating or mitigating factors that OFCOM propose to take into account.

(8) A provisional notice of contravention given to a person must—

    (a) state that the person may make representations to OFCOM (with any supporting evidence) about the matters contained in the notice, and

    (b) specify the period within which such representations may be made.

(9) A provisional notice of contravention may be given in respect of a failure to comply with more than one enforceable requirement.

(10) Where a provisional notice of contravention is given in respect of a continuing failure, the notice may be given in respect of any period during which the failure has continued, and must specify that period.

(11) Where a provisional notice of contravention is given to a person in respect of a failure to comply with a duty or requirement ("the first notice"), a further provisional notice of contravention in respect of a failure to comply with that same duty or requirement may be given to the person only—

    (a) in respect of a separate instance of the failure after the first notice was given,

    (b) where a period was specified in the first notice in accordance with subsection (10), in respect of the continuation of the failure after the end of that period, or

    (c) if the first notice has been withdrawn (without a confirmation decision being given to the person in respect of the failure).

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-10-31*

3

---

***Changes to legislation:*** *There are currently no known outstanding effects for*
*the Online Safety Act 2023, Section 130. (See end of Document for details)*

---

**Commencement Information**

I1    S. 130 not in force at Royal Assent, see **s. 240(1)**

I2    S. 130 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z17)**

*Online Safety Act 2023 (c. 50)*
*Document Generated: 2025-10-31*

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 130.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 131. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 6

ENFORCEMENT POWERS

*Provisional notices and confirmation decisions*

**131    Requirements enforceable by OFCOM against providers of regulated services**

(1) References in this Chapter to "enforceable requirements" are to—

    (a)    the duties or requirements set out in the provisions of this Act specified in the table in subsection (2), and

    (b)    the requirements mentioned in subsection (3).

(2) Here is the table—

| Provision | Subject matter |
| --- | --- |
| Section 9 | Illegal content risk assessments |
| Section 10 | Illegal content |
| Section 11 | Children's risk assessments |
| Section 12 | Children's online safety |
| Section 14 | Assessments related to duty in section 15(2) |
| Section 15 | User empowerment |
| Section 17 | Content of democratic importance |

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 83 of 147

2

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-10-28*

---

**Changes to legislation:** *There are currently no known outstanding effects for*
*the Online Safety Act 2023, Section 131. (See end of Document for details)*

---

| Provision | Subject matter |
|---|---|
| Section 18 | News publisher content |
| Section 19 | Journalistic content |
| Section 20 | Content reporting |
| Section 21 | Complaints procedures |
| Section 22 | Freedom of expression and privacy |
| Section 23 | Record-keeping and review |
| Section 26 | Illegal content risk assessments |
| Section 27 | Illegal content |
| Section 28 | Children's risk assessments |
| Section 29 | Children's online safety |
| Section 31 | Content reporting |
| Section 32 | Complaints procedures |
| Section 33 | Freedom of expression and privacy |
| Section 34 | Record-keeping and review |
| Section 36 | Children's access assessments |
| Section 38 | Fraudulent advertising |
| Section 39 | Fraudulent advertising |
| Section 64 | User identity verification |
| Section 66 | Reporting CSEA content to NCA |
| Section 71 | Acting against users only in accordance with terms of service |
| Section 72 | Terms of service |
| Section 75 | Information about use of service by deceased child users |
| Section 77(3) and (4) | Transparency reports |
| Section 81 | Provider pornographic content |
| Section 83 | Fees: notification of OFCOM |
| Section 102(8) | Information notices |
| Section 104(7) | Assistance to skilled person |
| Section 105(1) | Co-operation with investigation |

(3) The requirements referred to in subsection (1)(b) are—

    (a)    requirements of a notice under section 104(5)(a) to appoint a skilled person;

    (b)    requirements of a notice given by virtue of section 175(3) (duty to make public statement);

    (c)    requirements of a notice under section 175(5) (information in connection with circumstances presenting a threat);

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-10-28*

3

***Changes to legislation:*** *There are currently no known outstanding effects for*
*the Online Safety Act 2023, Section 131. (See end of Document for details)*

(d)   requirements imposed by a person acting—

(i) in the exercise of powers conferred by paragraph 2 of Schedule 12 (entry and inspection without warrant), or

(ii) in the execution of a warrant issued under paragraph 5 of that Schedule.

**Commencement Information**

**I1**   S. 131 not in force at Royal Assent, see **s. 240(1)**

**I2**   S. 131 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z17)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 131.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 132. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 6

ENFORCEMENT POWERS

*Provisional notices and confirmation decisions*

**132    Confirmation decisions**

(1) This section applies if—

    (a)    OFCOM have given a provisional notice of contravention to a person in
relation to a failure to comply with a duty or requirement (or with duties or
requirements), and

    (b)    the period allowed for representations has expired.

A duty or requirement to which the provisional notice of contravention relates is
referred to in this section as a "notified requirement".

(2) If, after considering any representations and evidence, OFCOM decide not to give the
person a notice under this section, they must inform the person of that fact.

(3) If OFCOM are satisfied that the person has failed, or has been failing, to comply with
a notified requirement, OFCOM may give the person a notice under this section (a
"confirmation decision") confirming that that is OFCOM's opinion.

(4) A confirmation decision and a notice under section 121(1) may be given in respect
of the same failure.

(5) A confirmation decision given to a person may—

    (a)    require the person to take steps as mentioned in section 133;

2

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-11-13*

---

***Changes to legislation:*** *There are currently no known outstanding effects for*
*the Online Safety Act 2023, Section 132. (See end of Document for details)*

---

    (b)    require the person to pay a penalty as mentioned in section 137;

    (c)    require the person to do both those things (or neither of them).

(6) See sections 134 and 135 for further provision which a confirmation decision may include in cases of failure to comply with duties about risk assessments or children's access assessments.

---

**Commencement Information**

**I1**    S. 132 not in force at Royal Assent, see **s. 240(1)**

**I2**    S. 132 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z17)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 132.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 133. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 6

ENFORCEMENT POWERS

*Provisional notices and confirmation decisions*

**133    Confirmation decisions: requirements to take steps**

(1) A confirmation decision may require the person to whom it is given to take such steps as OFCOM consider appropriate (including steps relating to the use of a system or process) for either or both of the following purposes—

    (a)    complying with a notified requirement;

    (b)    remedying the failure to comply with a notified requirement.

(2) But see section 136 in relation to OFCOM's power to include in a confirmation decision requirements as described in subsection (1) relating to the use of proactive technology.

(3) A confirmation decision may impose requirements as described in subsection (1) only in relation to the design or operation of a regulated service—

    (a)    in the United Kingdom, or

    (b)    as it affects United Kingdom users of the service.

(4) A confirmation decision that includes requirements as described in subsection (1) must—

    (a)    specify the steps that are required,

    (b)    give OFCOM's reasons for their decision to impose those requirements,

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 90 of 147

2

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-11-13*

   (c)    specify which of those requirements (if any) have been designated as CSEA requirements (see subsections (6) and (7)),

   (d)    specify each notified requirement to which the steps relate,

   (e)    specify the period during which the failure to comply with a notified requirement has occurred, and whether the failure is continuing,

   (f)    specify a reasonable period within which each of the steps specified in the decision must be taken or, if a step requires the use of a system or process, a reasonable period within which the system or process must begin to be used (but see subsection (5) in relation to information duties),

   (g)    (if relevant) specify the period for which a system or process must be used,

   (h)    contain details of the rights of appeal under section 168, and

   (i)    contain information about the consequences of not complying with the requirements included in the decision (including information about the further kinds of enforcement action that it would be open to OFCOM to take).

(5) A confirmation decision that requires a person to take steps for the purpose of complying with an information duty may require the person to take those steps immediately.

(6) If the condition in subsection (7) is met in relation to a requirement imposed by a confirmation decision which is of a kind described in subsection (1), OFCOM must designate the requirement as a "CSEA requirement" for the purposes of section 138(3) (offence of failure to comply with confirmation decision).

(7) The condition referred to in subsection (6) is that the requirement is imposed (whether or not exclusively) in relation to either or both of the following—

   (a)    a failure to comply with section 10(2)(a) or (3)(a) in respect of CSEA content, or in respect of priority illegal content which includes CSEA content;

   (b)    a failure to comply with section 10(2)(b) in respect of an offence specified in Schedule 6 (CSEA offences), or in respect of priority offences which include such an offence.

(8) A person to whom a confirmation decision is given has a duty to comply with requirements included in the decision which are of a kind described in subsection (1).

(9) The duty under subsection (8) is enforceable in civil proceedings by OFCOM—

   (a)    for an injunction,

   (b)    for specific performance of a statutory duty under section 45 of the Court of Session Act 1988, or

   (c)    for any other appropriate remedy or relief.

(10) In this section—

        "CSEA content", "priority illegal content" and "priority offence" have the same meaning as in Part 3 (see section 59);

        "information duty" means a duty set out in section 102(8);

        "notified requirement" has the meaning given by section 132.

**Commencement Information**

I1    S. 133 not in force at Royal Assent, see **s. 240(1)**

I2    S. 133 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z17)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 133.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 134. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 6

ENFORCEMENT POWERS

*Provisional notices and confirmation decisions*

**134    Confirmation decisions: risk assessments**

(1) This section applies if—

    (a)    OFCOM are satisfied that a provider of a Part 3 service has failed to comply with a risk assessment duty,

    (b)    based on evidence resulting from OFCOM's investigation into that failure, OFCOM have identified a risk of serious harm to individuals in the United Kingdom arising from a particular aspect of the service ("the identified risk"), and

    (c)    OFCOM consider that the identified risk is not effectively mitigated or managed.

(2) A confirmation decision given to the provider of the service—

    (a)    if the identified risk relates to matters required to be covered by an illegal content risk assessment, may include a determination that the duty set out in section 10(2)(b) or (c) or 27(2) (as the case may be) applies as if an illegal content risk assessment carried out by the provider had identified that risk;

    (b)    if the identified risk relates to matters required to be covered by a children's risk assessment, may include a determination that the duty set out in section 12(2)(a) or 29(2)(a) (as the case may be) applies as if a children's risk assessment carried out by the provider had identified that risk.

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 93 of 147

2

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-11-13*

(3) A confirmation decision which includes a determination as mentioned in subsection (2) must—

    (a)   give details of the identified risk,

    (b)   specify the duty to which the determination relates, and

    (c)   specify the date by which measures (at the provider's discretion) to comply with that duty must be taken or must begin to be used.

(4) A determination as mentioned in subsection (2) ceases to have effect on the date on which the provider of the service complies with the risk assessment duty with which the provider had previously failed to comply (and accordingly, from that date the duty to which the determination relates applies without the modification mentioned in that subsection).

(5) In this section—

       "children's risk assessment" has the meaning given by section 11 or 28 (as the case may be);

       "illegal content risk assessment" has the meaning given by section 9 or 26 (as the case may be);

       "risk assessment duty" means a duty set out in—

    (a)  section 9,

    (b)  section 11,

    (c)  section 26, or

    (d)  section 28.

---

**Commencement Information**

I1    S. 134 not in force at Royal Assent, see **s. 240(1)**

I2    S. 134 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z17)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 134.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 135. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 6

ENFORCEMENT POWERS

*Provisional notices and confirmation decisions*

**135    Confirmation decisions: children's access assessments**

(1) This section applies if OFCOM are satisfied that a provider of a Part 3 service has failed to comply with a duty set out in section 36 (duties about children's access assessments).

(2) If OFCOM include in a confirmation decision a requirement to take steps relating to the carrying out of a children's access assessment of a service, they must require that assessment to be completed within three months of the date of the confirmation decision.

(3) OFCOM may vary a confirmation decision which includes a requirement as mentioned in subsection (2) to extend the deadline for completion of a children's access assessment.

(4) Subsection (5) applies if, based on evidence that OFCOM have about a service resulting from their investigation into compliance with a duty set out in section 36, OFCOM consider that—

   (a)   it is possible for children to access the service or a part of it, and

   (b)   the child user condition is met in relation to—

        (i) the service, or

        (ii) a part of the service that it is possible for children to access.

2

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-11-13*

(5) OFCOM may include in the confirmation decision given to the provider of the service—

    (a) a determination that the duties set out in sections 11 and 12, or (as the case may be) sections 28 and 29, must be complied with—

        (i) from the date of the confirmation decision, or

        (ii) from a later date specified in that decision;

    (b) provision about the circumstances in which that determination may be treated as no longer applying in relation to the service.

(6) Subsection (4) is to be interpreted consistently with section 35.

(7) In this section, "children's access assessment" has the meaning given by section 35.

---

**Commencement Information**

I1    S. 135 not in force at Royal Assent, see **s. 240(1)**

I2    S. 135 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z17)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 135.



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 6

ENFORCEMENT POWERS

*Provisional notices and confirmation decisions*

**136    Confirmation decisions: proactive technology**

(1) This section sets out what powers OFCOM have to include in a confirmation decision a requirement to take steps to use a kind, or one of the kinds, of proactive technology specified in the decision (a "proactive technology requirement").

(2) A proactive technology requirement may be imposed in a confirmation decision if—

    (a)    the decision is given to the provider of an internet service within section 80(2), and

    (b)    the decision is imposed for the purpose of complying with, or remedying the failure to comply with, the duty set out in section 81(2) (provider pornographic content).

(3) The following provisions of this section set out constraints on OFCOM's power to include a proactive technology requirement in a confirmation decision in any case not within subsection (2).

(4) A proactive technology requirement may be imposed in a confirmation decision only if the decision is given to the provider of a Part 3 service.

(5) A proactive technology requirement may be imposed in a confirmation decision only for the purpose of complying with, or remedying the failure to comply with, any of the duties set out in—

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 99 of 147

2

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-11-13*

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 136. (See end of Document for details)

    (a)    section 10(2) or (3) (illegal content),

    (b)    section 12(2) or (3) (children's online safety),

    (c)    section 27(2) or (3) (illegal content),

    (d)    section 29(2) or (3) (children's online safety), or

    (e)    section 38(1) or 39(1) (fraudulent advertising).

(6) Proactive technology may be required to be used on or in relation to any Part 3 service or any part of such a service, but if and to the extent that the technology operates (or may operate) by analysing content that is user-generated content in relation to the service, or metadata relating to such content, the technology may not be required to be used except to analyse—

    (a)    user-generated content communicated publicly, and

    (b)    metadata relating to user-generated content communicated publicly.

(7) Before imposing a proactive technology requirement in relation to a service in a confirmation decision, OFCOM must particularly consider the matters mentioned in subsection (8), so far as they are relevant.

(8) The matters are as follows—

    (a)    the kind of service it is;

    (b)    the functionalities of the service;

    (c)    the user base of the service;

    (d)    the prevalence of relevant content on the service and the extent of its dissemination by means of the service, or (as the case may be) the prevalence of search content of the service that is relevant content;

    (e)    the level of risk of harm to individuals in the United Kingdom presented by relevant content present on the service, or (as the case may be) search content of the service that is relevant content, and the severity of that harm;

    (f)    the degree of accuracy, effectiveness and lack of bias achieved by the kind of technology specified in the decision;

    (g)    the extent to which the use of the kind of proactive technology specified in the decision would or might result in interference with users' right to freedom of expression within the law;

    (h)    the level of risk of the use of the kind of proactive technology specified in the decision resulting in a breach of any statutory provision or rule of law concerning privacy that is relevant to the use or operation of the service (including, but not limited to, any such provision or rule concerning the processing of personal data);

    (i)    whether the use of any less intrusive measures than the proactive technology specified in the decision would be likely to result in compliance with, or would be likely to effectively remedy the failure to comply with, the duty in question.

(9) A confirmation decision that imposes a proactive technology requirement on a provider may also impose requirements about review of the technology by the provider.

(10) A confirmation decision relating to a service which requires the use of technology of a kind mentioned in subsection (6) must identify the content, or parts of the service that include content, that OFCOM consider is communicated publicly on that service (see section 232).

(11) In this section—

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 100 of 147

*Online Safety Act 2023 (c. 50)*                                                    3
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-11-13*

**Changes to legislation:** *There are currently no known outstanding effects for the Online Safety Act 2023, Section 136. (See end of Document for details)*

"content that is harmful to children" has the same meaning as in Part 3 (see section 60);

"fraudulent advertisement" has the meaning given by section 38 or 39 (depending on the kind of service in question);

"illegal content" has the same meaning as in Part 3 (see section 59);

"relevant content" means illegal content, content that is harmful to children or content consisting of fraudulent advertisements, or any or all of those kinds of content (depending on the duties (as mentioned in subsection (5)) for the purposes of which the proactive technology requirement is imposed);

"search content" has the same meaning as in Part 3 (see section 57);

"user-generated content" has the meaning given by section 55 (see subsections (3) and (4) of that section).

**Commencement Information**

I1    S. 136 not in force at Royal Assent, see **s. 240(1)**
I2    S. 136(1)(2)(a)(3)-(11) in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z17)**
I3    S. 136(2)(b) in force at 17.1.2025 by S.I. 2024/1333, **reg. 2(1)(d)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 136.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 137. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 6

ENFORCEMENT POWERS

*Provisional notices and confirmation decisions*

**137    Confirmation decisions: penalties**

(1) A confirmation decision may require the person to whom it is given to do either or
both of the following, depending on what was proposed in the provisional notice of
contravention (see paragraph 3 of Schedule 13)—

   (a)    pay to OFCOM a penalty of a single amount in sterling determined by
          OFCOM (a "single penalty") and specified in the confirmation decision;

   (b)    if the confirmation decision includes a requirement of the kind described in
          section 133(1)(a) in respect of a continuous failure to comply with a notified
          requirement, pay a daily rate penalty to OFCOM if that same failure continues
          after the compliance date.

(2) A "daily rate penalty" means a penalty of an amount in sterling determined by OFCOM
and calculated by reference to a daily rate.

(3) A confirmation decision may impose separate single penalties for failure to comply
with separate notified requirements specified in the decision.

(4) Where a provisional notice of contravention is given in respect of a period of
continuing failure to comply with a notified requirement, no more than one single
penalty may be imposed by a confirmation decision in respect of the period of failure
specified in the provisional notice of contravention.

2

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-11-13*

(5) A confirmation decision that imposes a penalty must—

   (a)   give OFCOM's reasons for their decision to impose the penalty,

   (b)   specify each notified requirement to which the penalty relates,

   (c)   specify the period during which the failure to comply with a notified requirement has occurred, and whether the failure is continuing,

   (d)   state the reasons for the amount of the penalty, including any aggravating or mitigating factors that OFCOM have taken into account,

   (e)   specify a reasonable period within which the penalty must be paid,

   (f)   contain details of the rights of appeal under section 168, and

   (g)   contain information about the consequences of not paying the penalty (including information about the further kinds of enforcement action that it would be open to OFCOM to take).

(6) The period specified under subsection (5)(e) for the payment of a single penalty must be at least 28 days beginning with the day on which the confirmation decision is given.

(7) If a confirmation decision imposes a single penalty and a daily rate penalty, the information mentioned in subsection (5)(a), (b), (d) and (e) must be given in respect of each kind of penalty.

(8) As well as containing the information mentioned in subsection (5), a confirmation decision that imposes a daily rate penalty in respect of a continuous failure to comply with a notified requirement must—

   (a)   state the daily rate of the penalty and how the penalty is calculated;

   (b)   state that the person will be liable to pay the penalty if that same failure continues after the compliance date;

   (c)   state the date from which the penalty begins to be payable, which must not be earlier than the day after the compliance date;

   (d)   provide for the penalty to continue to be payable at the daily rate until—

      (i) the date on which the notified requirement is complied with,

      (ii) if the penalty is imposed in respect of a failure to comply with more than one notified requirement, the date on which the last of those requirements is complied with, or

      (iii) an earlier date specified in the confirmation decision.

(9) In this section—

   "compliance date", in relation to a notified requirement, means—

   (a)   in a case where the confirmation decision requires steps to be taken immediately to comply with that requirement (see section 133(5)), the date of the confirmation decision;

   (b)   in any other case, the last day of the period specified in the confirmation decision in accordance with section 133(4)(f) for compliance with that requirement;

   "notified requirement" has the meaning given by section 132.

---

**Commencement Information**

I1   S. 137 not in force at Royal Assent, see **s. 240(1)**

I2   S. 137 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z17)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 137.



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 6

ENFORCEMENT POWERS

*Provisional notices and confirmation decisions*

**138    Confirmation decisions: offences**

(1) A person to whom a confirmation decision is given commits an offence if, without reasonable excuse, the person fails to comply with a requirement imposed by the decision which—

    (a)    is of a kind described in section 133(1), and

    (b)    is imposed (whether or not exclusively) in relation to a failure to comply with a children's online safety duty.

(2) A "children's online safety duty" means a duty set out in—

    (a)    section 12(3)(a),

    (b)    section 12(3)(b),

    (c)    section 81(2), or

    (d)    section 81(4).

(3) A person to whom a confirmation decision is given commits an offence if, without reasonable excuse, the person fails to comply with a CSEA requirement imposed by the decision (see section 133(6) and (7)).

(4) A person who commits an offence under this section is liable—

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 106 of 147

2

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-10-28*

---

*Changes to legislation: There are currently no known outstanding effects for*
*the Online Safety Act 2023, Section 138. (See end of Document for details)*

---

    (a)    on summary conviction in England and Wales, to imprisonment for a term not exceeding the general limit in a magistrates' court or a fine (or both);

    (b)    on summary conviction in Scotland, to imprisonment for a term not exceeding 12 months or a fine not exceeding the statutory maximum (or both);

    (c)    on summary conviction in Northern Ireland, to imprisonment for a term not exceeding 6 months or a fine not exceeding the statutory maximum (or both);

    (d)    on conviction on indictment, to imprisonment for a term not exceeding 2 years or a fine (or both).

**Commencement Information**

**I1**    S. 138 not in force at Royal Assent, see **s. 240(1)**

**I2**    S. 138(1)(2)(a)(b)(3)(4) in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z17)**

**I3**    S. 138(2)(c)(d) in force at 17.1.2025 by S.I. 2024/1333, **reg. 2(1)(e)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 138.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 144. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 6

ENFORCEMENT POWERS

*Business disruption measures*

**144    Service restriction orders**

(1) OFCOM may apply to the court for an order under this section (a "service restriction order") in relation to a regulated service where they consider that—

    (a)    the grounds in subsection (3) apply in relation to the service, or

    (b)    in the case of a Part 3 service, the grounds in subsection (4) apply in relation to the service.

(2) A service restriction order is an order imposing requirements on one or more persons who provide an ancillary service (whether from within or outside the United Kingdom) in relation to a regulated service (see subsection (11)).

(3) The grounds mentioned in subsection (1)(a) are that—

    (a)    the provider of the regulated service has failed to comply with an enforceable requirement that applies in relation to the regulated service,

    (b)    the failure is continuing, and

    (c)    any of the following applies—

        (i) the provider has failed to comply with a requirement imposed by a confirmation decision that is of a kind described in section 133(1) relating to the failure;

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 109 of 147

2

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-11-13*

(ii) the provider has failed to pay a penalty imposed by a confirmation decision relating to the failure (and the confirmation decision did not impose any requirements of a kind described in section 133(1));

(iii) the provider would be likely to fail to comply with requirements imposed by a confirmation decision if given;

(iv) the circumstances of the failure or the risks of harm to individuals in the United Kingdom are such that it is appropriate to make the application without having given a provisional notice of contravention, without having given a confirmation decision, or (having given a confirmation decision imposing requirements) without waiting to ascertain compliance with those requirements.

(4) The grounds mentioned in subsection (1)(b) are that—

(a) the provider of the Part 3 service has failed to comply with a notice under section 121(1) that relates to the service (notices to deal with terrorism content and CSEA content), and

(b) the failure is continuing.

(5) An application by OFCOM for a service restriction order must—

(a) specify the regulated service in relation to which the application is made ("the relevant service"),

(b) specify the provider of that service ("the non-compliant provider"),

(c) specify the grounds on which the application is based, and contain evidence about those grounds,

(d) specify the persons on whom (in OFCOM's opinion) the requirements of the order should be imposed,

(e) contain evidence as to why OFCOM consider that the persons mentioned in paragraph (d) provide an ancillary service in relation to the relevant service, and specify any such ancillary service provided,

(f) specify the requirements which OFCOM consider that the order should impose on such persons, and

(g) in the case of an application made without notice having been given to the non-compliant provider, or to the persons mentioned in paragraph (d), state why no notice has been given.

(6) The court may make a service restriction order imposing requirements on a person in relation to the relevant service if the court is satisfied—

(a) as to the grounds in subsection (3) or the grounds in subsection (4) (as the case may be),

(b) that the person provides an ancillary service in relation to the relevant service,

(c) that it is appropriate to make the order for the purpose of preventing harm to individuals in the United Kingdom, and the order is proportionate to the risk of such harm,

(d) in the case of an application made on the ground in subsection (3)(c)(iii) or (iv), that it is appropriate to make the order before a provisional notice of contravention or confirmation decision has been given, or before compliance with requirements imposed by a confirmation decision has been ascertained (as the case may be), and

(e) if no notice of the application has been given to the non-compliant provider, or to the persons on whom requirements are being imposed, that it is appropriate to make the order without notice.

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-11-13*

3

(7) When considering whether to make a service restriction order in relation to the relevant service, and when considering what provision it should contain, the court must take into account (among other things) the rights and obligations of all relevant parties, including those of—

    (a)   the non-compliant provider,

    (b)   the person or persons on whom the court is considering imposing the requirements, and

    (c)   United Kingdom users of the relevant service.

(8) A service restriction order made in relation to the relevant service must—

    (a)   identify the non-compliant provider,

    (b)   identify the persons on whom the requirements are imposed, and any ancillary service to which the requirements relate,

    (c)   require such persons to take the steps specified in the order, or to put in place arrangements, that have the effect of withdrawing the ancillary service to the extent that it relates to the relevant service (or part of it), or preventing the ancillary service from promoting or displaying content that relates to the relevant service (or part of it) in any way,

    (d)   specify the date by which the requirements in the order must be complied with, and

    (e)   specify the date on which the order expires, or the period for which the order has effect.

(9) The steps that may be specified or arrangements that may be required to be put in place—

    (a)   include steps or arrangements that will or may require the termination of an agreement (whether or not made before the coming into force of this section), or the prohibition of the performance of such an agreement, and

    (b)   are limited, so far as that is possible, to steps or arrangements relating to the operation of the relevant service as it affects United Kingdom users.

(10) OFCOM must inform the Secretary of State as soon as reasonably practicable after a service restriction order has been made.

(11) For the purposes of this section, a service is an "ancillary service" in relation to a regulated service if the service facilitates the provision of the regulated service (or part of it), whether directly or indirectly, or displays or promotes content relating to the regulated service (or to part of it).

(12) Examples of ancillary services include—

    (a)   services, provided (directly or indirectly) in the course of a business, which enable funds to be transferred in relation to a regulated service,

    (b)   search engines which generate search results displaying or promoting content relating to a regulated service,

    (c)   user-to-user services which make content relating to a regulated service available to users, and

    (d)   services which use technology to facilitate the display of advertising on a regulated service (for example, an ad server or an ad network).

(13) In this section "the court" means—

    (a)   in England and Wales, the High Court or the county court,

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 111 of 147

4

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-11-13*

***Changes to legislation:*** *There are currently no known outstanding effects for*
*the Online Safety Act 2023, Section 144. (See end of Document for details)*

(b)    in Scotland, the Court of Session or a sheriff, and
(c)    in Northern Ireland, the High Court or a county court.

**Commencement Information**

I1      S. 144 not in force at Royal Assent, see **s. 240(1)**
I2      S. 144 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z17)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 144.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 145. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 6

ENFORCEMENT POWERS

*Business disruption measures*

**145    Interim service restriction orders**

(1) OFCOM may apply to the court for an interim order under this section (an "interim service restriction order") in relation to a regulated service where they consider that—

    (a)   the grounds in subsection (3) apply in relation to the service, or

    (b)   in the case of a Part 3 service, the grounds in subsection (4) apply in relation to the service.

(2) An interim service restriction order is an interim order imposing requirements on one or more persons who provide an ancillary service (whether from within or outside the United Kingdom) in relation to a regulated service (see subsection (9)).

(3) The grounds mentioned in subsection (1)(a) are that—

    (a)   it is likely that the provider of the regulated service is failing to comply with an enforceable requirement that applies in relation to the regulated service, and

    (b)   the level of risk of harm to individuals in the United Kingdom relating to the likely failure, and the nature and severity of that harm, are such that it would not be appropriate to wait to establish the failure before applying for the order.

(4) The grounds mentioned in subsection (1)(b) are that—

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 114 of 147

2
*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-11-13*

    (a)   it is likely that the provider of the Part 3 service is failing to comply with a notice under section 121(1) that relates to the service (notices to deal with terrorism content and CSEA content), and

    (b)   the level of risk of harm to individuals in the United Kingdom relating to the likely failure, and the nature and severity of that harm, are such that it would not be appropriate to wait to establish the failure before applying for the order.

(5) An application by OFCOM for an interim service restriction order must—

    (a)   specify the regulated service in relation to which the application is made ("the relevant service"),

    (b)   specify the provider of that service ("the non-compliant provider"),

    (c)   specify the grounds on which the application is based, and contain evidence about those grounds,

    (d)   specify the persons on whom (in OFCOM's opinion) the requirements of the order should be imposed,

    (e)   contain evidence as to why OFCOM consider that the persons mentioned in paragraph (d) provide an ancillary service in relation to the relevant service, and specify any such ancillary service provided,

    (f)   specify the requirements which OFCOM consider that the order should impose on such persons, and

    (g)   in the case of an application made without notice having been given to the non-compliant provider, or to the persons mentioned in paragraph (d), state why no notice has been given.

(6) The court may make an interim service restriction order imposing requirements on a person in relation to the relevant service if the court is satisfied—

    (a)   as to the ground in subsection (3)(a) or the ground in subsection (4)(a) (as the case may be),

    (b)   that the person provides an ancillary service in relation to the relevant service,

    (c)   that there are prima facie grounds to suggest that an application for a service restriction order under section 144 would be successful,

    (d)   that the level of risk of harm to individuals in the United Kingdom relating to the likely failure mentioned in subsection (3)(a) or (4)(a) (whichever applies), and the nature and severity of that harm, are such that it is not appropriate to wait for the failure to be established before making the order, and

    (e)   if no notice of the application has been given to the non-compliant provider, or to the persons on whom requirements are being imposed, that it is appropriate to make the order without notice.

(7) An interim service restriction order ceases to have effect on the earlier of—

    (a)   the date specified in the order, or the date on which the period specified in the order expires (as the case may be), and

    (b)   the date on which the court makes a service restriction order under section 144 in relation to the relevant service that imposes requirements on the same persons on whom requirements are imposed by the interim order, or dismisses the application for such an order.

(8) Subsections (7) to (10) of section 144 apply in relation to an interim service restriction order under this section as they apply in relation to a service restriction order under that section.

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 115 of 147

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-11-13*

3

***Changes to legislation:*** *There are currently no known outstanding effects for the Online Safety Act 2023, Section 145. (See end of Document for details)*

(9) In this section, "ancillary service" and "the court" have the same meaning as in section 144 (see subsections (11), (12) and (13) of that section).

**Commencement Information**

I1    S. 145 not in force at Royal Assent, see **s. 240(1)**

I2    S. 145 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z17)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 145.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 146. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 6

ENFORCEMENT POWERS

*Business disruption measures*

**146    Access restriction orders**

(1) OFCOM may apply to the court for an order under this section (an "access restriction order") in relation to a regulated service where they consider that—

    (a)   the grounds in section 144(3) or (4) apply in relation to the service, and

    (b)   either—

        (i) a service restriction order under section 144 or an interim service restriction order under section 145 has been made in relation to the failure, and it was not sufficient to prevent significant harm arising to individuals in the United Kingdom as a result of the failure, or

        (ii) the likely consequences of the failure are such that if a service restriction order or an interim service restriction order were to be made, it would be unlikely to be sufficient to prevent significant harm arising to individuals in the United Kingdom as a result of the failure,

and in this paragraph, "the failure" means the failure mentioned in section 144(3)(a) or (4)(a) (as the case may be).

(2) An access restriction order is an order imposing requirements on one or more persons who provide an access facility (whether from within or outside the United Kingdom) in relation to a regulated service (see subsection (10)).

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 118 of 147

2

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-10-31*

(3) An application by OFCOM for an access restriction order must—

   (a) specify the regulated service in relation to which the application is made ("the relevant service"),

   (b) specify the provider of that service ("the non-compliant provider"),

   (c) specify the grounds on which the application is based, and contain evidence about those grounds,

   (d) specify the persons on whom (in OFCOM's opinion) the requirements of the order should be imposed,

   (e) contain evidence as to why OFCOM consider that the persons mentioned in paragraph (d) provide an access facility in relation to the relevant service, and specify any such access facility provided,

   (f) specify the requirements which OFCOM consider that the order should impose on such persons, and

   (g) in the case of an application made without notice having been given to the non-compliant provider, or to the persons mentioned in paragraph (d), state why no notice has been given.

(4) The court may make an access restriction order imposing requirements on a person in relation to the relevant service if the court is satisfied—

   (a) as to the grounds in subsection (1),

   (b) that the person provides an access facility in relation to the relevant service,

   (c) that it is appropriate to make the order for the purpose of preventing significant harm to individuals in the United Kingdom, and the order is proportionate to the risk of such harm,

   (d) in the case of an application made on the ground in subsection (3)(c)(iii) or (iv) of section 144 (by virtue of subsection (1)(a)), that it is appropriate to make the order before a provisional notice of contravention or confirmation decision has been given, or before compliance with requirements imposed by a confirmation decision has been ascertained (as the case may be), and

   (e) if no notice of the application has been given to the non-compliant provider, or to the persons on whom requirements are being imposed, that it is appropriate to make the order without notice.

(5) When considering whether to make an access restriction order in relation to the relevant service, and when considering what provision it should contain, the court must take into account (among other things) the rights and obligations of all relevant parties, including those of—

   (a) the non-compliant provider,

   (b) the person or persons on whom the court is considering imposing the requirements, and

   (c) United Kingdom users of the relevant service.

(6) An access restriction order made in relation to the relevant service must—

   (a) identify the non-compliant provider,

   (b) identify the persons on whom the requirements are imposed, and any access facility to which the requirements relate,

   (c) require such persons to take the steps specified in the order, or to put in place arrangements, to withdraw, adapt or manipulate the access facility in order to impede users' access (by means of that facility) to the relevant service (or to part of it),

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-10-31*

3

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 146. (See end of Document for details)

    (d)   specify the date by which the requirements in the order must be complied with, and

    (e)   specify the date on which the order expires, or the period for which the order has effect.

(7) The steps that may be specified or arrangements that may be required to be put in place—

    (a)   include steps or arrangements that will or may require the termination of an agreement (whether or not made before the coming into force of this section), or the prohibition of the performance of such an agreement,

    (b)   are limited, so far as that is possible, to steps or arrangements that impede the access of United Kingdom users, and

    (c)   are limited, so far as that is possible, to steps or arrangements that do not affect such users' ability to access any other internet services.

(8) OFCOM must inform the Secretary of State as soon as reasonably practicable after an access restriction order has been made.

(9) Where a person who provides an access facility takes steps or puts in place arrangements required by an access restriction order, OFCOM may, by notice, require that person to (where possible) notify persons in the United Kingdom who attempt to access the relevant service via that facility of the access restriction order (and where a confirmation decision has been given to the non-compliant provider, the notification must refer to that decision).

(10) For the purposes of this section, a facility is an "access facility" in relation to a regulated service if the person who provides the facility is able to withdraw, adapt or manipulate it in such a way as to impede access (by means of that facility) to the regulated service (or to part of it) by United Kingdom users of that service.

(11) Examples of access facilities include—

    (a)   internet access services by means of which a regulated service is made available, and

    (b)   app stores through which a mobile app for a regulated service may be downloaded or otherwise accessed.

(12) In this section—

    "the court" means—

    (a)  in England and Wales, the High Court or the county court,

    (b)  in Scotland, the Court of Session or a sheriff, and

    (c)  in Northern Ireland, the High Court or a county court;

    "facility" means any kind of service, infrastructure or apparatus enabling users of a regulated service to access the regulated service;

    "internet access service" means a service that provides access to virtually all (or just some) of the end points of the internet.

**Commencement Information**

I1    S. 146 not in force at Royal Assent, see **s. 240(1)**

I2    S. 146 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z17)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 146.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 147. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 6

ENFORCEMENT POWERS

*Business disruption measures*

**147    Interim access restriction orders**

(1) OFCOM may apply to the court for an interim order under this section (an "interim access restriction order") in relation to a regulated service where they consider that—

    (a)   the grounds in section 145(3) or (4) apply in relation to the service, and

    (b)   either—

        (i) a service restriction order under section 144 or an interim service restriction order under section 145 has been made in relation to the likely failure, and it was not sufficient to prevent significant harm arising to individuals in the United Kingdom as a result of the failure, or

        (ii) the likely consequences of such a failure would be such that if a service restriction order or an interim service restriction order were to be made, it would be unlikely to be sufficient to prevent significant harm arising to individuals in the United Kingdom as a result of the failure,

and in this section, "the likely failure" means the likely failure mentioned in section 145(3)(a) or (4)(a) (as the case may be).

Case 1:25-cv-02880-RC    Document 8-9    Filed 12/01/25    Page 122 of 147

2

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-11-13*

(2) An interim access restriction order is an interim order imposing requirements on one or more persons who provide an access facility (whether from within or outside the United Kingdom) in relation to a regulated service (see subsection (8)).

(3) An application by OFCOM for an interim access restriction order must—

  (a) specify the regulated service in relation to which the application is made ("the relevant service"),

  (b) specify the provider of that service ("the non-compliant provider"),

  (c) specify the grounds on which the application is based, and contain evidence about those grounds,

  (d) specify the persons on whom (in OFCOM's opinion) the requirements of the order should be imposed,

  (e) contain evidence as to why OFCOM consider that the persons mentioned in paragraph (d) provide an access facility in relation to the relevant service, and specify any such access facility provided,

  (f) specify the requirements which OFCOM consider that the order should impose on such persons, and

  (g) in the case of an application made without notice having been given to the non-compliant provider, or to the persons mentioned in paragraph (d), state why no notice has been given.

(4) The court may make an interim access restriction order imposing requirements on a person in relation to the relevant service if the court is satisfied—

  (a) that the ground in section 145(3)(a) or (4)(a) (as the case may be) applies in relation to the service,

  (b) as to the ground in subsection (1)(b)(i) or (ii),

  (c) that the person provides an access facility in relation to the relevant service,

  (d) that there are prima facie grounds to suggest that an application for an access restriction order under section 146 would be successful,

  (e) that the level of risk of harm to individuals in the United Kingdom relating to the likely failure, and the nature and severity of that harm, are such that it is not appropriate to wait for the failure to be established before making the order, and

  (f) if no notice of the application has been given to the non-compliant provider, or to the persons on whom requirements are being imposed, that it is appropriate to make the order without notice.

(5) An interim access restriction order ceases to have effect on the earlier of—

  (a) the date specified in the order, or the date on which the period specified in the order expires (as the case may be), and

  (b) the date on which the court makes an access restriction order under section 146 in relation to the relevant service that imposes requirements on the same persons on whom requirements are imposed by the interim order, or dismisses an application for such an order.

(6) Subsections (5) to (8) of section 146 apply in relation to an interim access restriction order under this section as they apply in relation to an access restriction order under that section.

(7) Where a person who provides an access facility takes steps or puts in place arrangements required by an interim access restriction order, OFCOM may, by notice,

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-11-13*

3

**Changes to legislation:** *There are currently no known outstanding effects for*
*the Online Safety Act 2023, Section 147. (See end of Document for details)*

require that person to (where possible) notify persons in the United Kingdom who attempt to access the relevant service via that facility of the interim access restriction order.

(8) In this section, "access facility" and "the court" have the same meaning as in section 146 (see subsections (10), (11) and (12) of that section).

**Commencement Information**

I1    S. 147 not in force at Royal Assent, see **s. 240(1)**

I2    S. 147 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z17)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 147.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 148. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 7

OFCOM'S POWERS AND DUTIES IN RELATION TO REGULATED SERVICES

### CHAPTER 6

ENFORCEMENT POWERS

*Business disruption measures*

**148    Interaction with other action by OFCOM**

(1) Where OFCOM apply for a business disruption order in respect of a failure by a provider of a regulated service to comply with an enforceable requirement, nothing in sections 144 to 147 is to be taken to prevent OFCOM also giving the provider—

    (a)    a confirmation decision in respect of the failure, or

    (b)    a penalty notice under section 139 in relation to a confirmation decision in respect of the failure.

(2) Where OFCOM apply for a business disruption order in respect of a failure by a provider of a Part 3 service to comply with a notice under section 121(1) (notices to deal with terrorism content and CSEA content), nothing in sections 144 to 147 is to be taken to prevent OFCOM also giving the provider either or both of the following—

    (a)    a further notice under section 121(1) (see section 126);

    (b)    a penalty notice under section 140(5).

(3) In this section, a "business disruption order" means—

    (a)    a service restriction order under section 144,

    (b)    an interim service restriction order under section 145,

    (c)    an access restriction order under section 146, or

    (d)    an interim access restriction order under section 147.

2

*Online Safety Act 2023 (c. 50)*
*PART 7 – OFCOM's powers and duties in relation to regulated services*
*CHAPTER 6 – Enforcement powers*
*Document Generated: 2025-11-13*

*Changes to legislation: There are currently no known outstanding effects for*
*the Online Safety Act 2023, Section 148. (See end of Document for details)*

**Commencement Information**

I1    S. 148 not in force at Royal Assent, see **s. 240(1)**

I2    S. 148 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z17)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 148.



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 8

APPEALS AND SUPER-COMPLAINTS

### CHAPTER 1

APPEALS

**168    Appeals against OFCOM notices**

(1) An appeal to the Upper Tribunal against OFCOM's decision to give to a person—

    (a)   a notice under section 121(1) (notices to deal with terrorism content and CSEA content),

    (b)   a confirmation decision, or

    (c)   a penalty notice,

may be brought by any person with a sufficient interest in the decision.

(2) An appeal under subsection (1) by a person other than the person given the notice or decision in question may be brought only with the permission (or leave) of the Upper Tribunal.

(3) The Upper Tribunal must decide the appeal by applying the same principles as would be applied—

    (a)   by the High Court on an application for judicial review, or

    (b)   in Scotland, on an application to the supervisory jurisdiction of the Court of Session.

(4) On an appeal under this section, the Upper Tribunal may—

    (a)   dismiss the appeal, or

    (b)   quash the decision being challenged.

2

*Online Safety Act 2023 (c. 50)*
*PART 8 – Appeals and super-complaints*
*CHAPTER 1 – Appeals*
*Document Generated: 2025-10-19*

***Changes to legislation:*** *There are currently no known outstanding effects for*
*the Online Safety Act 2023, Section 168. (See end of Document for details)*

(5) Where a decision is quashed, the Upper Tribunal must remit the decision to OFCOM for reconsideration with such directions (if any) as the Tribunal considers appropriate.

(6) In this section "penalty notice" means a penalty notice under section 139, 140(5) or 141(6).

**Commencement Information**

I1    S. 168 not in force at Royal Assent, see **s. 240(1)**
I2    S. 168 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z20)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 168.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 204. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 11

SUPPLEMENTARY AND GENERAL

*Extra-territorial application*

**204    Extra-territorial application**

(1) References in this Act to an internet service, a user-to-user service or a search service include such a service provided from outside the United Kingdom (as well as such a service provided from within the United Kingdom).

(2) The power to require the production of documents by an information notice includes power to require the production of documents held outside the United Kingdom.

(3) The power conferred by section 106 includes power to require the attendance for interview of an individual who is outside the United Kingdom.

(4) Sections 133(9) and 150(11) (requirements enforceable in civil proceedings against a person) apply whether or not the person is in the United Kingdom.

---

**Commencement Information**

I1    S. 204(1) in force at Royal Assent, see **s. 240(4)(y)**

I2    S. 204(2)-(4) in force at 10.1.2024 for specified purposes by S.I. 2023/1420, **reg. 2(z25)**

*Online Safety Act 2023 (c. 50)*
*Document Generated: 2025-11-13*

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 204.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 205. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 11

SUPPLEMENTARY AND GENERAL

*Extra-territorial application*

**205    Offences: extra-territorial application and jurisdiction**

(1) Sections 69, 109 and 112 apply to acts done by a person in the United Kingdom or elsewhere (information offences).

(2) Section 110 applies to acts done by an individual in the United Kingdom or elsewhere (offences by senior managers of providers of regulated services).

(3) Section 138 applies to acts done by a person in the United Kingdom or elsewhere (offence of failure to comply with confirmation decision).

(4) Sections 202(2) and 203(5), so far as relating to an offence under a section specified in subsection (1) or (3) of this section, apply to acts done by an individual in the United Kingdom or elsewhere (liability of directors etc of providers of regulated services).

(5) In the case of an offence under section 69, 109, 110, 112 or 138 which is committed outside the United Kingdom—

    (a)    proceedings for the offence may be taken at any place in the United Kingdom, and

    (b)    the offence may for all incidental purposes be treated as having been committed at any such place.

(6) In the application of subsection (5) to Scotland, any such proceedings against a person may be taken—

    (a)    in any sheriff court district in which the person is apprehended or is in custody, or

    (b)    in such sheriff court district as the Lord Advocate may determine.

*Changes to legislation: There are currently no known outstanding effects for*
*the Online Safety Act 2023, Section 205. (See end of Document for details)*

(7) In this section—

"act" includes a failure to act;

"sheriff court district" is to be construed in accordance with the Criminal Procedure (Scotland) Act 1995 (see section 307(1) of that Act).

**Commencement Information**

I1    S. 205 not in force at Royal Assent, see **s. 240(1)**

I2    S. 205 in force at 10.1.2024 for specified purposes by S.I. 2023/1420, **reg. 2(z25)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 205.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 208. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

## PART 11

SUPPLEMENTARY AND GENERAL

*Service of notices*

**208    Service of notices**

(1) This section applies in relation to a notice that may or must be given by OFCOM to a person under any provision of this Act.

(2) OFCOM may give a notice to a person by—

    (a)    delivering it by hand to the person,

    (b)    leaving it at the person's proper address,

    (c)    sending it by post to the person at that address, or

    (d)    sending it by email to the person's email address.

(3) A notice to a body corporate may be given to any officer of that body.

(4) A notice to a partnership may be given to any partner or to a person who has the control or management of the partnership business.

(5) A notice to an entity that is not a legal person under the law under which it is formed (other than a partnership) may be given to any member of the governing body of the entity.

(6) In the case of a notice given to a person who is a provider of a regulated service, the person's proper address for the purposes of paragraphs (b) and (c) of subsection (2), and section 7 of the Interpretation Act 1978 in its application to those paragraphs, is any address (within or outside the United Kingdom) at which OFCOM believe, on reasonable grounds, that the notice will come to the attention of the person or (where the person is an entity) any director or other officer of that entity.

*Changes to legislation: There are currently no known outstanding effects for*
*the Online Safety Act 2023, Section 208. (See end of Document for details)*

(7) In the case of a notice given to a person other than a provider of a regulated service, a person's proper address for the purposes of paragraphs (b) and (c) of subsection (2), and section 7 of the Interpretation Act 1978 in its application to those paragraphs, is—

    (a) in the case of an entity, the address of the entity's registered or principal office;

    (b) in any other case, the person's last known address.

(8) In the case of an entity registered or carrying on business outside the United Kingdom, or with offices outside the United Kingdom, the reference in subsection (7) to its principal office includes its principal office in the United Kingdom or, if the entity has no office in the United Kingdom, any place in the United Kingdom at which OFCOM believe, on reasonable grounds, that the notice will come to the attention of any director or other officer of that entity.

(9) In the case of a notice given to an individual under section 106 (interviews), the reference in subsection (7) to the person's last known address is to the individual's home address or, if the individual is currently connected with a provider of a regulated service, the address of the provider's registered or principal office.

(10) For the purposes of subsection (2)(d), a person's email address is—

    (a) any email address published for the time being by that person as an address for contacting that person, or

    (b) if there is no such published address, any email address by means of which OFCOM believe, on reasonable grounds, that the notice will come to the attention of that person or (where that person is an entity) any director or other officer of that entity.

(11) A notice sent by email is treated as given 48 hours after it was sent, unless the contrary is proved.

(12) In this section—

    "director" includes any person occupying the position of a director, by whatever name called;

    "officer", in relation to an entity, includes a director, a manager, a partner, an associate, a secretary or, where the affairs of the entity are managed by its members, a member.

**Commencement Information**

I1    S. 208 not in force at Royal Assent, see **s. 240(1)**

I2    S. 208 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z27)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 208.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 227. (See end of Document for details)



# Online Safety Act 2023

## 2023 CHAPTER 50

### PART 12

#### INTERPRETATION AND FINAL PROVISIONS

*Interpretation*

**227    "User", "United Kingdom user" and "interested person"**

(1) For the purposes of this Act a user is a "United Kingdom user" of a service if—

    (a)    where the user is an individual, the individual is in the United Kingdom;

    (b)    where the user is an entity, the entity is incorporated or formed under the law of any part of the United Kingdom.

(2) For the purposes of references in this Act to a user of a service it does not matter whether a person is registered to use a service.

(3) References in this Act to a user of a service do not include references to any of the following when acting in the course of the provider's business—

    (a)    where the provider of the service is an individual or individuals, that individual or those individuals;

    (b)    where the provider is an entity, officers of the entity;

    (c)    persons who work for the provider (including as employees or volunteers);

    (d)    any other person providing a business service to the provider such as a contractor, consultant or auditor.

(4) In subsection (3) "acting in the course of the provider's business" means (as the case may be)—

    (a)    acting in the course of the provider's business of providing the service, or

    (b)    acting in the course of a business, trade, profession or other concern—

        (i) carried on (whether or not for profit) by the provider of the service, and

        (ii) for the purposes of which the service is provided.

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, Section 227. (See end of Document for details)

(5) In subsections (1) to (4) "service" (except in the term "business service") means internet service, user-to-user service or search service.

(6) In subsection (3) "officer" includes a director, manager, partner, associate, secretary or other similar officer.

(7) In this Act "interested person", in relation to a search service or a combined service, means a person that is responsible for a website or database capable of being searched by the search engine, provided that—

(a) in the case of an individual, the individual is in the United Kingdom;

(b) in the case of an entity, the entity is incorporated or formed under the law of any part of the United Kingdom.

**Commencement Information**

I1    S. 227 in force at Royal Assent, see **s. 240(z5)**

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, Section 227.

---

***Changes to legislation:*** *There are currently no known outstanding effects for
the Online Safety Act 2023, SCHEDULE 13. (See end of Document for details)*

---

# S C H E D U L E S

### SCHEDULE 13                              Section 143

### Penalties imposed by OFCOM under Chapter 6 of Part 7

*Meaning of "penalty" in this Schedule*

1          Except as otherwise indicated, references in this Schedule to a "penalty" are to any
           of the following—
           (a)   a penalty imposed by a confirmation decision (see sections 132(5)(b) and
                 137), whether that is—
                      (i) a penalty of a single amount, or
                      (ii) a penalty calculated by reference to a daily rate;
           (b)   a penalty imposed by a penalty notice under section 139;
           (c)   a penalty imposed by a penalty notice under section 140(5);
           (d)   a penalty imposed by a penalty notice under section 141(6).

---

**Commencement Information**
**I1**    Sch. 13 para. 1 not in force at Royal Assent, see **s. 240(1)**
**I2**    Sch. 13 para. 1 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z17)**(z36)

---

*Amount of penalties: principles*

2          (1) In determining the amount of a penalty to be imposed on a person, OFCOM must,
           in particular, take into account—
           (a)   any representations made, and evidence provided, by the person, and
           (b)   the effects of the failure (or failures) in respect of which the penalty is
                 imposed.

           (2) In the case of a penalty imposed by a confirmation decision, OFCOM must also take
           into account any representations made, and evidence provided, by any other person
           to whom the earlier provisional notice of contravention relating to the same matter
           was given.

           (3) OFCOM must also take into account—
           (a)   in the case of a penalty imposed by a confirmation decision, any steps taken
                 by the person towards—
                      (i) complying with any duty or requirement specified in the provisional
                      notice of contravention given to the person, or
                      (ii) remedying the failure to comply with any such duty or requirement;
           (b)   in the case of a penalty imposed by a penalty notice under section 139, any
                 steps taken by the person towards—

2

*Online Safety Act 2023 (c. 50)*
*SCHEDULE 13 – Penalties imposed by OFCOM under Chapter 6 of Part 7*
*Document Generated: 2025-10-17*

          (i) complying with any duty or requirement specified in the confirmation decision given to the person, or

          (ii) remedying the failure to comply with any such duty or requirement;

    (c) in the case of a penalty imposed by a penalty notice under section 140(5), any steps taken by the person towards complying with the notice under section 121(1);

    (d) in the case of a penalty imposed by a penalty notice under section 141(6), any steps taken by the person towards paying any amount of the fee due to OFCOM.

(4) A penalty must be of an amount that OFCOM consider to be—

    (a) appropriate, and

    (b) proportionate to the failure (or failures) in respect of which it is imposed.

(5) See also section 392 of the Communications Act (which requires OFCOM to produce guidelines about their determination of the amount of penalties that they impose).

---

**Commencement Information**

**I3**    Sch. 13 para. 2 not in force at Royal Assent, see **s. 240(1)**

**I4**    Sch. 13 para. 2 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z17)**(z36)

---

*Limitation to type and amount of penalties previously proposed*

3    (1) A confirmation decision or penalty notice may not impose a penalty of a different kind, of a greater amount or (in the case of a penalty calculated by reference to a daily rate) payable over a longer period than that proposed in the earlier notice in relation to the same matter.

    (2) Sub-paragraph (1) applies in a case where a provisional notice of contravention and confirmation decision in relation to the same matter are both given jointly (in accordance with Schedule 15) to the same entities, but does not otherwise apply in relation to a penalty for which two or more entities are jointly and severally liable.

    (3) In this paragraph "penalty notice" means a penalty notice under section 139, 140(5) or 141(6).

---

**Commencement Information**

**I5**    Sch. 13 para. 3 not in force at Royal Assent, see **s. 240(1)**

**I6**    Sch. 13 para. 3 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z17)**(z36)

---

*Maximum amount of penalties*

4    (1) Where a penalty is imposed on a person in respect of a regulated service provided by that person, the maximum amount of the penalty for which the person is liable is whichever is the greater of—

    (a) £18 million, and

    (b) 10% of the person's qualifying worldwide revenue for the person's most recent complete accounting period (subject to sub-paragraph (5)).

---

*Changes to legislation:* There are currently no known outstanding effects for
the Online Safety Act 2023, SCHEDULE 13. (See end of Document for details)

---

(2) But if the person does not have an accounting period, the maximum amount of the penalty for which the person is liable is £18 million.

(3) The maximum amount of a penalty for which a person not within sub-paragraph (1) is liable is £18 million.

(4) If the person's first accounting period has not yet ended, sub-paragraph (1)(b) is to be read as referring to 10% of the amount that OFCOM estimate to be the person's likely qualifying worldwide revenue for that period.

(5) If the duration of the accounting period by reference to which an amount of qualifying worldwide revenue is calculated is less than a year, the amount mentioned in sub-paragraph (1)(b) is to be proportionately increased.

If the duration of that accounting period is more than a year, that amount is to be proportionately reduced.

(6) The amount of a person's qualifying worldwide revenue for an accounting period is, in the event of a disagreement between the person and OFCOM, the amount determined by OFCOM.

(7) In the case of a confirmation decision that imposes a penalty of a single amount and a penalty calculated by reference to a daily rate, references in sub-paragraphs (1) to (3) to the maximum amount for which a person is liable are to the maximum amount of both those penalties taken together.

(8) In this paragraph "accounting period", in relation to a person, means a period in respect of which accounts are prepared in relation to that person or, where that person is an individual, in respect of that individual's business of providing a regulated service.

(9) Regulations made by OFCOM under section 85(1)(a) (including regulations making provision of a kind mentioned in section 85(3), (4) or (5)) apply for the purpose of determining the qualifying worldwide revenue of a provider of a regulated service for an accounting period as mentioned in this paragraph as they apply for the purpose of determining the qualifying worldwide revenue of a provider of a regulated service for a qualifying period for the purposes of Part 6.

---

**Commencement Information**

I7    Sch. 13 para. 4 not in force at Royal Assent, see **s. 240(1)**
I8    Sch. 13 para. 4 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z17)**(z36)

---

*Maximum amount of penalties: group of entities*

5    (1) This paragraph contains modifications of paragraph 4 in a case where, in accordance with Schedule 15, two or more entities are jointly and severally liable for a penalty.

(2) Sub-paragraphs (3) to (5) of this paragraph apply instead of paragraph 4(1) to (4).

(3) The maximum amount of the penalty for which the entities are liable is whichever is the greater of—

    (a)   £18 million, and

4

*Online Safety Act 2023 (c. 50)*
*SCHEDULE 13 – Penalties imposed by OFCOM under Chapter 6 of Part 7*
*Document Generated: 2025-10-17*

    (b)   10% of the qualifying worldwide revenue of the group of entities that consists of—

        (i)  the entity that is the provider of the regulated service to which the decision or notice in question relates ("entity E"), and

        (ii)  every other entity which (at the time the decision or notice is given) is a group undertaking in relation to entity E.

(4) In sub-paragraph (3)(b), the reference to the qualifying worldwide revenue of a group of entities is to—

    (a)   the amount of the group's qualifying worldwide revenue for the most recent complete accounting period of the entities liable for the penalty, or

    (b)   if the first accounting period of the entities liable for the penalty has not yet ended, the amount that OFCOM estimate to be the group's likely qualifying worldwide revenue for that period.

(5) In a case where the accounting periods of the entities liable for the penalty are different—

    (a)   the reference in sub-paragraph (4)(a) to the accounting period of the entities is to be read as a reference to the accounting period of any of the entities (at OFCOM's discretion), and

    (b)   sub-paragraph (4)(b) is to apply as if—

        (i)  for "the first accounting period of the entities" there were substituted "the first accounting period of all of the entities", and

        (ii)  for "that period" there were substituted "the accounting period of any of the entities (at OFCOM's discretion)".

(6) Sub-paragraphs (5), (6) and (7) of paragraph 4 are to be read with the necessary modifications in their application for the purposes of this paragraph.

(7) In this paragraph—

      "accounting period", in relation to an entity, means a period in respect of which accounts are prepared in relation to that entity;

      "group undertaking" has the meaning given by section 1161(5) of the Companies Act 2006.

(8) For the purposes of this paragraph, sections 1161(5) and 1162 of, and Schedule 7 to, the Companies Act 2006—

    (a)   are to apply in relation to an entity which is not an undertaking (as defined in section 1161(1) of that Act) as they apply in relation to an undertaking, and

    (b)   are to be read with any necessary modifications if applied to an entity formed under the law of a country outside the United Kingdom.

(9) OFCOM may by regulations make provision about how the qualifying worldwide revenue of a group of entities is to be determined for the purposes of this paragraph.

(10) Before making regulations under sub-paragraph (9) OFCOM must consult—

    (a)   the Secretary of State,

    (b)   the Treasury, and

    (c)   such other persons as OFCOM consider appropriate.

(11) Regulations under sub-paragraph (9) may make provision subject to such exemptions and exceptions as OFCOM consider appropriate.

***Changes to legislation:*** *There are currently no known outstanding effects for*
*the Online Safety Act 2023, SCHEDULE 13. (See end of Document for details)*

---

**Commencement Information**

**I9**    Sch. 13 para. 5 not in force at Royal Assent, see **s. 240(1)**

**I10**    Sch. 13 para. 5 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z17)**(z36)

*Recovery of penalties*

6    (1) In England and Wales, a penalty is recoverable—

    (a)    if the county court so orders, as if it were payable under an order of that court;

    (b)    if the High Court so orders, as if it were payable under an order of that court.

(2) In Scotland, a penalty may be enforced in the same manner as an extract registered decree arbitral bearing a warrant for execution issued by the sheriff court of any sheriffdom in Scotland.

(3) In Northern Ireland, a penalty is recoverable—

    (a)    if a county court so orders, as if it were payable under an order of that court;

    (b)    if the High Court so orders, as if it were payable under an order of that court.

---

**Commencement Information**

**I11**    Sch. 13 para. 6 not in force at Royal Assent, see **s. 240(1)**

**I12**    Sch. 13 para. 6 in force at 10.1.2024 by S.I. 2023/1420, **reg. 2(z17)**(z36)

**Changes to legislation:**
There are currently no known outstanding effects for the Online Safety Act 2023, SCHEDULE 13.