**EXHIBIT 9**



# Confirmation Decision: Investigation into 4chan Community Support LLC's failure to comply with two statutory information requests

Issued under section 132 of the Online Safety Act 2023

**Non-confidential version – redactions marked with [✂]**

18 November 2025

# Contents

## Section

1.    Overview.................................................................................................................3

2.    Legal Framework ......................................................................................................5

3.    Ofcom's investigation.............................................................................................9

4.    Ofcom's findings.....................................................................................................12

5.    Remedy and Penalty...............................................................................................17

## Annex

A1.    The First Notice to 4chan (issued under section 100 of the Act)....................................24

A2.    The Second Notice to 4chan (issued under section 100 of the Act) ...............................25

A3.    Correspondence with 4chan ........................................................................................26

A4.    Evidence to support this Confirmation Decision............................................................30

# 1. Overview

1.1     This is a Confirmation Decision under section 132 of the Online Safety Act 2023 (the '**Act**') in respect of 4chan Community Support LLC, which operates the website 4chan.org. For the purposes of this Confirmation Decision, 4chan Community Support LLC is referred to as **4chan** unless otherwise stated.

1.2     For the reasons given in this document, Ofcom finds that 4chan has failed to comply with two statutory information requests issued by Ofcom under section 100 of the Act ('**the Notices**').

**What we have decided – in brief**

On 14 April 2025, Ofcom issued a statutory information request ('the First Notice') to 4chan requiring it to provide us with a copy of the written record of its illegal content risk assessment in respect of 4chan.org by 29 April 2025. An illegal content risk assessment is an assessment by a service provider of the risk of users encountering different kinds of illegal content on its service and in the context of user-to-user services, the risk that the service may be used to commit or facilitate certain priority offences.

Ofcom did not receive a response to the First Notice. On 10 June 2025, Ofcom opened an investigation to determine whether 4chan had failed—or is currently failing—to comply with its obligations under the Act, including its duty to respond to a statutory information request. To date, 4chan has not responded to the First Notice.

On 16 June 2025, Ofcom sent a second statutory information request ('the Second Notice') to 4chan, with a deadline of 1 July 2025, which required 4chan to provide information regarding 4chan's qualifying worldwide revenue ('QWR'). To date, 4chan has not responded to the Second Notice.

On 12 August 2025, Ofcom issued a Provisional Notice of Contravention ('Provisional Decision') to 4chan. This document set out our provisional findings in respect of its compliance with its duty under section 102(8)(a) to act in accordance with the requirements of the Notices, and our proposed remedy and penalty. We gave 4chan the opportunity to make representations about the matters set out in the Provisional Decision, and 4chan, via its legal representative, made written representations by the stipulated deadline. Having reviewed and reflected on 4chan's representations and all the relevant evidence, we consider that 4chan has failed to comply with the relevant duties.

Ofcom has therefore determined that 4chan has contravened its duty to act in accordance with the requirements of the First Notice and the Second Notice issued under section 100 of the Act, as required by section 102(8)(a) of the Act.

In light of these breaches, Ofcom is imposing the following:

- A fixed penalty of £20,000 on 4chan in respect of its contraventions of section 102(8)(a).

- A requirement for 4chan to comply with section 102(8)(a) by taking immediate steps to provide Ofcom with:

    (i)   a copy of the written record of its illegal content risk assessment(s) in respect of 4chan.org as required by the First Notice; and
    (ii)  the information specified in Part 1 of the Second Notice.

As set out in each of the Notices, if 4chan does not consider it holds the relevant information, it must explain why.

- In the event of continuing non-compliance, a daily rate penalty at a rate of £100 per day starting from the day after the date of this Confirmation Decision by Ofcom in respect of the breaches described in this document until whichever is the sooner of:

  i)   the date the 102(8)(a) duty is complied with in relation to both Notices;
  ii)  the date of the first final decision ending the investigation announced on 10 June 2025 into suspected breaches of section 9(2) and/or 23(2) of the Act; or

  iii) 60 days starting from the day after this Confirmation Decision.

# 2.  Legal Framework

## Scope of the Act

2.1     The Act places duties of care on providers of search services and user-to-user services with "links with the United Kingdom". The duties extend only to the design, operation and use of the service in the UK and, for duties expressed to apply in relation to 'users', as it affects the UK users of the service.[1]

2.2     A service is a regulated user-to-user service ('**U2U service**') under the Act[2] if:

    a)  It is an internet service[3] by means of which content[4] that is generated directly on the service by a user[5] of the service or uploaded to or shared on the service by a user of the service, may be encountered[6] by another user, or other users, of the service.[7]

    b)  It has "links with the United Kingdom"; and

    c)  It is not an exempt service under Schedule 1[8] or a service described in Schedule 2 (services combining user-generated content or search content not regulated by the Act with pornographic content that is regulated).[9]

2.3     A U2U service has "links with the United Kingdom" if one or more of the following criteria are met:

    d)  The service has a "significant number of United Kingdom users";[10]

    e)  "United Kingdom users form one of the target markets for the service (or the only target market)";[11] or

    f)  The service is capable of being used in the United Kingdom by individuals and there are reasonable grounds to believe that there is a material risk of significant harm[12]

---

[1] Section 8(3) of the Act.

[2] Reference in the Act to a U2U service include a service provided from within and outside of the United Kingdom (section 204(1)).

[3] Section 228(1) "a service that is made available by means of the internet".

[4] "Content" means "anything communicated by the means of an internet service, whether publicly or privately, including written material or messages, oral communication, photographs, videos, visual images, music and data of any description" (section 236(1)).

[5] "User" is defined in section 227 of the Act and includes registered and unregistered users (section 227(2)).

[6] "Encounter" in relation to content, means read, view, hear or otherwise experience content (section 236(1)).

[7] Section 3(1). It does not matter if content is actually shared with another user or users as long as a service has a functionality that allows such sharing, and it does not matter what proportion of content on a service is user-to-user content (section 3(2)).

[8] Exempt U2U services under Schedule 1 include where the only user-generated content enabled by the service is email, SMS, MSS or one-to-one live aural communication, services where functionalities are limited to posting reviews or comments relating to provider content, where the U2U service is an internal business service, or where it is provided by a public body, and by education or childcare providers.

[9] Section 4(2).

[10] Section 4(5)(a). A "user" is a "United Kingdom user" if the user is an individual in the United Kingdom or an entity incorporated or formed under the law of any part of the United Kingdom (section 227(1)).

[11] Section 4(5)(b).

[12] The Act defines "harm" in section 234(1) as meaning "physical or psychological harm". Under section 234(10), reference to "risks of harm" is to be read in the same way as "harm". Section 234 gives further interpretation of risks of "harm" presented by content.

presented to individuals in the United Kingdom by user generated content[13] present on the service.[14]

2.4    Providers of regulated services must comply with the relevant duties in the Act, regardless of whether they are based in the UK or not.[15] The Act treats the "provider" as being the entity that has control over who can use the U2U service (and that entity alone).[16] If no entity has control over who can use the user-to-user part of a U2U service, but an individual or individuals have control over who can use that part, the provider of the service is that individual or those individuals.[17]

# Ofcom's information gathering powers and relevant duties on providers

2.5    Under section 100 of the Act, Ofcom may require providers of regulated services and other persons to provide them with any information required for the purposes of exercising, or deciding whether to exercise, any of Ofcom's online safety functions.[18] This includes any information required for the purposes of assessing compliance with any duty or requirement found in Chapter 2, 3, 4 or 5 of Part 3 of the Act.

2.6    Section 100(4) requires that the powers conferred by section 100(1) of the Act be exercised in a way that is proportionate to the use to which the information is to be put in the exercise of Ofcom's functions.

2.7    Under section 102(8)(a) of the Act, a person who receives an information notice under section 100 of the Act has a duty to act in accordance with the requirements of the notice. This includes responding to the information notice by the deadline set out in the notice.

# Service of notices

2.8    Section 208(2)(d) of the Act allows Ofcom to serve a notice by sending it by email to a person's email address.

2.9    Under section 208(10) of the Act, a person's email address for this purpose is: (a) any email address published for the time being by that person as an address for contacting that person; or (b) if there is no such published address, any email address by means of which

---

[13] Under section 4(8), "user generated content" has the meaning in section 55(3) and (4). Under those sections, it is content that (a) that is (i) generated directly on the service by a user of the service or uploaded to or shared on that service by a user of the service and (b) that may be encountered by another user, or other users, of the service by means of the service. It includes content generated, uploaded or shared by means of software or an automated tool applied by the user. Section 55(4)(b) addressed when a bot or automated tool is regarded as a user.

[14] Section 4(6).

[15] Section 204(1).

[16] Section 226(2). "Entity" means a body or association of persons or an organisation, regardless of whether the body, association or organisation is formed under the law or any part of the UK or of a country outside the UK, or a legal person under the law which it is formed" (section 236(1)).

[17] Section 226(3).

[18] Section 100(5) sets out the persons to whom Ofcom has the power to issue an information notice under the Act. Ofcom's power to request information includes, under section 204(2) a power to request documents held outside the UK.

Ofcom believes, on reasonable grounds, that the notice will come the attention of that person or (where that person is an entity) any director or other officer of that entity.[19]

2.10    Under section 208(11) a notice sent by email is treated as served 48 hours after it was sent, unless the contrary is proved.

# Ofcom's powers to issue confirmation decisions

2.11    Where Ofcom has issued a Provisional Decision to a person and the period allowed for representations has expired, Ofcom has powers under section 132(3) of the Act to issue a confirmation decision to that person if they are satisfied that that the person has failed, or is failing, to comply with a notified requirement. For the purposes of section 132, a 'notified requirement' means a duty or requirement to which a Provisional Decision relates.

2.12    A confirmation decision issued by Ofcom under section 132(3) of the Act may require the person to take steps to comply with the notified requirement and/or remedy the failure to comply. It may also require the person to pay a penalty.[20]

2.13    Where a person is required to take steps to comply with the notified requirement and/or remedy the failure to comply, the confirmation decision must specify the steps that are required; set out Ofcom's reasons for the decision to impose those requirements; specify each notified requirement to which the steps relate; specify the period during which the failure to comply with a notified requirement has occurred, and whether the failure is continuing; specify a reasonable period within which each of the steps specified must be taken; contain details of the rights of appeal under section 168 of the Act; and contain information about the consequences of not complying with the requirements included in the decision (including information about the further kinds of enforcement action that it would be open to Ofcom to take).[21]

2.14    Where a person is required to pay a penalty, the confirmation decision must set out Ofcom's reasons for imposing a penalty; specify each notified requirement to which the penalty relates, specify the period during which the failure to comply with a notified requirement has occurred, and whether the failure is continuing; the reasons for the amount of the penalty, including any aggravating or mitigating factors that Ofcom has taken into account; specify a reasonable period within which the penalty must be paid; contain details of the rights of appeal under section 168 of the Act; and contain information about the consequences of not paying the penalty (including information about the further kinds of enforcement action that it would be open to Ofcom to take).[22]

2.15    Where a confirmation decision imposes a daily rate penalty in respect of a continuous failure to comply with a notified requirement, it must, in addition to the matters outlined at paragraph 2.14 above, state the daily rate of the penalty and how the penalty is calculated; state that the person will be liable to pay the penalty if that same failure continues after the compliance date; state the date from which the penalty begins to be payable, which must not be earlier than the day after the compliance date; and provide for the penalty to continue to be payable at the daily rate until i) the date on which the notified requirement

---

[19] Section 208 of the Act defines "officer" in relation to an entity, as including a director, a manager, a partner, an associate, a secretary or, where the affairs of the entity are managed by its members, a member.
[20] Section 132(5).
[21] Section 133(4).
[22] Section 137(5).

is complied with, ii) if the penalty is imposed in respect of a failure to comply with more than one notified requirement, the date on which the last of those requirements is complied with, or iii) an earlier date specified in the confirmation decision.[23]

---

[23] Section 137(8).

# 3.  Ofcom's investigation

## Background

3.1     4chan.org is a forum-based website that allows users to post images and text to sub-forums that can then be viewed by other users on the site. 4chan.org is provided by 4chan.[24]

## Correspondence with 4chan prior to the requests for information

3.2     As part of Ofcom's efforts to promote compliance across industry with the duties under the Act, we sought to engage with providers of certain services, including 4chan, before those duties came into effect.

3.3     On 27 March 2025, Ofcom's Supervision team contacted 4chan by email offering an introductory meeting and informing 4chan that we considered 4chan.org to be within scope of the Act. We explained 4chan's duties under the Act, in particular the requirement to complete its illegal content risk assessment in respect of 4chan.org and the consequences of a failure to comply.[25] We also explained Ofcom's information gathering powers and notified 4chan of the upcoming information request. On 8 April 2025, Ofcom contacted 4chan again to reiterate the offer of a meeting. We did not receive a response to either of these emails.

## Ofcom's power to require information

### The First and Second Notices

3.4     This Confirmation Decision relates to two information notices served under section 100 of the Act. Each of the First Notice and Second Notice required information for the purpose of exercising, or deciding whether to exercise, any of Ofcom's online safety functions.

3.5     The First Notice sought a copy of the written record of the illegal content risk assessment in respect of 4chan.org. 4chan had a legal obligation to carry out the illegal content risk assessment under section 9(2) of the Act, and to make and keep a record of it under section 23(2) of the Act. Ofcom sent the First Notice to 4chan on 14 April 2025 via email.

3.6     On 10 June 2025, Ofcom opened an investigation into 4chan's compliance with the Act, specifically whether 4chan had failed to respond to a statutory information request; failed to complete and keep a record of a suitable and sufficient illegal content risk assessment; and failed to comply with the safety duties about illegal content.[26] The Second Notice sought information relevant to the imposing of a penalty at the end of an investigation;

---

[24] 4chan Community Support LLC is expressly referenced as the owner of the copyright of 4chan.org at the bottom of the same 'contact' section of 4chan.org (stating "*Copyright 2003-2025 4chan community support LLC. All rights reserved*". In the 'legal' section of 4chan.org it again makes reference to the provider, "4chan community support LLC ("Company" or "we")". See documents 2 and 3 within Annex 4.

[25] Email sent from Ofcom's Supervision function ([✂]) to 4chan via contact@4chan.org on 27 March 2025.

[26] https://www.ofcom.org.uk/online-safety/illegal-and-harmful-content/investigation-into-4chan-and-its-compliance-with-duties-to-protect-its-users-from-illegal-content

specifically, details regarding 4chan's QWR. Ofcom sent the Second Notice to 4chan on 16 June 2025 via email.

## Provisional Decision on section 102(8)

3.7    On 12 August 2025, Ofcom issued a Provisional Decision to 4chan via email in which we set out our provisional findings that 4chan had failed – and was continuing to fail – to comply with the duty set out within section 102(8)(a) of the Act in respect of the First Notice and the Second Notice, noting that:

a)    4chan was required to provide the information set out in the First Notice by 29 April 2025. 4chan did not provide the information by that deadline and, as at the date of the Provisional Decision, we still had not received the required information from 4chan; and

b)    4chan was required to provide the information set out in the Second Notice by 1 July 2025. 4chan did not provide the information by that deadline and, as at the date of the Provisional Decision, we still had not received the required information from 4chan.

## Representations made by 4chan

3.8    In the Provisional Decision, we informed 4chan that it had until 5pm BST on 26 August 2025 to make written representations to Ofcom about the matters set out in the Provisional Decision and to inform Ofcom if it would also like to make oral representations.

3.9    On 16 August 2025, Ofcom received written representations from 4chan, via its legal representative. 4chan's written representations stated that it is an American company with no establishment, assets, or operations in the United Kingdom, and referenced the protection of American businesses by the First Amendment. It noted that Ofcom had not used the procedure set out under the agreed Mutual Legal Assistance Treaty (MLAT) to serve the Provisional Decision. It said that US courts would not enforce penalties imposed on American companies by a foreign country. It said that 4chan did not concede jurisdiction and does not accept service. We address each of these representations in Section 4 below.

3.10    On 27 August 2025, 4chan (together with another party) filed a complaint ('the Complaint') against Ofcom in the United States District Court for the District of Columbia.[27]

3.11    Ofcom fully reserves all of its rights in relation to the Complaint under all applicable laws, including (but not limited to) its rights to object to the jurisdiction of the U.S. District Court for the District of Columbia on the basis of sovereign immunity, lack of subject matter jurisdiction, lack of personal jurisdiction, or any other applicable ground. It would not be appropriate for us to address the claims made under US law here, and we do not consider it necessary for the purpose of making our decisions.

---

[27] In summary, 4chan is seeking a declaratory judgment that (i) Ofcom's attempts to serve documentation (including the Notices and Provisional Decision) are invalid for failure to comply with the US-UK Mutual Legal Assistance Treaty or other international legal process; and (ii) Ofcom's orders and demands are unenforceable in the United States on the grounds they are inconsistent with the First, Fourth, and Fifth Amendments to the United States Constitution, the SPEECH Act, the Communications Decency Act, and U.S. public policy. 4chan also seeks a permanent injunction prohibiting Ofcom from issuing further orders or demands without proper service through the US-UK Mutual Legal Assistance Treaty or other proper international legal process and prohibiting Ofcom from enforcing or attempting to enforce the Online Safety Act against 4chan in the United States.

3.12    For the avoidance of doubt, we consider that the filing of the Complaint does not impact on our ability to proceed with our investigation under section 105 of the Act or on our ability to issue this Confirmation Decision (or any future decisions) to 4chan as a matter of the law of the United Kingdom.

# 4.  Ofcom's findings

## 4chan is subject to the requirements of the Act

4.1    For the reasons set out below, we find that 4chan is a provider of a regulated user-to-user service within the meaning of section 4(2) of the Act, and as such is subject to the duties set out in the Act, including section 102(8).

4.2    4chan.org references '4chan Community Support LLC' as being the owner of the copyright of 4chan.org in both the 'Contact' and 'Legal' areas of the site.[28] We therefore find 4chan to be the provider of 4chan.org.

4.3    We note 4chan's submission that Ofcom does not have jurisdiction to take enforcement action under the Act, on the grounds that American businesses are protected from enforcement of UK legislation by the First Amendment and that Ofcom has no power to enforce UK laws in the US.

4.4    We do not accept this point. The Act explicitly grants Ofcom the legal authority to regulate online safety for individuals in the United Kingdom, and this expressly includes conducting investigations into, and imposing penalties for, non-compliance by providers of online services with their duties under the Act. In particular, section 1(1) of the Act set out the purpose of the Act as follows: *"This Act provides for a new regulatory framework which has the general purpose of making the use of internet services regulated by this Act safer for individuals in the United Kingdom"*.

4.5    The Act expressly anticipates that it will have extra-territorial effect, stating at section 204(1) of the Act: *"References in this Act to an internet service, a user-to-user service or a search service **include such a service provided from outside the United Kingdom** (as well as such a service provided from within the United Kingdom)"* (emphasis added).

4.6    This does not mean that the Act extends to all use of in-scope services globally. Section 8(3) of the Act makes this clear: "*The duties extend only to the design, operation and use of the service **in the UK** and, for duties expressed to apply in relation to 'users', **as it affects the UK users of the service**"*[29] (emphasis added).

4.7    Similarly, the Act treats the "provider" of a U2U service as being the entity that has control over who can use the U2U part of the service (and that entity alone),[30] while section 236(1) defines "entity" as a "*body or association of persons or an organisation, regardless of whether the body, association or organisation is formed under the law or any part of the UK **or of a country outside the UK**, or a legal person under the law which it is formed*" (emphasis added).

4.8    It is clear, therefore, that providers of services based outside the United Kingdom can have duties under the Act, and that Ofcom can enforce those duties using its powers under the

---

[28] 4chan Community Support LLC is expressly referenced as the owner of the copyright of 4chan.org at the bottom of the same 'contact' section of 4chan.org (stating "Copyright 2003-2025 4chan community support LLC. All rights reserved". In the 'legal' section of 4chan.org it again makes reference to the provider, "4chan community support LLC ("Company" or "we")". See documents 2 and 3 within Annex 4.
[29] Section 8(3) of the Act.
[30] Section 226(2).

Act. The relevant question is whether the service is a "regulated user-to-user service" because it has "links with the United Kingdom".

4.9     We also note 4chan's claim that it is protected from enforcement action taken by Ofcom because of the First Amendment to the US Constitution. However, the First Amendment binds only the US government and not overseas bodies, such as Ofcom, and therefore, it does not affect Ofcom's powers to enforce the Act in this case.

# 4chan.org is a regulated U2U service

4.10    As set out at paragraph 2.2 above, a service is a regulated user-to-user service ('**U2U service**') under the Act if:

   a)   It is an internet service by means of which content that is generated directly on the service by a user of the service or uploaded to or shared on the service by a user of the service, may be encountered by another user, or other users, of the service.
   b)   It has links with the United Kingdom within the meaning of sections 4(5) and 4(6) of the Act; and
   c)   It is not an exempt service under Schedule 1 or a service described in Schedule 2 (services combining user-generated content or search content not regulated by the Act with pornographic content that is regulated).

4.11    We consider that 4chan is a regulated U2U service within the meaning of section 4(2) of the Act because it is an internet service through which "content" (e.g. written material and images) can be generated or shared by users of the service and "encountered" (e.g. read or viewed) by other users of the service. We further consider that 4chan is not a type of service that is an exempt service under Schedule 1 or a service described in Schedule 2.

4.12    4chan has not contested that 4chan.org meets the criteria set out at paragraphs 4.10(a) and 4.10(c) above. For the reasons set out above, we therefore find that 4chan.org satisfies the requirements set out at 4.10(a) and (c) above.

4.13    However, 4chan's representations do centre on whether 4chan.org has the requisite links with the United Kingdom to fall within the scope of the Act.

## 4chan.org has "links with the United Kingdom"

4.14    We find that 4chan.org has "links with the UK"[31] and, as such, is in scope of the Act, as:

   a)   it has a significant number of UK users; and/or
   b)   UK users form one of its target markets.

### i) 4chan.org has a significant number of UK users

4.15    The Act does not define what is meant by a "significant number" of UK users for the purposes of considering whether a service has 'links with the United Kingdom'. We consider that the concept of "significant number of UK users" should be understood as meaning that the number of UK users on the service is material in the nature and context of the service in

---

[31] See paragraph 2.3 above.

question, rather than the number of UK users of the service necessarily being a large or substantial number.[32]

4.16    We have found different sources regarding the number of UK users on 4chan.org. 4chan.org states that the site has 20,000,000+ unique visitors per month and that 7% of its user base is UK users.[33] We consider that a UK user base in the hundreds of thousands is, of itself, a significant number within the meaning of section 4(5)(a) of the Act.

4.17    4chan provided us with no evidence to dispute the accuracy of the SimilarWeb data or to provide alternative UK user numbers. Nor did it contend that user numbers in the hundreds of thousands should not be deemed a 'significant number' within the meaning of section 4(5)(a) of the Act. Based on the evidence we have set out above, we find that 4chan has a significant number of UK users, and so as the requisite links with the United Kingdom to fall within the Act.

### ii) UK users form one of 4chan.org's 'target markets'

4.18    In addition, or in the alternative, we find that UK users form one of 4chan.org's 'target markets' for the purposes of section 4(5)(b) of the Act.

4.19    The Act does not define what constitutes a "target market". However, we consider that a 'target market' relates to a specific group of people (or organisations) that a provider is aiming its service toward.[34] Our view is that there are a variety of factors which could indicate the UK is a target market for a service, including if the service in question:

- is designed for UK users;

- is promoted or marketed toward UK users;

- generates revenue from UK users either directly (e.g. via subscriptions or sales) or indirectly (e.g. through advertising to UK users, including people or organisations);[35]

- includes functionalities or content that is tailored for UK users; or

- has a UK domain or provides a UK contact address and/or telephone contact number.

4.20    In this case, we find that 4chan.org includes UK users as one of its target markets as the 'advertising' section of 4chan.org markets the platform to advertisers on the basis that 7% of its demographic are from the UK, the second largest percentage behind the US.[36]

# The First and Second Notices were validly issued under the Act

4.21    As noted at paragraph 3.7 above, the First and Second Notices were sent to the following three email addresses: advertise@4chan.org, press@4chan.org and bizdev@4chan.org, each of which were located on the 'contact' section of the relevant U2U service, 4chan.org,

---

[32] See paragraph 3.31 of https://www.ofcom.org.uk/siteassets/resources/documents/consultations/category-1-10-weeks/statement-age-assurance-and-childrens-access/guidance-on-highly-effective-age-assurance-and-other-part-5-duties.pdf?v=388810
[33] See document 7 in Annex 4.
[34] See paragraphs 3.33 and 3.34 of our Guidance on highly effective age assurance and other Part 5 duties.
[35] See document 7 within Annex 4.
[36] See document 7 within Annex 4.

and no other contact details are published.[37] For completeness, having received no reply to the three email addresses published by 4chan for contact, we forwarded both Notices to Capitol Services on 9 July 2025 using two email addresses it publishes, DelawareCorp@capitolservices.com and INFO@capitolservices.com.[38]

4.22    In this email, we summarised the matters that we were investigating in relation to 4chan and attached copies of the initial emails to 4chan, copies of the Notices, the failure to respond to an information notice letter and the case opening letter.[39] In addition, we outlined our intent to issue a Provisional Decision concerning 4chan's compliance with its duty under section 102(8) of the Act, and stated that we would be proceeding with the investigation, including the issue of the Provisional Decision, if a response was not received.

4.23    On 9 July 2025, we received a response from Capitol Services, which confirmed the email "has been received and forwarded to our contact at 4chan".[40] Having received no response from 4chan, we sent a further email to Capitol Services on 21 July 2025 seeking clarification as to whether 4chan intended to respond to the correspondence.[41] Capitol Services responded on the same date confirming that, as their role as a registered agent is solely to receive and forward legal correspondence, it could not provide a timeline for a client's response or require them to respond.[42]

4.24    We issued the Provisional Decision to advertise@4chan.org, press@4chan.org and bizdev@4chan.org on 12 August 2025, again copying in Capitol Services at delawarecorp@capitolservices.com, info@capitolservices.com and regagent@capitolservices.com.

4.25    4chan has submitted that the service of each of these documents was not valid, as Ofcom issued these documents by email and did not use the procedure established under the agreed MLAT between the US and UK.

4.26    As set out at paragraph 2.7 above, section 208 of the Act specifically provides that notices given by Ofcom to a person under any provision of the Act (which include both notices issued under section 102 of the Act and provisional notices of contravention issued under section 130 of the Act) may be given by:

   a)  delivering it by hand to the person;
   b)  leaving it at the person's proper address;
   c)  sending it by post to the person at that address; or
   d)  sending it by email to the person's email address.

4.27    The Act further states that a notice sent by email is treated as given 48 hours after it was sent, unless the contrary is proved.[43] There is no requirement in the Act for Ofcom to use the MLAT procedure to serve notices issued under the Act. In addition, we note that the MLAT procedure is not an appropriate method of service for administrative investigations,

---

[37] Ofcom's correspondence was addressed to advertise@4chan.org, press@4chan.org and bizdev@4chan.org. These emails were found on the 'Contact' page of the 4chan.org site. See document 1 in annex 4.
[38] The two Capitol Services email addresses we used appear on the Delaware page of Capitol Services' own website - https://www.capitolservices.com/contact-us/delaware-service-team/
[39] Email from [✂] to delawarecorp@capitolservices.com, info@capitolservices.com, advertise@4chan.org; press@4chan.org; bizdev@4chan.org dated 9 July 2025.
[40] Email from Capitol Services to [✂] dated 9 July 2025.
[41] Email from [✂] to Capitol Services dated 21 July 2025.
[42] Email from Capitol Services to [✂] dated 21 July 2025.
[43] Section 208(11) of the Act.

but reserved for obtaining assistance in the investigation or prosecution of criminal offences.

4.28    We therefore consider that both the First and Second Notice, and the Provisional Decision were validly served in accordance with the requirements of the Act. Consequently, 4chan was required to comply with the duty set out within section 102(8)(a) of the Act in respect of the First Notice and the Second Notice.

## Confirmation Decision on section 102(8)

4.29    As at the date of this Confirmation Decision, we have not received from 4chan the information required by the First Notice and the Second Notice. In particular:

a)    4chan was required to provide the information set out in the First Notice by 29 April 2025. 4chan did not provide the information by that deadline and, as at the date of this Confirmation Decision, we still have not received the required information from 4chan; and

b)    4chan was required to provide the information set out in the Second Notice by 1 July 2025. 4chan did not provide the information by that deadline and, as at the date of this Confirmation Decision, we still have not received the required information from 4chan.

4.30    Having considered all the relevant evidence, including 4chan's representations on our Provisional Decision (to which we have responded above), we determine that 4chan has failed – and is continuing to fail – to comply with the duty set out within section 102(8)(a) of the Act in respect of the First Notice and the Second Notice.

# 5.  Remedy and Penalty

## Representations by 4chan on remedy and penalty

5.1    As noted in section 3 above, 4chan made written representations on the Provisional Decision. However, 4chan did not make representations about the remedy or penalty proposed in the Provisional Decision as part of those representations.

5.2    Taking account of all relevant evidence, we consider it appropriate to confirm the remedy and penalty proposed in the Provisional Decision. We set these out in more detail below.

## Confirmation Decision on remedy

5.3    Section 133 of the Act gives Ofcom the power to require that the provider of a regulated service take steps to comply with a notified requirement or remedy the failure to comply with a notified requirement – in this case, section 102(8)(a) of the Act. Where a confirmation decision requires a person to take steps for the purpose of complying with an information duty, section 133(5) of the Act allows Ofcom to require the person to take those steps immediately.

5.4    Given that Ofcom's powers under section 100 of the Act are crucial to Ofcom's ability to effectively regulate the online sector, it is important that providers of regulated services submit required information to allow Ofcom to fulfil its duties. As such, Ofcom is requiring that 4chan act in accordance with the requirements of the Notices by:

a)  **First Notice:** immediately taking steps to submit a copy of the written record of its illegal content risk assessment in respect of 4chan.org to Ofcom; and

b)  **Second Notice:** immediately taking steps to submit the information requested in Annex 1 of the Second Notice to Ofcom.

As set out in each of the Notices, if 4chan does not consider it holds the relevant information, it must explain why.

5.5    These requirements will come into effect from the date of issue of this Confirmation Decision.

5.6    Under section 168 of the Act, 4chan has a right to appeal to the Upper Tribunal against this Confirmation Decision.

## Penalty

5.7    Under the Act, Ofcom can, in a confirmation decision, impose a single penalty amount and/or a daily rate penalty (or a combination of both), depending on what is proposed in the provisional notice of contravention.[44]

5.8    A single penalty amount is one amount covering the specified breaches.[45] A daily rate penalty may be imposed where the contravention that Ofcom has identified is continuing and the confirmation decision requires the subject of the decision to take action to bring

---

[44] Section 137(1).
[45] Section 130(7)(b) and 137(1)(a).

itself into compliance. A daily penalty will be payable for the period specified in the decision, which will generally be until the date on which the subject takes the action required in the decision to bring it into compliance.[46]

5.9     Section 143 of the Act and Schedule 13 to the Act set out the principles that apply when determining the amount of any penalties to be imposed upon a person. In particular, paragraph 2(4) of Schedule 13 to the Act requires that a penalty must be of an amount that Ofcom consider to be appropriate and proportionate to the failure (or failures) in respect of which it is imposed.

5.10    Paragraph 2(1) of Schedule 13 to the Act requires that in determining the amount of a penalty to be imposed on a person, Ofcom must take into account any representations made, and evidence provided, by the person, and the effects of the failure (or failures) in respect of which the penalty is imposed.[47]

5.11    In considering the appropriate level of penalty, Ofcom will also take into account the principles set out in our Penalty Guidelines published under section 392 of the Communications Act 2003.[48]

5.12    The maximum penalty Ofcom can impose on a person in respect of a regulated service is £18 million, or 10% of the person's qualifying worldwide revenue for the person's most recent complete accounting period, whichever is greater.[49] Ofcom's Online Safety Fees & Penalties Statement defines a provider's "qualifying worldwide revenue" as the total amount of revenue the provider receives during the qualifying period that is referable to the regulated service.[50] Revenue is treated as referable to a regulated U2U service only if and so far as it arises in connection with the provision of those parts of the regulated service where regulated user-generated content may be encountered.[51]

# Penalty considerations

## It is appropriate to impose a financial penalty in this case

5.13    Ofcom finds that it is appropriate to impose penalties for the contraventions identified in this case, for the following reasons:

   a)   **Gathering accurate and timely information is critical to Ofcom's functions**: Ofcom's powers under section 100 of the Act are crucial to Ofcom's ability to effectively regulate the online sector and protect UK users from priority illegal content. A contravention of a requirement to provide information in the manner and form required under section

---

[46] See section 130(7)(b), section 137(1)(b), (2) and (8) and Online Safety Enforcement Guidance, para 6.43.
[47] Schedule 13, para 2(1). Where the penalty is imposed in a confirmation decision, Ofcom must also take into account any steps taken by the person towards complying with the duty or requirement specified in the provisional notice of contravention or to remedy the failure (Schedule 13, para 2(3)).
[48] Schedule 13, para 2(5) and Online Safety Enforcement Guidance, para 6.43.
[49] Schedule 13, para 4(1) and The Online Safety Act 2023 (Fees Notification) Regulations 2025.
[50] Annex 3 to Ofcom's 26 June 2025 statement on online safety fees and penalties. See also Online Safety Act 2023 (Qualifying Worldwide Revenue) Regulations 2025, para 6 (2), read with Schedule 13, para 4(9) of the Act.
[51] "Regulated user-generated content" is defined in section 55(2) of the Act to mean user-generated content, except emails, SMS messages, MMS messages, one-to-one live aural communications, comments and reviews on provider content, identifying content that accompanies such content, and news publisher content. Online Safety Act 2023 (Qualifying Worldwide Revenue) Regulations 2025, para 4(2).

102(8) is inherently a serious matter as it materially hinders Ofcom's ability to carry out its functions, including our ability to assess 4chan's compliance with its duties under the Act.

b) **4chan was made aware of its obligations under the Act on multiple occasions**: As set out at paragraphs 3.2 – 3.7 above, Ofcom has repeatedly attempted to make contact with 4chan from 27 March 2025, when we offered an introductory meeting to discuss compliance, informed it we considered 4chan.org to be in scope of the Act, and notified it of an upcoming information request. On 9 July 2025, we also forwarded the correspondence to Capitol Services, 4chan's registered agent, which confirmed it had been passed to 4chan.

c) **Imposing a penalty would deter 4chan – and the wider sector – from future contraventions**: As set out in our Penalty Guidelines, the central objective for imposing a financial penalty is to effectively deter contraventions of regulatory requirements. We note 4chan's written representations which set out that it does not consider the Act to apply to 4chan and that US courts would not enforce penalties imposed on American companies by a foreign country. However, we consider that imposing a financial penalty in this case would ensure that both 4chan and the wider sector understand how seriously Ofcom takes compliance with these duties.

## Amount of penalty

5.14    Ofcom has published Penalty Guidelines which set out the factors we may take into account when determining the appropriate amount of a financial penalty.[52] In accordance with paragraph 2(5) of Schedule 13 to the Act, section 392 of the Communications Act 2003, and our Online Safety Enforcement Guidance,[53] we have had regard to the Penalty Guidelines and have set out below our consideration of these factors, to the extent that they are relevant to this case. We have also considered whether there are any relevant precedents, noting that while past decisions may be relevant, they are not binding and Ofcom may, considering the circumstances of each case, impose higher penalties in future cases than in previous ones to secure effective deterrence.[54] On the basis of the various elements considered in this section, we consider that the amount of penalty imposed in this case is both appropriate and proportionate, while being sufficiently high to effectively deter future breaches.

## Deterrence

5.15    As set out in our Penalty Guidelines, the central objective of imposing a penalty is deterrence.[55]

5.16    Any penalty we impose should be sufficiently high both to deter a provider of a regulated service from contravening regulatory requirements, and to deter the wider industry from doing so. The level of the penalty should be high enough that the provider recognises that it is not more profitable for a business to break the law and pay the consequences than it is to

---

[52] Penalty-guidelines-september-2017.pdf (ofcom.org.uk).
[53] Ofcom is required to have regard to these penalty guidelines when determining the amount of any penalty under s. 392(6) Communications Act 2003; see also paragraph 6.42 of our Online Safety Enforcement Guidelines.
[54] See paragraph 1.3 of Penalty-Guidelines-September-2017.pdf (ofcom.org.uk).
[55] See paragraph 1.11 of Penalty-Guidelines-September-2017.pdf (ofcom.org.uk).

comply with the law in the first instance, therefore encouraging good practice and a culture of compliance across the organisation.[56]

5.17    As a general matter, we are of the view that the need for deterrence in any penalty set for a contravention of information requirements is important as information notices are fundamental to Ofcom's regulatory functions, including in the context of online safety regulation.

# Seriousness, harm and culpability

## Seriousness

5.18    Ofcom's powers under section 100 of the Act are crucial to Ofcom's ability to effectively perform its functions under the Act. A contravention of a requirement to provide information in the manner and form required under section 102(8) is therefore inherently a 'serious' matter as it materially hinders Ofcom's ability to carry out its functions.[57]

5.19    Ofcom considers that the continuing failure to provide the specified information in the First Notice materially hinders our ability to assess 4chan's compliance with its duties under the Act, and therefore to ensure that UK users are protected from priority illegal content. This is a serious failure.

5.20    Ofcom considers that the continuing failure to provide the specified information in the Second Notice materially hinders our ability to assess 4chan's financial position for the purpose of determining the appropriate level of a financial penalty should we consider it necessary to impose one.

## Harm

5.21    We have also considered the degree of harm, whether actual or potential, caused by the contravention.[58]

5.22    The protection of UK users from priority illegal content is a cornerstone of the online safety regime in the UK, as provided for in the Act, and is therefore a fundamental priority for Ofcom in exercising our functions under the Act. Ensuring that providers comply with their duties under the Act to address illegal content on their services is central to securing Parliament's intention to create a safer life online for UK users.

5.23    As a result of 4chan's failure to provide the information requested in the First Notice, Ofcom was not able to assess the measures put in place by 4chan (if any) to protect users from illegal content on 4chan.org. This has had an impact on our ability to effectively regulate the online sector in line with our statutory duty to ensure the adequate protection of citizens from harm presented by content on regulated services, through the appropriate use by providers of such services of systems and processes designed to reduce the risk of such harm.[59]

---

[56] See paragraph 1.5 of Penalty-Guidelines-September-2017.pdf (ofcom.org.uk).
[57] See section 1.12 of https://www.ofcom.org.uk/siteassets/resources/documents/about-ofcom/policies/penalty-guidelines/penalty-guidelines-september-2017.pdf?v=322695 Penalty-Guidelines-September-2017.pdf (ofcom.org.uk)
[58] See section 1.12 - Penalty-Guidelines-September-2017.pdf (ofcom.org.uk)
[59] See section 3(2)(g) of the Communications Act 2003.

## Culpability

5.24    In line with our Penalty Guidelines, we have considered the extent to which the contraventions occurred deliberately or recklessly, including the extent to which senior management knew, or ought to have known, that a contravention was occurring or would occur - culpability.[60]

5.25    As set out at paragraph 3.3 above, 4chan was directly notified by Ofcom of the changes introduced by the Act and its obligations in respect of conducting an illegal content risk assessment before we issued the First Notice.[61] We also took steps to contact it via its publicly listed registered agent, Capitol Services, which confirmed it had forwarded our correspondence to 4chan. We consider that our correspondence should therefore have come to the attention of 4chan's senior management, who ought to have known that a contravention was occurring or had occurred.

## The size and financial position of 4chan

5.26    4chan.org appears to be a small to medium sized service in terms of user numbers.

5.27    Ofcom requested financial information about 4chan in the Second Notice but received no response. We were not able to find reliable revenue information for 4chan.

5.28    Absent this information, we have therefore been unable to consider 4chan's financial position when determining the penalty.

## Precedent

5.29    This is the first penalty Ofcom is imposing under the Act for a breach of section 102(8) and there are therefore no directly comparable precedents. In assessing what is an appropriate penalty in this case, we considered penalties imposed for information breaches in other sectors, noting that we may depart from previous practice where appropriate. We consider that the penalties are proportionate and appropriate in the facts and context of this case for the reasons set out in this section.

## Additional considerations

### Co-operation with investigation

5.30    As noted above, we have received a limited response from 4chan to our correspondence in relation to the investigation and 4chan has shown an unwillingness to co-operate with Ofcom throughout the investigation process. The written representations we received from 4chan do not engage with the substance or content of our Provisional Decision. We have therefore considered 4chan's limited engagement and its lack of co-operation with our investigation as an aggravating factor when determining what we consider to be an appropriate penalty.

### Gain

5.31    By failing to comply with the requirements under section 102(8) of the Act, the only gain that we consider 4chan achieved was in the form of avoiding the costs associated with compliance, however, we consider these would have been negligible.

---

[60] By 'culpability' we mean 'the extent to which the contravention occurred deliberately or recklessly, including the extent to which senior management knew, or ought to have known, that a contravention was occurring or would occur', taken from Penalty-Guidelines-September-2017.pdf (ofcom.org.uk)

[61] Email sent from Ofcom's Supervision function ([✂]) to 4chan via contact@4chan.org on 27 March 2025.

### Previous breaches

5.32    Ofcom has not previously found 4chan to be in breach of the Act.

# Confirmation Decision on penalty

5.33    We have determined that 4chan has failed to comply with section 102(8)(a) of the Act on two separate occasions. However, in this instance we consider that it is appropriate to impose a single penalty covering both breaches. This decision is on the basis that the purpose of the Second Notice was issued to understand 4chan's QWR for the purpose of assessing a penalty in relation to its failure to comply with the First Notice.

5.34    Taking into consideration the factors set out above, Ofcom is imposing a financial penalty that has both a single and daily rate element. The small daily rate aims to incentivise 4chan to comply with its duties under the Act as soon as possible, while acknowledging that a single penalty is appropriate to the seriousness of the failures to comply with section 102(8)(a) to date and to incentivise 4chan to take steps to comply with future information notices.

5.35    Ofcom is therefore imposing a fixed penalty of £20,000 on 4chan in respect of its contravention of section 102(8)(a).

5.36    In the event of continuing non-compliance, Ofcom is also imposing a daily rate penalty at a rate of £100 per day starting from 14 October 2025 (the day after the date this Confirmation Decision is issued) until whichever is the sooner of:

    i)    the date the 102(8)(a) duty is complied with in relation to both Notices;
    ii)    the date of the first final decision ending the investigation announced on 10 June 2025 into suspected breaches of section 9(2) and/or 23(2) of the Act; or
    iii)    60 calendar days starting from the day after this Confirmation Decision is issued.

5.37    We consider that capping the daily rate penalty at 60 calendar days is appropriate and proportionate to the nature of the breach.

Ofcom is requiring 4chan to pay the fixed penalty by no later than 13 November 2025 and to pay the total daily rate penalty by no later than one calendar month from the final day on which a daily rate penalty is incurred.

5.38    In the event that 4chan fails to pay either or both of the above penalties, Ofcom may seek recovery of those penalties in accordance with paragraph 6 of Schedule 13 to the Act. In addition, Ofcom may seek business disruption measures, as described at Section 9 of our Online Safety Enforcement Guidance.[62]

5.39    Under section 168 of the Act, if 4chan wishes to challenge this Confirmation Decision, it has a right to appeal to the Upper Tribunal. The Upper Tribunal will decide such an appeal by applying judicial review principles and has the power to quash the Confirmation Decision. Further information about the Upper Tribunal, including guidance about the appeal process, is available on its website: https://www.judiciary.uk/courts-and-tribunals/tribunals/upper-tribunal/.

---

[62] Online Safety Enforcement Guidance

# A1. The First Notice to 4chan (issued under section 100 of the Act)

Please see the PDF titled 'First Notice' dated 14 April 2025 attached to this document.

# A2.  The Second Notice to 4chan (issued under section 100 of the Act)

Please see the PDF titled 'Second Notice' dated 16 June 2025 attached to this document.

# A3.   Correspondence with 4chan

This annex sets out the date, subject and content of Ofcom's correspondence with 4chan from March 2025 onwards and includes details of the email addresses the correspondence was sent from and to.

| Date | Subject | From | To | Content |
|------|---------|------|-----|---------|
| **27 March 2025** | Engaging with Ofcom on Online Safety | [✂] | contact@4chan.org | In this email Ofcom offered 4chan a meeting to discuss compliance, and informed 4chan about the upcoming information request as part of the Risk Assessment Enforcement Programme as well as 4chan's duty in relation to formal information notices. Ofcom received no response to this email. |
| **8 April 2025** | Engaging with Ofcom on Online Safety | [✂] | press@4chan.org; bizdev@4chan.org; contact@4chan.org | In this email Ofcom reiterated the offer made on 27 March 2025 for a meeting to discuss the upcoming information request. Ofcom received no response to this email. |
| **14 April 2025** | 4chan s.100 Final Notice | [✂] | advertise@4chan.org; press@4chan.org; bizdev@4chan.org | In this email Ofcom issued a formal information notice to 4chan under section 100 of the Act (the "First Notice", see Annex 1). The First Notice required the information to be provided by 11:00 GMT on 29 April 2025. Question 1 of the First Notice stated, "Please provide us with a copy of the written record of your illegal content risk assessment in respect of 4chan". Ofcom received no response to the email or the First Notice. |
| **30 April 2025** | 4chan Services duty to comply with requirements of a notice | [✂] | advertise@4chan.org: press@4chan.org; bizdev@4chan.org | In this email Ofcom explained that if we did not receive a response to the First Notice by 11:00 GMT on 15 May 2025 that Ofcom would consider next steps, including whether it would be appropriate to open an investigation. Ofcom received no response to this email. |
| **9 June 2025** | Ofcom investigation into 4chan under the Online | [✂] | advertise@4chan.org; press@4chan.org; bizdev@4chan.org | In this email Ofcom sent 4chan an investigation opening letter. This explained that Ofcom had completed an Initial Assessment and decided it was appropriate to formally open an investigation into 4chan's compliance with the duties in section 9(2) |

| | | | | |
|---|---|---|---|---|
| | Safety Act 2023 | | | (illegal content risk assessment), 10 (illegal content safety duties), 23 (record keeping) and 102(8) (compliance with information notices) of the Act.<br><br>Ofcom received no response to this email. |
| **16 June 2025** | Final legal notice requiring the provision of specified information under section 100 of the Online Safety Act 2023 | [✂] | advertise@4chan.org;<br>press@4chan.org;<br>bizdev@4chan.org | In this email Ofcom served 4chan a second formal information notice under section 100 of the Act (the "Second Notice", see Annex 2). The Second Notice required the information regarding 4chan's QWR to be provided by 11:00 GMT on 1 July 2025.<br><br>Ofcom received no response to the email or the Second Notice. |
| **9 July 2025** | Ofcom investigation into 4chan under the Online Safety Act 2023 | [✂] | delawarecorp@capitolservices.com;<br>info@capitolservices.com | In this email, Ofcom summarised the matters that it is investigating in relation to 4chan and attached copies of the initial emails to 4chan, copies of the Notices, the failure to respond to an information notice letter and the case opening letter.[63] Ofcom requested that 4chan respond as soon as possible providing the information requested in the information notices and/or set out any additional information it wished to bring to Ofcom's attention in respect of the attached documents. In addition, Ofcom outlined its intent to issue a Provisional Decision concerning 4chan's compliance with its duty under section 102(8) of the Act, and stated that it would be proceeding with the investigation, including the issue of the Provisional Decision, if a response was not received by 11:00 GMT on 16 July 2025. [64] |
| **9 July 2025** | Ofcom investigation into 4chan | Email from representative at Capitol Services | [✂] | In this email Capitol Services replied to Ofcom's email to it dated 9 July 2025, advising that the email had been forwarded to 4chan.[65] |

---

[63] Email from [✂] to delawarecorp@capitolservices.com, info@capitolservices.com, advertise@4chan.org; press@4chan.org; bizdev@4chan.org dated 9 July 2025.
[64] See document 9 within Annex 4.
[65] See document 9 within Annex 4.

| | under the Online Safety Act 2023 | | | |
|---|---|---|---|---|
| **21 July 2025** | Ofcom investigation into 4chan under the Online Safety Act 2023 | [✂] | Representative at Capitol Services | In this email Ofcom asked Capitol Services whether its client, 4chan Community Support LLC, intended to respond to our previous email of 9 July 2025.[66] |
| **21 July 2025** | Ofcom investigation into 4chan under the Online Safety Act 2023 | Representative at Capitol Services | [✂] | In this email, Capitol Services stated that 'The role of the registered agent is solely to receive and forward legal correspondence and service of process. Capitol Services is not involved in our clients' internal business matters, so unfortunately, I'm unable to provide a timeline for a response or require them to reply.'<br><br>Capitol Services did however state that Ofcom could send any future legal correspondence to them, and they would ensure it was forwarded on.[67] |
| **12 August 2025** | Provisional Decision: Investigation into 4chan Community Support LLC's failure to comply with two statutory information requests | [✂] | advertise@4chan.org; press@4chan.org; bizdev@4chan.org delawarecorp@capitolservices.com; info@capitolservices.com; regagent@capitolservices.com | In this email, Ofcom sent 4chan its Provisional Decision, as well as the two information notices that the Provisional Decision related to.<br><br>Ofcom informed 4chan that it had until the 26 August 2025 to make representations to Ofcom with regards to the Provisional Decision. |

---

[66] See document 10 within Annex 4.
[67] See document 10 within Annex 4.

| 16 August 2025 | Provisional Decision: Investigation into 4chan Community Support LLC's failure to comply with two statutory information requests | ████████████ ████████ | [✂] | In this email, ████████ stated that 4chan was now being represented by ████████ ████████ and that they were making representations on behalf of 4chan.

This email then included 4chan's representations, which we address in the Confirmation Decision. |
|---|---|---|---|---|

# A4. Evidence to support this Confirmation Decision

Document no.1: 4chan.org contact page and details



Accessed 14/07/25 at 14:13

Document no.2: 4chan Community Support LLC is the owner of the copyright of
4chan.org



Accessed 14/07/25 at 14:13

Document no. 3: 4chan Community Support LLC is the owner of 4chan.org



Accessed 14/07/25 at 14:14

Document no. 4: Capitol Services contact page and details



Document no. 5: Capitol Services Delaware contact page and details



Accessed 14/07/25 at 14:24

## Document no. 6: Example of the use of 'flags' to identify British users

*Harry Potter image included in page believed to be copyright to: Aidan Monaghan/HBO*



Accessed 14/07/25 at 20:51

## Document no. 7: 4chan user demographics



Accessed 21/07/25 at 16:39

Document no.8: Delaware Registry information, including Capitol Services Inc. being the Registered Agent.



**Department of State: Division of Corporations**

Allowable Characters

HOME

| | Entity Details | |
|---|---|---|
| | THIS IS NOT A STATEMENT OF GOOD STANDING | |
| File Number: | 5793513 | Incorporation Date / Formation Date: 7/29/2015 (mm/dd/yyyy) |
| Entity Name: | 4CHAN COMMUNITY SUPPORT LLC | |
| Entity Kind: | Limited Liability Company | Entity Type: General |
| Residency: | Domestic | State: DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | |
|---|---|---|
| Name: | CAPITOL SERVICES, INC. | |
| Address: | 108 LAKELAND AVE. | |
| City: | DOVER | County: Kent |
| State: | DE | Postal Code: 19901 |
| Phone: | 800-316-6660 | |

Accessed 28/07/25 at 11:20

36

## Document no.9: Email correspondence with Capitol Services

From: ███████ <████@itservices.com>
Sent: 09 July 2025 19:42
To: ███████ <████@4chan.org.uk>
Subject: EXTERNAL RE: Ofcom investigation into 4chan under the Online Safety Act 2023

**CAUTION: This email originated outside your organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe.**

This has been received and forwarded to our contact at 4Chan Community Support LLC. Thank you!

███████

**CAPITOL** SERVICES

From: ███████ <████@cambutervian.com>
Sent: Wednesday, July 9, 2025 3:25 PM
To: ███████ <████@itservices.com>
Subject: ████ Ofcom investigation into 4chan under the Online Safety Act 2023

From: ███████ <████@ofcom.org.uk>
Sent: ███████
To: Disclosure ████ <████@thefifteenstreet.com>; ████ ████ <████@fourgrantservices.com>
Cc: ████@4chan.org; ████@4chan.org; ████@4chan.org
Subject: Ofcom investigation into 4chan under the Online Safety Act 2023

Classification: OFFICIAL

Dear Sir / Ma'am,

On 9 June 2025 we sent into an investigation opening letter notifying that we would be opening an investigation into 4Chan Community Support LLC, the provider of 4chan. The investigation is re-gauging 4Chan Community Support LLC's compliance with the duties in sections 9(3) (illegal content risk assessment), 10 (illegal content safety duties), 23 (record keeping) and 102(8) (compliance with information notices) of the Online Safety Act 2023.

We sent two formal information notices on 14 April 2025 and 16 June 2025, requesting information which was to be provided by 29 April 2025 and 1 July 2025 respectively. As of today we have received no response to either notice. The information notice sent on 14 April 2025 requested a state of the written record of the illegal content risk assessment conducted in respect of 4chan and the information notice sent on 16 June 2025 requested information regarding the identifying interstate of revenue of 4chan.

In line with the processes set out in our Online Safety Enforcement Guidelines, we intend to issue a Provisional Notice of Contravention across using 4Chan Community Support LLC's duties under Section 102(8) of the Online Safety Act, as 4Chan Community Support LLC failed to provide the information requested by two information notices we issued under Section 102 of the Act on 14 April 2025 and 16 June 2025. The Provisional Notice of Contravention will set out the reasons for our view, including on the application of the Online Safety Act to your service, the evidence we have relied on, the proposed steps we will require, and any fine and penalties.

During the investigation we have conducted we have identified these additional email addresses. We are therefore sending a copy of our initial e-mail to 4chan, both information notices, the failure to respond to an information notice letter and the case opening letter attached to this email. Please respond as soon as possible, providing the information requested in the information notices and/or set out my additional information you wish to bring to our attention in respect of the attached documents.

If we haven't heard anything from you by 11:00 GMT on 16 July 2025 we will continue with next steps in the investigation, which includes issuing a Provisional Notice of Contravention

Yours faithfully,

## Document no.10 Email correspondence with Capitol Services

