# EXHIBIT 10



Ofcom Sponsorship Team
Department for Science, Innovation & Technology
22-26 Whitehall
London, SW1A 2EG
www.gov.uk/dsit

1 December 2025

Mr Martin Ballantyne
General Counsel
Ofcom
Riverside House
2a Southwark Bridge Road
London SE1 9HA


Dear Mr Ballantyne,

**Confirmation of Ofcom's Status as a UK Public Authority and its Regulatory Functions**

The letter is written on behalf of the Department for Science, Innovation and Technology (DSIT), the ministerial department of His Majesty's Government (HMG) responsible for online safety and Ofcom's sponsoring department.

Ofcom is the United Kingdom's independent regulator for communications and online safety. It is established as a statutory corporation by the Office of Communications Act 2002. Ofcom's regulatory powers are set out in various pieces of UK legislation, including the Communications Act 2003 and, most recently, the Online Safety Act 2023.

Ofcom is a public entity listed as working with DSIT on the UK Government's website (Departments, agencies and public bodies - GOV.UK). Further, the UK Office of National Statistics classifies Ofcom as a "Central Government" body.

DSIT acts as the sponsoring department responsible for managing the relationship between HMG and Ofcom, in relation to Ofcom's functions, duties, and powers which are conferred by Parliament through primary legislation.

In summary, DSIT confirms Ofcom's status as a UK public authority and its regulatory functions.


Yours sincerely,

**Ofcom Sponsorship Team,
Department for Science, Innovation and Technology**

