UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 4CHAN COMMUNITY SUPPORT LLC; and LOLCOW, LLC, d/b/a KIWI FARMS,<br><br>                Plaintiffs,<br><br>      v.<br><br>THE UK OFFICE OF COMMUNICATIONS, a/k/a OFCOM,<br><br>                Defendant. | Case No. 1:25-cv-02880-RC |

**[PROPOSED] ORDER GRANTING
DEFENDANT OFCOM'S MOTION TO DISMISS**

Having considered the Motion to Dismiss filed by defendant UK Office of Communications, a/k/a Ofcom, the supporting papers filed therewith, and any response thereto, it is hereby ORDERED that the motion is GRANTED.  This action is hereby dismissed in its entirety.  The Clerk is directed to close the case.


Dated: _____

                                                    Hon. Rudolph Contreras, U.S.D.J.

NOTICE TO:

Ronald D. Coleman
DDC Bar ID: NY0460
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ  07102
(973) 264-9611
rcoleman@colemanlaw-pc.com

Preston J. Byrne (admission pending)
BYRNE & STORM, P.C.
782 Boston Post Road, Suite 204
Madison, CT  06443
(203) 900-4076
preston@byrnestorm.com

*Attorneys for Plaintiffs*
*4chan and Kiwi Farms*


Robert K. Kry
D.C. Bar # 490545
Christian I. Bale
D.C. Bar # 90020099
MOLO LAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037
(202) 556-2011
rkry@mololamken.com

*Attorneys for Defendant Ofcom*