UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **4CHAN COMMUNITY SUPPORT LLC**, 08 Lakeland Ave., Dover, DE 19901,<br><br>*and*<br><br>**LOLCOW, LLC,** d/b/a **KIWI FARMS**, 736 2nd Ave, South Charleston, WV 25303,<br><br>    *Plaintiffs*,<br><br>    *v.*<br><br>**THE UK OFFICE OF COMMUNICATIONS, a/k/a OFCOM**, Riverside House, 2a Southwark Bridge Road, London SE1 9HA, UK,<br><br>    *Defendant*. | Civil Action. No.<br>1:25-cv-02880-RC |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME NUNC PRO TUNC TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

 Pursuant to Federal Rule of Civil Procedure 6(b), plaintiffs respectfully request an approximately three-week extension of time to oppose defendant's motion to dismiss. Plaintiffs' response was due on December 15, 2025. Plaintiffs have not previously requested any extension of that deadline. Defendant has consented to this request.

 There is good cause to grant plaintiffs' motion. "In this District, requests for extensions of short durations are routine." *Jordan v. U.S. Dep't of Labor*, 308 F. Supp. 3d 24, 37 (D.D.C. 2018), *aff'd*, No. 18-5128, 2018 WL 5819393 (D.C. Cir. Oct. 19, 2018). Plaintiffs are represented by two small law offices working *pro bono publico* with limited resources and the issues raised by the defendant's motion are substantial and

novel.  It seems unlikely, moreover, that the Court and the parties would in any case be able to finalize briefing and any argument the Court may order in the final weeks before the new year.

For these reasons, plaintiff respectfully requests a 22-day extension of time *nunc pro tunc*, to January 6, 2026, to respond to defendant's motion to dismiss.

        COLEMAN LAW FIRM, PC

By: _____
       Ronald D. Coleman

DDC Bar ID: NY0460
50 Park Place, Suite 1105
Newark, NJ 07102
973-264-9611
rcoleman@colemanlaw-pc.com

Preston J. Byrne
Byrne & Storm, P.C.
782 Boston Post Road, Suite 204
Madison, CT 06443
203-900-4076
preston@byrnestorm.com

*Attorneys for Plaintiffs*

Dated:  December 19, 2025