UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| 4CHAN COMMUNITY SUPPORT LLC; and LOLCOW, LLC, d/b/a KIWI FARMS,<br><br>     Plaintiffs,<br><br>  v.<br><br>THE UK OFFICE OF COMMUNICATIONS, a/k/a OFCOM,<br><br>     Defendant. | Civil Action No.<br>1:25-cv-02880-RC |

## [PROPOSED] ORDER GRANTING EXTENSION OF TIME

  Plaintiffs' motion for extension of time *nunc pro tunc* is GRANTED. Plaintiffs shall oppose defendant's motion to dismiss the Complaint by January 6, 2026.


Dated: December , 2025

                    Rudolph Contreras, U.S.D.J.

NOTICE TO:

Ronald D. Coleman
DDC Bar ID: NY0460
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ  07102
973-264-9611
rcoleman@colemanlaw-pc.com

Preston J. Byrne
BYRNE & STORM, P.C.
782 Boston Post Road, Suite 204
Madison, CT  06443
203-900-4076
preston@byrnestorm.com

*Attorneys for Plaintiffs*
*4chan and Kiwi Farms*


Robert K. Kry
D.C. Bar # 490545
Christian I. Bale
D.C. Bar # 90020099
MOLO LAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037
202-556-2011
rkry@mololamken.com

*Attorneys for Defendant Ofcom*