AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| 4chan Community Support LLC and Lolcow LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-02880-RC |
| UK Office of Communications, a/k/a Ofcom ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

4chan Community Support LLC and Lolcow LLC dba Kiwi Farms.

Date: 12/30/2025

/s/ Preston J. Byrne
*Attorney's signature*

Preston J. Byrne, D.C. Bar # 1721858
*Printed name and bar number*
BYRNE & STORM, P.C.
782-788 Boston Post Rd
Suite 204
Madison, CT 06443
*Address*

preston@byrnestorm.com
*E-mail address*

(203) 824-6683
*Telephone number*

*FAX number*