**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| 4CHAN COMMUNITY SUPPORT LLC; and LOLCOW, LLC, d/b/a KIWI FARMS, <br><br> Plaintiffs, <br><br> v. <br><br> THE UK OFFICE OF COMMUNICATIONS, a/k/a OFCOM, <br><br> Defendant. | Case No. 1:25-cv-02880-RC |

**DEFENDANT OFCOM'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO REPLY TO PLAINTIFFS' OPPOSITION
TO OFCOM'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant UK Office of Communications, a/k/a Ofcom, respectfully requests a two-week extension of time to reply to Plaintiffs' Opposition to Ofcom's Motion to Dismiss (Dkt. 10). Ofcom's reply is currently due on Monday, January 5, 2026. If this motion is granted, Ofcom's reply will be due on Monday, January 19, 2026. Good cause exists for the extension due to the intervening holidays and counsel's obligations in other matters, including a summary judgment hearing in the Northern District of California on January 7. Plaintiffs do not oppose this motion.

| | |
|---|---|
| Dated: December 31, 2025<br>Washington, D.C. | Respectfully submitted,<br><br>  /s/ Robert K. Kry<br>Robert K. Kry<br>D.C. Bar # 490545<br>Christian I. Bale<br>D.C. Bar # 90020099<br>MOLO LAMKEN LLP<br>The Watergate, Suite 500<br>600 New Hampshire Avenue, N.W.<br>Washington, D.C.  20037<br>(202) 556-2011<br>rkry@mololamken.com<br><br>*Attorneys for the UK Office of Communications, a/k/a Ofcom* |