# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 4CHAN COMMUNITY SUPPORT LLC; and LOLCOW, LLC, d/b/a KIWI FARMS,<br><br>Plaintiffs,<br><br>v.<br><br>THE UK OFFICE OF COMMUNICATIONS, a/k/a OFCOM,<br><br>Defendant. | Case No. 1:25-cv-02880-RC |

## [PROPOSED] ORDER GRANTING EXTENSION OF TIME

Ofcom's motion for extension of time is GRANTED. Ofcom shall file its reply to Plaintiffs' Opposition to Ofcom's Motion to Dismiss by January 19, 2026.

Dated:  January ____, 2026
        Washington, D.C.

                                                Hon. Rudolph Contreras, U.S.D.J.

NOTICE TO:

Ronald D. Coleman
DDC Bar ID: NY0460
COLEMAN LAW FIRM, PC
50 Park Place, Suite 1105
Newark, NJ  07102
(973) 264-9611
rcoleman@colemanlaw-pc.com

Preston J. Byrne
BYRNE & STORM, P.C.
782 Boston Post Road, Suite 204
Madison, CT  06443
(203) 900-4076
preston@byrnestorm.com

*Attorneys for Plaintiffs*
*4chan and Kiwi Farms*


Robert K. Kry
D.C. Bar # 490545
Christian I. Bale
D.C. Bar # 90020099
MOLO LAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037
(202) 556-2011
rkry@mololamken.com

*Attorneys for Defendant Ofcom*