**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| 4CHAN COMMUNITY SUPPORT LLC, *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 25-2880 (RC) |
| | : | | |
| v. | : | Re Document No.: | 8 |
| | : | | |
| THE UK OFFICE OF COMMUNICATIONS a/k/a OFCOM, | : | | |
| | : | | |
| Defendant. | : | | |

**ORDER**

**GRANTING DEFENDANT'S MOTION TO DISMISS**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendant's motion to dismiss (ECF No. 8) is **GRANTED**. It is hereby:

**ORDERED** that the case is dismissed for want of subject-matter jurisdiction.

**SO ORDERED**.

Dated: September 15, 2026

RUDOLPH CONTRERAS
United States District Judge